COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.                                   SUPERIOR COURT DEPARTMENT OF THE
                                                TRIAL COURT OF THE COMMONWEALTH
                                                CIVIL ACTION NO. 04-0604B

James A. Rogers
..................................................., Plaintiff(s)

vs.

NSTAR Electric and
Kimberly Whitney, individually
..................................................., Defendant(s)

## SUMMONS

To the above-named defendant: NSTAR Electric, One NSTAR Way Westwood MA 02090-9230

You are hereby summoned and required to serve upon Joseph Gallitano, Esq. plaintiff attorney, whose address is 34 Main St Ext Suite 202, Plymouth, MA, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Plymouth either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DELVECCHIO Esquire, at Plymouth the .............13th............. day of ......May......, in the year of our Lord Two thousand and four.

CLERK.

**NOTES**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. To the plaintiff's attorney: please circle type of action involved-Tort-Motor Vehicle Tort-Contract-Equitable Relief-Other.

### PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ..................................., 2004, I served a copy of the within summons together with a copy with a copy of the complaint in this action, upon the within-named defendant, in the following manner(See Mass. R. Civ. P. 4(d)(1-5)):.................................................................

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787
*Norfolk, ss.*

June 8, 2004

I hereby certify and return that on 5/20/2004 at 10:30 am I served a true and attested copy of the summons & verified complaint, civil action cover sheet & tracking order, jury demand in this action in the following manner: To wit, by delivering in hand to Nicklos Gianturcote, security, , person in charge at the time of service for NStar Electric, at , One NStar Way, Westwood, MA. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($19.84) Total Charges $60.34

Deputy Sheriff James E. Riggs                                             Deputy Sheriff

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your written answer within 20 days as specified herein and also file the original in the Clerk's office at Plymouth.

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.                                  SUPERIOR COURT DEPARTMENT OF THE
                                               TRIAL COURT OF THE COMMONWEALTH
                                               CIVIL ACTION NO. 04-0604B

James A. Rogers
........................................................, Plaintiff(s)

                    vs.

NSTAR Electric and
Kimberly Whitney, individually
........................................................, Defendant(s)

## SUMMONS

To the above-named defendant Kimberly Whitney 52 Old Colony Dr, Mashpee MA 02649

You are hereby summoned and required to serve upon Joseph Gallitano, Esq. plaintiff's attorney, whose address is 34 Main St Ext Suite 202 Plymouth, MA an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Plymouth either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DELVECCHIO Esquire, at Plymouth the ............ 13th ............ day of ............ May ............, in the year of our Lord Two thousand and four.

                                                              CLERK.

**NOTES**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. To the plaintiff's attorney: please circle type of action involved-Tort-Motor Vehicle Tort-Contract-Equitable Relief-Other.

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ................................, 2004, I served a copy of the within summons ............................. with a copy of the complaint in this action, upon the within-named defendant, in the

**Barnstable County Sheriff's Office**

I hereby certify and return that on **May 19, 2004 at 1:10 PM** I served a true and attested copy of Summons, Verified Complaint, Civil Action Cover Sheet & Tracking Order, to the within named Defendant, Kimberly Whitney, by leaving at the last and usual abode to wit: 52 Old Colony Drive, Mashpee, MA 02649 and by mailing 1st class a copy of the Summons to the Defendant at the stated address on May 19, 2004.

Fee:        $41.40
                                              Jon M. Hunt, Deputy Sheriff
                                              PO Box 661, W. Hyannisport, MA 02672

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office at Plymouth.