UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
********************************
JAMES A. ROGERS,                 *
                                 *
              Plaintiff,         *
                                 *
v.                               *    Civil Action No. 04-11190-RCL
                                 *
NSTAR ELECTRIC and               *
KIMBERLY WHITNEY,                *
                                 *
              Defendants         *
********************************
```

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)1) and 12(b)(6), NSTAR Electric[1] and Kimberly Whitney move to dismiss all counts of Plaintiff's Complaint on the ground that Plaintiff's claims are preempted by Section 301 of the Labor Management Relations Act, 29 U.S.C. §185. The resolution of Plaintiff's claims requires examination of the collective bargaining agreement governing Plaintiff's employment. In addition, Counts I, V, VI, and VII of the Complaint should be dismissed for failure to state a claim upon which relief can be granted, on grounds independent of their preemption by Section 301. Other counts should be dismissed as to Ms. Whitney (Counts I, VII, IX) and NSTAR (Counts III, IV).

Further grounds in support of this motion are contained in the memorandum of law submitted herewith.

---

[1] The full name of the defendant corporation is NSTAR Electric and Gas Corporation.

Respectfully submitted,

NSTAR ELECTRIC and KIMBERLY WHITNEY,

By their Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: _____
Keith H. McCown
B.B.O. #329980
Robert P. Morris
B.B.O. #546052

Dated: June 9, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on June 9, 2004, I caused to be served a copy of the within pleading by first class mail on counsel for the Plaintiff, Joseph R. Gallitano, Gallitano & Associates, 34 Main Street Extension, Suite 202, Plymouth, MA 02360.

_____
Robert P. Morris