**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2004 JUN 18 P 2:30

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
************************************
JAMES A. ROGERS,                  *
                                  *
          Plaintiff,              *
                                  *
v.                                *        Civil Action No. 04-11190-RCL
                                  *
NSTAR ELECTRIC and                *
KIMBERLY WHITNEY,                 *
                                  *
          Defendants              *
************************************
```

## CERTIFICATION PURSUANT TO RULE 7.1(A)(2) SUPPLEMENTING DEFENDANTS' MOTION TO DISMISS

Pursuant to Local 7.1(A)(2), Defendants' counsel has conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues raised by Defendants' Motion to Dismiss. Counsel for Plaintiffs does not assent to the motion, and intends to file an opposition.

Respectfully submitted,

NSTAR   ELECTRIC   and   KIMBERLY WHITNEY,

By their Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: _____
        Keith H. McCown
        B.B.O. #329980
        Robert P. Morris
        B.B.O. #546052

Dated: June 18, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on June 18, 2004, I caused to be served a copy of the within pleading by first class mail on counsel for the Plaintiff, Joseph R. Gallitano, Gallitano & Associates, 34 Main Street Extension, Suite 202, Plymouth, MA 02360.

Robert P. Morris

2