UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************************
JAMES A. ROGERS,                          *
                                          *
                    Plaintiff             *
v.                                        *
                                          *   Civil Action No. 04-11190-RCL
NSTAR ELECTRIC and                        *
KIMBERLY WHITNEY,                         *
                                          *
                    Defendants.           *
*****************************************

FILED
IN CLERKS OFFICE

2004 JUN -9  A 9: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## NSTAR ELECTRIC

Pursuant to Local Rule 7.3, Defendant NSTAR Electric and Gas Corporation states as follows:

1. There is no such corporate entity as NSTAR Electric.

2. NSTAR Electric and Gas Corporation hereby identifies any parent corporation and any publicly held company that owns 10% or more of its stock:

   NSTAR, a Massachusetts business trust, is publicly held and owns 10% or more of the stock of NSTAR Electric and Gas Corporation.

Respectfully submitted,

NSTAR ELECTRIC and KIMBERLY WHITNEY,

By their Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: _____
Keith H. McCown
B.B.O. #329980
Robert P. Morris
B.B.O. #546052

Dated: June 9, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on June 9, 2004, I caused to be served a copy of the within pleading by first class mail on counsel for the Plaintiff, Joseph R. Gallitano, Gallitano & Associates, 34 Main Street Extension, Suite 202, Plymouth, MA 02360.

_____
Robert P. Morris

2