UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES A. ROGERS )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>NSTAR ELECTRIC and )<br>KIMBERLY WHITNEY )<br>)<br>**Defendants.** ) | Civil Action No. 04-11190-RCL |

**ASSENTED MOTION TO EXTEND TIME FOR PLAINTIFF
TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The Plaintiff, James A. Rogers, moves this Honorable Court to extend the time in which to respond to the Defendants' Motion to Dismiss filed on June 9, 2004. The Plaintiff requests that he have until July 20, 2004 to file his opposition to the Motion to Dismiss.

As grounds therefore, the Plaintiff states as follows:

1. The Plaintiff filed this action on or about May 17, 2004. Since the filing of the Complaint on May 12, 2004 the Defendants have removed the case from the Plymouth Superior Court to the United States District Court. On June 9, 2004 the Defendants then filed their Motion to Dismiss.

2. Plaintiff's counsel had a personal emergency requiring his attendance at a family funeral out of state requiring additional time for him to respond to the Defendants' Motion to Dismiss. The Plaintiff is confident that he can file his Opposition by July 20, 2004.

3. The Defendants assent to this motion.

1

4.  Neither parties nor the Court will suffer any prejudice by this brief extension of time.

WHEREFORE, the Plaintiff respectfully requests that the Court allow the Plaintiff an extension of time up to and include July 20, 2004 to file his Opposition to the Defendants' Motion to Dismiss.

Dated: June 21, 2004                    RESPECTFULLY SUBMITTED,

                                               James Rogers
                                               By His Attorney,

                                               Joseph R. Gallitano
                                               Gallitano & Associates
                                               34 Main Street Ext. Suite 202
                                               Plymouth, MA 02360
                                               (508) 746-1500
                                               BBO # 183700

ASSENTED TO:

Robert P. Morris, Esq.
Morgan, Brown & Joy, LLP
One Boston Place
Boston MA 02108-4472
(617) 523-6666
BBO # 546052

### CERTIFICATE OF SERVICE

I, Joseph R. Gallitano, hereby certify that I have served a copy of the within Motion upon all counsel of record this 21st day of June 2004.

                                               Joseph R. Gallitano