UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JAMES A. ROGERS, | \* |
| Plaintiff, | \* |
| v. | \* Civil Action No. 04-11190-RCL |
| NSTAR ELECTRIC and KIMBERLY WHITNEY, | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' MOTION FOR LEAVE TO SUBMIT REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Pursuant to Local Rule 7.1(B)(3) Defendants seek leave to submit a reply memorandum in support of their Motion to Dismiss. The grounds for this motion are that the pleadings submitted by Plaintiff in opposition to Defendants' Motion contain erroneous and insubstantial arguments, to which Defendants seeks to respond.

The reply memorandum is submitted herewith.

## CERTIFICATION PURSUANT TO RULE 7.1(A)(2) SUPPLEMENTING DEFENDANTS' MOTION TO DISMISS

Pursuant to Local Rule 7.1(A)(2), Robert P. Morris, one of Defendants' attorneys, conferred with Plaintiff's counsel on July 22, 2004 in a good faith attempt to resolve or narrow the issues raised by Defendants' Motion for Leave to Submit Reply Memorandum in Support of Motion to Dismiss. Counsel for Plaintiffs stated that he objected to the motion.

Respectfully submitted,

NSTAR ELECTRIC and KIMBERLY WHITNEY,

By their Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: _____
Keith H. McCown
B.B.O. #329980
Robert P. Morris
B.B.O. #546052

Dated: July 26, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on July 26, 2004, I caused to be served a copy of the within pleading by first class mail on counsel for the Plaintiff, Joseph R. Gallitano, Gallitano & Associates, 34 Main Street Ext., Suite 202, Plymouth, MA 02360.

_____
Robert P. Morris