UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES A. ROGERS<br>　　　　Plaintiff | )<br>)<br>) |
| vs. | ) Civil Action No. 04-11190-RCL |
| NSTAR ELECTRIC and GAS CORPORATION<br>and KIMBERLY WHITNEY, Individually<br>　　　　Defendants | )<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND VERIFIED COMPLAINT

Pursuant to Local Rule 7.1(b)(3) the Plaintiff, James A. Rogers, seeks leave to Amend the Verified Complaint originally filed in the Plymouth Superior Court on May 12, 2004 and removed by the Defendants to the United States District Court on June 18, 2004. As grounds therefore the Plaintiff seeks to amend the name of the Defendant NSTAR Electric to read NSTAR Electric and Gas Corporation. Said Amended Verified Complaint is attached hereto.

## CERTIFICATION PURSUANT TO RULE 7.1(a)(2) SEEKING TO AMEND COMPLAINT

Pursuant to Local Rule 7.1(A)(2), Joseph R. Gallitano, the Plaintiff's attorney, conferred with Robert P. Morris, the Defendants attorney on August 10, 2004 in a good faith attempt to resolve amending the Verified Complaint to correct the name of the Defendant from NSTAR Electric to NSTAR Electric and Gas Corporation. Counsel for the Defendants stated that he has assented to the motion.

1

Respectfully submitted,

James Rogers
By his Attorney

*/s/ Joseph R. Gallitano*

Joseph R. Gallitano
Gallitano & Associates
34 Main Street Ext. Suite 202
Plymouth, MA 02360
(508) 746-1500
BBO # 183700

Dated: August 11, 2004

## CERTIFICATE OF SERVICE

I, Joseph R. Gallitano, Esq., hereby certify that I have served a copy of the Plaintiff's Motion for Leave to Amend Verified Complaint and Amended Verified Complaint upon all counsel of record this 11th day of August, 2004.

*/s/ Joseph R. Gallitano*

Joseph R. Gallitano

2