UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*****************************************
JAMES A. ROGERS,                         *
                                         *
            Plaintiff,                   *
                                         *
v.                                       *    Civil Action No. 04-11190-RCL
                                         *
NSTAR ELECTRIC and                       *
KIMBERLY WHITNEY,                        *
                                         *
            Defendants                   *
*****************************************
```

## DEFENDANTS' RESPONSE TO AMENDED VERIFIED COMPLAINT

For their responsive pleading to the Plaintiff's Amended Verified Complaint, which made the sole change of correctly identifying the corporate Defendant, Defendants incorporate by reference their Motion to Dismiss, filed on or about June 8, 2004, and currently pending before this Court.

Respectfully submitted,

NSTAR ELECTRIC and KIMBERLY WHITNEY,

By their Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: _____
Keith H. McCown
B.B.O. #329980
Robert P. Morris
B.B.O. #546052

Dated: August 20, 2004

## CERTIFICATE OF SERVICE

    I, Robert P. Morris, certify that on August 20, 2004, I caused to be served a copy of the within pleading by first class mail on counsel for the Plaintiff, Joseph R. Gallitano, Gallitano & Associates, 34 Main Street Ext., Suite 202, Plymouth, MA 02360.

_____
Robert P. Morris