UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **JAMES A. ROGERS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   **Civil Action No. 04-11190-RCL** |
| | * |
| **NSTAR ELECTRIC and** | * |
| **KIMBERLY WHITNEY,** | * |
| | * |
| **Defendants** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective December 24, 2004, the address for the undersigned counsel will be:

> Morgan, Brown & Joy, LLP
> 200 State Street, 11th Floor
> Boston, MA 02109-2605

The firm's phone number (617-523-6666) and fax number (617-367-3125) are not changing.

Respectfully submitted,

NSTAR ELECTRIC and KIMBERLY WHITNEY,

By their Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

By: _____
Keith H. McCown
B.B.O. #329980
Robert P. Morris
B.B.O. #546052

Dated: December 17, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on December 17, 2004, I caused to be served a copy of the within pleading by first class mail on counsel for the Plaintiff, Joseph R. Gallitano, Gallitano & Associates, 34 Main Street Extension, Suite 202, Plymouth, MA 02360.

_____
Robert P. Morris