UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
JAMES A. ROGERS,                    *
                                    *
        Plaintiff,                  *
                                    *
v.                                  *        Civil Action No. 04-11190-RCL
                                    *
KIMBERLY WHITNEY, et al.            *
                                    *
        Defendants                  *
*************************************
```

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to the Notice of Scheduling Conference issued by this Court on September 26, 2005, the parties submit the following:

**1.    Concise summary of the positions asserted by the plaintiff, defendant and any other parties with respect to both liability and relief sought**.

**Plaintiff's Position**:   On May 18, 2001 the Plaintiff, Rogers was terminated from NSTAR, based upon the complaint registered by the Defendant, Whitney despite no charges were ever brought against the Plaintiff and there was no basis for the charges made by the Defendant, Whitney.  As a result of the false allegations made against him by Whitney and the wrongful termination of his employment by NSTAR, Rogers has suffered irreparable harm to his reputation making reemployment almost impossible, has suffered loss of income of salary and benefits, of a minimum of $50,000.00 per year and now in excess of $150,000.00.

**Defendant's Position**:   The only claims remaining in this action are for defamation and intentional interference with advantageous contractual relations, against Kimberly Whitney.  To the extent these claims are not preempted by Section 301 of the Labor Management Relations Act, 29 U.S.C. §185, there is no basis for holding Ms. Whitney liable under these theories.  After a series

of harassing calls and the placement of a tracer on her phone, the tracer disclosed that the last harassing phone call, which was indistinguishable from the prior calls, was made from Plaintiff's residence. Ms. Whitney's reporting of this information, which led to Plaintiff's termination from employment at NSTAR Electric and Gas Corporation, should not subject her to any liability.

The decision of the Arbitrator before this action was brought, rejecting Plaintiff's claim of wrongful termination under the collective bargaining agreement, should guide this Court in dismissing Plaintiff's remaining claims.

2. **The parties' proposed pre-trial schedule, including a plan for discovery**.

a) Initial discovery requests (interrogatories, requests for production of documents and requests for admissions), to develop information needed for a realistic assessment of the case, to be served and answered no later than February 3, 2006;

b) After receipt of responses to initial discovery requests, Plaintiff and Defendant are allowed to take the number of depositions allowed pursuant to Local Rule 26.1(C);

c) Expert witness designations by both parties by June 1, 2006. An additional thirty (30) days, July 1, 2006, is allotted for each party, only for the purpose of designating rebuttal experts. The designation of said rebuttal expert or experts must include the purpose of such rebuttal expert testimony;

d) All discovery, including expert discovery, completed by October 1, 2006. The total amount of discovery propounded as set forth in subsections (a) through (c) above shall not exceed the limits prescribed by Local Rule 26.1(C);

e) Settlement Conference and/or Case Management Conference, as needed, about

time for completing discovery and before September 7, 2006;

      f)   Any and all Rule 56 motions for Partial or summary judgment to be filed on or before November 1, 2006; and

      g)   Final Pre-Trial Conference and trial date to be established by the Court.

3.   The parties do not agree to a trial of this matter by a Magistrate Judge.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Plaintiff, James Rogers | Defendant, Kimberly Whitney |
| By his attorney | By her Attorneys |
| s/Joseph R. Gallitano<br>Joseph R. Gallitano<br>B.B.O. #183700<br>34 Main Street Ext, Suite 202<br>Plymouth, MA 02360<br>(508) 746-1500 | s/Robert P. Morris<br>Keith H. McCown<br>B.B.O. #329980<br>Robert P. Morris<br>B.B.O. #546052<br>MORGAN, BROWN & JOY, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109<br>(617) 523-6666 |

Dated: November 8, 2005