UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*****************************
JAMES A. ROGERS,              *
                              *
            Plaintiff,        *
                              *
v.                            *      Civil Action No.  04-11190-RCL
                              *
NSTAR ELECTRIC and            *
KIMBERLY WHITNEY,             *
                              *
            Defendants        *
*****************************
```

FILED
CLERKS OFFICE

2005 NOV -9  P 1:03

U.S. DISTRICT COURT
DISTRICT OF MASS.

### CERTIFICATION OF DEFENDANT REQUIRED BY RULE 16.1 D(3)

In accordance with Rule 16.1 (D)(3) of the Local Rules of the U.S. District Court for the District of Massachusetts, counsel for Defendant Kimberly Whitney and Ms. Whitney hereby affirm as follows:

Ms. Whitney and her counsel have conferred: a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Keith B. McCain, Esq.
B.B.O. #329980
Robert P. Morris, Esq.
B.B.O. #546052
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

Date: November 7, 2005

_____
Kimberly Whitney

Date: November 8, 2005