UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES A. ROGERS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | <u>Civil Action No. 04-11190-RCL</u> |
| ) | |
| **KIMBERLY WHITNEY** ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF CLIENT CONSULTATION**
(PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for Plaintiff hereby certifies that he has conferred with his client, or an authorized representative, regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
JAMES A. ROGERS, PLAINTIFF

_____
Joseph R. Gallitano, BBO # 183700
34 Main Street Ext.
Suite 202
Plymouth, MA 02360
(508) 746-1500

Dated: November 15, 2005