UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**************************************
JAMES A. ROGERS,                      *
                                      *
            Plaintiff,                *
                                      *
v.                                    *      Civil Action No. 04-11190-RCL
                                      *
NSTAR ELECTRIC AND GAS                *
CORPORATION and KIMBERLY              *
WHITNEY,                              *
                                      *
            Defendants                *
**************************************
```

## MOTION FOR SUMMARY JUDGMENT
## OF DEFENDANT KIMBERLY WHITNEY

Pursuant to Fed. R. Civ. P. 56(b), Defendant Kimberly Whitney ("Ms. Whitney") moves that summary judgment be entered in her favor on all remaining counts of Plaintiff's Verified Amended Complaint. The grounds for this motion, as set forth in the memorandum of law submitted herewith, and based on the Statement of Undisputed, Material Facts in Support of Motion for Summary Judgment of Defendant Kimberly Whitney, also submitted herewith, are that no genuine issue of material facts exists, and Ms. Whitney is entitled to judgment as a matter of law.

For all the above reasons, Ms. Whitney's motion should be allowed, judgment entered in Ms. Whitney's favor, and Plaintiff's Verified Amended Complaint dismissed, with prejudice.

## CERTIFICATE

I certify that I have discussed the foregoing motion with Plaintiff's counsel in an effort to resolve the underlying issues.

                    Respectfully submitted,

                    KIMBERLY WHITNEY,

                    By her Attorneys,

                    MORGAN, BROWN & JOY, LLP
                    200 State Street, 11th Floor
                    Boston, MA 02109-2605
                    (617) 523-6666

                    By:    /s/Robert P. Morris
                            Keith H. McCown
                            B.B.O. #329980
                            Robert P. Morris
                            B.B.O. #546052

Dated:   January 10, 2006

## CERTIFICATE OF SERVICE

      I, Robert P. Morris, hereby certify that on January 10, 2006, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

                                    /s/Robert P. Morris
                                    Robert P. Morris