UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
JAMES A. ROGERS,                    *
                                    *
             Plaintiff              *
v.                                  *
                                    *   Civil Action No. 04-11190-RCL
NSTAR ELECTRIC and                  *
KIMBERLY WHITNEY,                   *
                                    *
             Defendants.            *
*************************************
```

### APPENDIX TO MOTION FOR SUMMARY JUDGMENT
### OF DEFENDANT KIMBERLY WHITNEY

 

Keith H. McCown
B.B.O. #329980
Robert P. Morris
B.B.O. #546052
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

| Number | Description | Date |
|---|---|---|
| 1 | Verified Amended Complaint | 8/18/04 |
| 2 | Answer of Defendant Kimberly Whitney to Verified Complaint | 9/30/04 |
| 3 | Transcript of Arbitration between NSTAR and Local 369, Utility Workers of America, Grievance - Termination of J. Rogers, Vol. 1 | 2/14/02 |
| 4 | Daily Work Summary (Exh. 5 to Arbitration Transcript) | 7/31/00 |
| 5. | Transcript, Show Cause Hearing In Re: James Rogers, Wareham District Court | 5/11/01 |
| 6. | Union's Post-Hearing Brief | 3/29/02 |
| 7. | Brief for the Company | 3/29/02 |
| 8. | Award | 6/22/02 |