Grievance: Termination of J. Rogers   pp. 1-223   Arbitration between NSTAR and
Vol. 1, February 14, 2002                         Local 369, Utility Workers Union of America

**Page 197**

[1] assuming, yes. I attended one meeting about a
[2] code of conduct. I don't particularly — I'm
[3] pretty sure this book came out that day.
[4]    Q: And you were aware of what Mr. McGuire
[5] referred to as the zero tolerance policy, correct?
[6]    A: I'm aware of what's in the book.
[7]    Q: Okay. But weren't you aware that the
[8] company had announced in addition to what's in the
[9] book that they had a zero tolerance policy about
[10] harassment and violence?
[11]    A: Yeah, I was at the meeting that they
[12] stated that, yes.
[13]    Q: And, in fact, didn't COM/Energy
[14] announce similarly a few years earlier before the
[15] merger that they were adopting a zero tolerance
[16] policy towards that subject?
[17]    A: I don't recall that —
[18]    Q: You don't remember that?
[19]    A: — if they did.
[20]    Q: But you certainly do remember the July
[21] of 2000 meeting.
[22]       Now, there's no doubt you know what
[23] Call Blocking is, don't you?
[24]    A: Yes.

**Page 198**

[1]    Q: That's the device available through
[2] your telephone where you can prevent someone on
[3] the other end from seeing your number on Caller
[4] ID, correct?
[5]    A: (Witness nodded.)
[6]    Q: You're aware of that?
[7]    A: Yes.
[8]    Q: And you knew that last March 30th as
[9] well, didn't you, you knew about it?
[10]    A: Yes.
[11]    Q: Okay. And how do you trigger Call
[12] Block?
[13]    A: You hit star 67.
[14]    Q: Do you do it before you place the call
[15] or after the call?
[16]    A: Before the call. It's in your phone
[17] bill, that information.
[18]    Q: Right. It's very prominently on the
[19] front of phone books, too, isn't it?
[20]    A: That could be. I don't know.
[21]    Q: All right. But you learned about it
[22] from your phone bill, right?
[23]    A: Right.
[24]    Q: And you told Mr. McGuire that sometimes

**Page 199**

[1] you use Call Blocking, right?
[2]    A: That's correct.
[3]    Q: Now —
[4]    A: I told him when I used it.
[5]    Q: — if somebody was somehow using your
[6] phone line on March 30th, somehow, you don't know
[7] how, what reason would that person have to put
[8] Call Block on the call?
[9]    A: I have no idea. I don't know if
[10] they would.
[11]    Q: It doesn't make any sense, does it?
[12]    A: No.
[13]    Q: Because you don't have an unlisted
[14] number; you have a regular listed number, right?
[15]    A: That's correct. That's correct.
[16]    Q: So in order for Call Block to work, you
[17] have to make it work off your phone, right?
[18]    A: That's correct. To my knowledge,
[19] that's how it works, you have to do it yourself.
[20]    Q: So whoever made that call at shortly
[21] after 4:00 on March 30th that was traced to your
[22] line, somebody, even though you don't know who it
[23] was, had to hit Call Block first before they made
[24] that call, right, in your experience anyway?

**Page 200**

[1]    A: I don't know. I don't know if Call
[2] Block was used on that call.
[3]    Q: Well, Ms. Whitney testified it came in
[4] as "private caller," meaning it was call blocked.
[5]    A: It was either Call Block or it came
[6] from a private phone.
[7]    MR. SCHMERTZ: I'm sorry, I hadn't
[8] heard that before. I heard about private caller.
[9] I don't think I heard any testimony that private
[10] caller meant that it was the activation of Call
[11] Block.
[12]    A: Maybe it was a call from a private
[13] phone.
[14]    MR. McCOWN: Well, I'm sorry, we can
[15] have someone testify to that.
[16]    MR. SCHMERTZ: Well, it may be
[17] something that can be stipulated to as a matter of
[18] technology, I don't know, but I hadn't heard it.
[19]    MR. McCOWN: When a call is
[20] blocked —
[21]    MR. SCHMERTZ: Yes.
[22]    MR. McCOWN: — on a phone that has
[23] Caller ID, it either shows up as "private caller"
[24] or depending on who your phone service is it shows

Rogers 0051

Arbitration between NSTAR and                pp. 1-223              Grievance: Termination of J. Rogers
Local 369, Utility Workers Union of America                         Vol. 1, February 14, 2002

Page 201

[1] up as something else. It's another thing like
[2] that.
[3]     MR SCHMERTZ: Any questions about
[4] that?
[5]     A: If a call is made from a private phone,
[6] is shows up as private.
[7]     MR. KELLY: Yeah, I think that's the
[8] point. I mean, it's one of the options. As I
[9] understand it, and I'm certainly no expert, but as
[10] I understand it, the Call Blocking has the same
[11] function as having an unlisted number.
[12]    MR. SCHMERTZ: Yes. But if it comes
[13] up "private caller," does that mean that Call
[14] Block has been activated?
[15]    MR. KELLY: Or that it's an unlisted
[16] number.
[17]    MR. SCHMERTZ: Or it's an unlisted
[18] number. Is that correct?
[19]    MS. AMBER: I think unlisted numbers
[20] say "private name, private number."
[21]    MR. McCOWN: There's some
[22] designation, yeah.
[23]    MR. SCHMERTZ: The point is I had
[24] not heard —

Page 202

[1]     MR. McCOWN: I'm sorry.
[2]     MR. SCHMERTZ: — that private
[3] caller was synonymous with Call Block or vice
[4] versa. I hadn't heard that.
[5]     MR. McCOWN: I believe it is. Can
[6] we — we can accept that, that private caller is
[7] synonymous with some form of Call Blocking?
[8]     MR. KELLY: I don't agree with that.
[9] I don't. I think —
[10]    MR. McCOWN: Or unpublished.
[11]    MR. KELLY: Or unpublished, that's
[12] right. That's right. I think you can selectively
[13] unpublish your line if you block a particular call
[14] even though you're normally listed.
[15]    MR. McCOWN: Right. That's fine.
[16]    MR. SCHMERTZ: Okay.
[17]    MR. KELLY: At least that's what I
[18] understand.
[19]    MR. SCHMERTZ: I understand.
[20]    THE WITNESS: Or the call could be
[21] from a private phone.
[22]    MR. KELLY: Right, an unpublished
[23] phone.
[24]    MR. SCHMERTZ: I've got the

Page 203

[1] stipulation. Go ahead.
[2]     Q: But, Mr. Rogers, we know that you don't
[3] have an unpublished number, right?
[4]     A: That's correct.
[5]     Q: And according to the phone company,
[6] that call was traced from your number shortly
[7] after 4:00 on March 30th, right?
[8]     A: I understand that.
[9]     Q: So it's not a case then where someone
[10] with an unpublished number made the call that was
[11] traced; that call came from your telephone line,
[12] according to the phone company?
[13]    A: According to the phone company. I'm
[14] not disputing that.
[15]    Q: Now, you're absolutely baffled how that
[16] call on March 30th got traced to your number,
[17] correct?
[18]    A: I have no idea.
[19]    Q: You have no idea. Didn't the — the
[20] union attempt to explain it that a person might
[21] have clipped on with a telephone headset
[22] somewhere?
[23]    A: That's possible. They brought that up
[24] as a scenario.

Page 204

[1]     Q: Um-hm. Do you know much about that
[2] yourself, telephone headsets and clipping onto
[3] wires?
[4]     A: I've seen it done. I've never had one
[5] or done it myself.
[6]     Q: That person would have to clip onto
[7] your wires, correct, in order for it to trace to
[8] your number?
[9]     A: That's right. I'm not — well, I don't
[10] know. I'm not an expert. I've never done it.
[11]    Q: Any indication there was a break-in at
[12] your house on March 30th?
[13]    A: No.
[14]    Q: Any indication that somebody else had
[15] been there —
[16]    A: No.
[17]    Q: — fooling around with wires or
[18] anything?
[19]    A: No.
[20]    Q: Now, you did leave work at 3:30 that
[21] day, right?
[22]    A: Yes.
[23]    Q: And that certainly would give you
[24] plenty of time to get home before 4:05, if you

Rogers 0052

Case 1:04-cv-11190-RCL  Document 27-9  Filed 01/10/2006  Page 3 of 12

Grievance: Termination of J. Rogers  pp. 1-223  Arbitration between NSTAR and
Vol. 1, February 14, 2002  Local 369, Utility Workers Union of America

Page 205

[1] were going home, correct?
[2] A: Yes.
[3] Q: Now, you say that you drove to your
[4] friend's house. That's Mr. Knight, right?
[5] A: Yes.
[6] Q: And he's a coworker, right?
[7] A: Yes.
[8] Q: And he still works for the company,
[9] right?
[10] A: Yes.
[11] Q: And you heard Mr. McGuire testify that
[12] Mr. Knight actually came to the hearing where you
[13] were discharged but did not testify?
[14] A: Yes.
[15] Q: That's accurate, isn't it?
[16] A: Yes.
[17] Q: Now, you said that you and Mr. Knight
[18] were going to go to a friend's house to look at a
[19] new puppy, right?
[20] A: No, his brother's house.
[21] Q: I'm sorry, brother's house. Your
[22] brother or his brother?
[23] A: His brother's.
[24] Q: So what was the plan, to go over there

Page 206

[1] and, you know, romp around with the puppy a little
[2] bit, check it out?
[3] A: I hadn't seen the puppy. I wanted to
[4] see it.
[5] Q: All right. So what did you do?
[6] A: We looked — I saw the puppy and then
[7] we went to the Legion to meet those other guys.
[8] Q: Okay. How much time did you spend at
[9] that house?
[10] A: 15 minutes.
[11] Q: Did you let the puppy out?
[12] A: Yeah.
[13] Q: Run around the backyard a little with
[14] it?
[15] A: It did its thing. Then we put him back
[16] in and took off.
[17] Q: So you were all standing outside in the
[18] yard?
[19] A: Um-hm.
[20] Q: It was pouring rain that afternoon,
[21] wasn't it?
[22] A: Yeah.
[23] Q: And, in fact, it was especially heavy
[24] just as you got out of work, wasn't it?

Page 207

[1] A: I don't remember. We let him out the
[2] cellar and we stood out there as long as it took
[3] him to do his stuff and then we went in.
[4] Q: You stood out there in the rain?
[5] A: Briefly.
[6] Q: Well, what, did you get lucky, the
[7] puppy went right away?
[8] A: He went pretty quick because it was
[9] raining and he was a puppy.
[10] Q: That was an inclement weather day,
[11] wasn't it?
[12] A: Yes, it was.
[13] Q: That means you didn't even leave the
[14] garage all day, right?
[15] A: That's right.
[16] Q: Because it was cold and rainy and windy
[17] that day, wasn't it?
[18] A: To my recollection, yes.
[19] Q: Um-hm. Let me show you something about
[20] your recollection.
[21] (Document exhibited to witness.)
[22] Q: I'm not suggesting you've seen this
[23] before, Mr. Rogers.
[24] A: This is all from March 30th. I see it.

Page 208

[1] Q: All right. You see it indicates in
[2] this weather record that I've just distributed
[3] that there was heavy rain for a solid hour from
[4] 15:52 to 16:52. Do you see that —
[5] A: Um-hm.
[6] Q: — on the second page?
[7] A: Yeah.
[8] Q: So that's from 3:52 until 4:52 p.m.
[9] that afternoon, right?
[10] A: Well, that all depends on where they
[11] got this from.
[12] Q: Well, it's for Plymouth, Mr. Rogers.
[13] A: I understand that, but it doesn't
[14] necessarily always rain in the same place in
[15] Plymouth at the same time.
[16] Q: Didn't you say that you remembered it
[17] was heavy rain that day?
[18] A: I said it was — yes, it was not too
[19] heavy for the dog to go out and do his thing.
[20] That's what I said.
[21] Q: Um-hm.
[22] A: He had to do his thing.
[23] Q: So you went to visit this fellow in a
[24] driving rain and took his puppy out in the

Rogers 0053

Case 1:04-cv-11190-RCL   Document 27-9   Filed 01/10/2006   Page 4 of 12

Arbitration between NSTAR and
Local 369, Utility Workers Union of America

pp. 1-223

Grievance: Termination of J. Rogers
Vol. 1, February 14, 2002

Page 209

[1] backyard; that's your story?
[2] A: Let the dog out, yes, let him do his
[3] thing, and put him back in.
[4] Q: And you didn't stop home first?
[5] A: No.
[6] MR. SCHMERTZ: Document offered?
[7] MR. McCOWN: I'd like to offer it.
[8] You can take judicial notice of it officially; it
[9] is a weather record. I would like to offer it as
[10] Company Exhibit —
[11] MR. SCHMERTZ: Company 16.
[12] Q: Now, if by chance somebody had clipped
[13] onto your phone wires outside your house, they
[14] would have been standing there in that same heavy
[15] rain, wouldn't they, Mr. Rogers?
[16] A: I suppose so, unless they were in a
[17] bucket up by the pole.
[18] Q: Oh, in a bucket truck up on a pole and
[19] they chipped on, right?
[20] A: It's possible. Even a cable TV man —
[21] Q: Um-hm.
[22] A: — phone man.
[23] Q: Now, originally when the police called
[24] you you told them you thought your girlfriend

Page 210

[1] might have made that call, right?
[2] A: No, I never said that.
[3] Q: You didn't?
[4] A: I don't know where you heard that, but
[5] I did not say that.
[6] Q: Well, she clearly did not make the
[7] call, right?
[8] A: No, she didn't.
[9] Q: Now, that person up in that bucket
[10] truck that might have made the call, to do that,
[11] first they would have had to clip onto your wires,
[12] right?
[13] A: I told you I don't know how those work.
[14] Q: Well, you mentioned the bucket truck,
[15] not me.
[16] A: No, I said I don't know how the clip-on
[17] phones work. I've never had one. That's what I
[18] said. I said I know people that have had them and
[19] I assume they work that way. I've never used one,
[20] so I don't know.
[21] Q: But that person, in any case, let's
[22] just assume that it was this bucket truck person,
[23] that person would have had to hit the star 67
[24] having clipped onto an anonymous line, right?

Page 211

[1] A: I don't know that either, because I
[2] don't know if you dial from a — I don't know how
[3] that works, other than the fact if you want to use
[4] it, you hit star 67.
[5] Q: Um-hm.
[6] A: If they have a rotary-type phone or any
[7] type of phone — say they clamped on. If you have
[8] a rotary-type phone it says right in your
[9] directions in your phone book or in your phone
[10] bill, I mean, 11; you can use 11 instead of a star
[11] if you have a rotary phone. If they had a rotary
[12] phone clamp-on, I suppose you could do 1167 before
[13] the number. I don't really know because
[14] I've never had a —
[15] Q: All right.
[16] A: — phone like that.
[17] Q: So everything you know about Call
[18] Blocking you learned from your bill, right?
[19] A: Seen it in the bill, yeah. When I
[20] first subscribed to Call Forwarding, it came with
[21] that and it explained both of them. I do have
[22] Call Forwarding, too.
[23] Q: Well, Call Forwarding, that's something
[24] you pay for, right?

Page 212

[1] A: Correct.
[2] Q: Yeah. That Call Block, that's just
[3] something you can do anytime, right?
[4] A: No, I was under the impression that
[5] when you got one you got the other. I could be
[6] wrong.
[7] MR. McCOWN: I'd like to take a
[8] short break. I might be done.
[9] MR. SCHMERTZ: Sure.
[10] (Off record.)
[11] Q: Mr. Rogers, when Mr. McGuire conducted
[12] that meeting in which your suspension was
[13] converted to a termination, didn't you tell him
[14] that day that you were going to meet Mr. Knight
[15] and Mr. Sherwood at the American Legion after
[16] work?
[17] A: Yes.
[18] Q: And that Mr. —
[19] A: No, I just said I was going to Jeff's.
[20] We were supposed to meet Sherwood and Bobby Laine
[21] at the Legion after we went to look at the dog.
[22] Our ultimate point was to meet at the Legion.
[23] Q: And that's to have a few drinks, right?
[24] A: That's correct.

Rogers 0054

Case 1:04-cv-11190-RCL    Document 27-9    Filed 01/10/2006    Page 5 of 12

| | |
|---|---|
| Grievance: Termination of J. Rogers<br>Vol. 1, February 14, 2002 | pp. 1-223    Arbitration between NSTAR and<br>Local 369, Utility Workers Union of America |

**Page 213**

[1] Q: And you're sure you didn't tell him
[2] that day that you never saw the dog?
[3] A: I don't recall telling him that, no.
[4] Q: All right. You're sure you didn't tell
[5] him that you were meeting Knight and Sherwood at
[6] the American Legion and then you were going to go
[7] see the puppy?
[8] A: No.
[9] Q: And that because Sherwood didn't show,
[10] you decided not to go see the puppy?
[11] A: No, I didn't tell him that, to my
[12] — no, I don't recall telling him that, no.
[13] Q: Okay. And that you waited around with
[14] Knight, and once Sherwood didn't show, you left
[15] Knight at the American Legion at about 4:00 or
[16] 4:15 p.m.?
[17] A: No, I was at the Legion by myself in
[18] the parking lot. When nobody showed up, I left.
[19] Q: So let me get this straight. You left
[20] with Mr. Knight from work, right?
[21] A: No.
[22] Q: Both in separate cars?
[23] A: Right.
[24] Q: Okay. And you drove to his brother's

**Page 214**

[1] house?
[2] A: Which is — yes.
[3] Q: Yeah. And where does Sherwood figure
[4] into this?
[5] A: We were supposed to meet Sherwood and
[6] Bobby Laine at the Legion afterwards —
[7] Q: All right.
[8] A: — and neither one of them showed up.
[9] Q: So you went out with the puppy in the
[10] downpour and the puppy urinated and you talked for
[11] a few more minutes and then you left Mr. Knight's
[12] brother's house and went to the American Legion?
[13] A: I did, yes.
[14] Q: Is that it?
[15] A: Yes.
[16] Q: And you waited there for a while. How
[17] did you find out that Sherwood wasn't going to
[18] show?
[19] A: I waited until about twenty passed four
[20] and he wasn't there, so I left.
[21] Q: So from 3:30 to 4:20 you drove to
[22] Knight's brother's house, saw the dog, you drove
[23] back to the American Legion. How long did you
[24] wait at the American Legion?

**Page 215**

[1] A: 15 minutes.
[2] Q: So in 30 minutes you drove to Knight's
[3] brother's house, saw the dog, and drove back to
[4] the American Legion —
[5] A: Right.
[6] Q: — in a half an hour, and then you
[7] waited 15 minutes or so?
[8] A: 10 minutes, 15 minutes, somewhere
[9] around there.
[10] Q: None of these other two guys showed?
[11] A: No, that's almost an hour after work
[12] and they didn't show up, so I left.
[13] Q: And you recall that that's the way you
[14] explained it to Mr. McGuire on April 23rd, or
[15] don't you?
[16] A: To the best of my recollection, yes,
[17] that's the way I explained it.
[18] Q: I think I asked you this, but Sherwood
[19] is still employed by the company, isn't he?
[20] A: Yes.
[21] Q: And Bob Laine is, too?
[22] A: Yes.
[23] MR. McCOWN: That's all I have.
[24] MR SCHMERTZ: Redirect?

**Page 216**

[1]             REDIRECT EXAMINATION
[2]                BY MR. KELLY:
[3] Q: You indicated you had Call Forwarding
[4] on your home phone?
[5] A: Yes, I do.
[6] Q: And do I understand correctly that that
[7] permits calls that are otherwise ringing at your
[8] house to ring somewhere else at a phone that you
[9] designate?
[10] A: Yes.
[11] Q: You have a — you have a cell phone —
[12] A: Yes.
[13] Q: — do you?
[14] And on occasion do you forward calls
[15] from your home phone to your cell phone?
[16] A: Yes, I do.
[17] Q: Now, I don't know one way or another,
[18] but if you forwarded a call to your cell phone,
[19] let's say, and I called you from my phone to your
[20] home, it rings on your cell phone?
[21] A: Yes.
[22] Q: Do you know one way or another where
[23] that call is identified as coming from?
[24] A: I'm pretty sure it would be identified

Rogers 0055

Case 1:04-cv-11190-RCL   Document 27-9   Filed 01/10/2006   Page 6 of 12

Arbitration between NSTAR and　　　　pp. 1-223　　　　Grievance: Termination of J. Rogers
Local 369, Utility Workers Union of America　　　　　　　　Vol. 1, February 14, 2002

Page 217

[1] as you calling from your house or wherever you
[2] called me from; it would say that on the cell
[3] phone.
[4] Q: From the place that the call was
[5] actually placed from rather than from the
[6] forwarder's spot?
[7] A: Right.
[8] MR. KELLY: I have no further
[9] questions.
[10] MR. SCHMERTZ: Anything further for
[11] this witness?
[12] MR. McCOWN: No.
[13] MR. SCHMERTZ: You're excused,
[14] Mr. Rogers.
[15] (Witness excused.)
[16] MR. McCOWN: I think I left my notes
[17] out in the hall. I'll be right back. We're going
[18] to call Mr. McGuire for just a few questions.
[19] MR. SCHMERTZ: Mr. McGuire. You're
[20] under oath as you were before, Mr. McGuire.
[21] THE WITNESS: I understand that.
[22] (Pause.)
[23] MR. McCOWN: Mr. McGuire, you're
[24] still under oath.

Page 218

[1] MR. SCHMERTZ: Yes, he's been
[2] reminded.
[3] THE WITNESS: Yes.
[4] DIRECT EXAMINATION
[5] BY MR. McCOWN:
[6] Q: Do you recall the explanation that
[7] Mr. Rogers gave you when you asked him about his
[8] whereabouts on the afternoon of March 30th after
[9] work?
[10] A: Yes, I do.
[11] Q: And this was at the April 23rd meeting?
[12] A: That's correct.
[13] Q: What explanation did he give you?
[14] A: Mr. Rogers told us that after work on
[15] the 30th that he was going to the American Legion
[16] to meet with Mr. Sherwood and Mr. Knight and
[17] possibly a Bobby Laine to go and look at a — I
[18] thought he said his brother's new chocolate Lab.
[19] Q: Okay. And do you recall the sequence
[20] in which those events were related to you?
[21] A: He told us that Mr. Sherwood, they
[22] discovered, was going to a doctor's appointment
[23] and would not be showing up, and that he left
[24] Mr. Knight approximately 4:00 to 4:15 and drove to

Page 219

[1] the Kingston Athletic Club.
[2] Q: So at any point did he explain that he
[3] had seen the dog?
[4] A: No.
[5] MR. McCOWN: Okay. I don't have
[6] anything else.
[7] MR. SCHMERTZ: Cross-examine?
[8] CROSS-EXAMINATION
[9] BY MR. KELLY:
[10] Q: Mr. Dorant asked questions at that
[11] meeting as well as you; isn't that true?
[12] A: That is correct.
[13] Q: And the — the notes that you took of
[14] the meeting were only of that portion of the
[15] meeting that you asked questions; isn't that
[16] right?
[17] A: No, I believe if you look at my notes
[18] it says Dave Dorant asked the questions about the
[19] phone calls being made on the five different
[20] dates, I believe. I'll have to look at it myself,
[21] but...
[22] Q: I'm sorry, on the top of the third
[23] page?
[24] A: Yeah, Dave D. is Dave Dorant, and he

Page 220

[1] asked that question.
[2] Q: And to the best of your recollection,
[3] those are the only questions that Mr. Dorant
[4] asked?
[5] A: That's correct.
[6] Q: Do you recall whether there were other
[7] questions that Mr. Dorant made or asked other than
[8] whether Mr. Rogers made the calls on the other
[9] dates?
[10] A: There may have been. To the best of my
[11] recollection, no, I don't remember.
[12] Q: Okay. And you didn't — if there were,
[13] you didn't take notes of those?
[14] A: That's correct.
[15] MR. KELLY: I have nothing further.
[16] MR. SCHMERTZ: Okay. Thank you,
[17] Mr. McGuire.
[18] THE WITNESS: Thank you.
[19] MR. McCOWN: Actually, I
[20] presumptively went to rebuttal.
[21] MR. KELLY: You did; you didn't give
[22] me an opportunity to rest.
[23] MR. McCOWN: I apologize.
[24] MR. KELLY: That's all right; no

Rogers 0056

Case 1:04-cv-11190-RCL   Document 27-9   Filed 01/10/2006   Page 7 of 12

| Grievance: Termination of J. Rogers | pp. 1-223 | Arbitration between NSTAR and |
| Vol. 1, February 14, 2002 | | Local 369, Utility Workers Union of America |

Page 221

[1] offense taken.
[2] MR. SCHMERTZ: Okay. That it? Are
[3] you going to brief us?
[4] MR. McCOWN: Yes.
[5] MR. SCHMERTZ: The record will be
[6] ready in a couple of weeks. Do you want to try to
[7] fix a brief date or do you want to wait till you
[8] get the record?
[9] MR. McCOWN: No, let's give it a
[10] shot.
[11]     (Off record.)
[12] MR. SCHMERTZ: On the record.
[13]     Simultaneous briefs postmarked to me
[14] no later than Friday, March the 22nd. You'll
[15] exchange between yourselves.
[16] MR. McCOWN: You know what? I might
[17] as well be straight about it. I know what's going
[18] to happen. I'm going away that weekend for a
[19] four-day weekend, and I was thinking, oh, I'll get
[20] it done beforehand. I won't. Can we just move it
[21] one week?
[22] MR. SCHMERTZ: Yeah. Sure. Change
[23] the 22nd to the 29th. Exchange between
[24] yourselves. If there's a problem with the date,

Page 222

[1] please work it out so the briefs come in
[2] simultaneously.
[3] MR. KELLY: Fine.
[4] MR. SCHMERTZ: And I take it
[5] subsequently, after I get the record and the
[6] briefs, the board will meet.
[7] MS. AMBER: Right.
[8] MR SCHMERTZ: So I'll be in touch.
[9] MR. TROMBLY: Deal.
[10] MR. SCHMERTZ: Not here.
[11] Put on the record I'll be in touch
[12] with my colleagues after everything is in. All
[13] right. We're adjourned. Thank you very much.
[14]     (Off the record at 5:00 p.m.)

Page 223

[1]         CERTIFICATE
[2] COMMONWEALTH OF MASSACHUSETTS
[3] BRISTOL, SS
[4]
[5]     I, Lori-Ann London, Registered
[6] Professional Reporter and Notary Public in and for
[7] the Commonwealth of Massachusetts, do hereby
[8] certify that the foregoing transcript is a true
[9] and accurate transcription of my stenographic
[10] notes taken on February 14, 2002 to the best of my
[11] skill and ability.
[12]     IN WITNESS WHEREOF, I have hereunto set
[13] my hand and seal of office this 27th day of
[14] February 2002.
[15]
[16]
[17]
[18]
[19]
[20]
[21]     Lori-Ann London, RPR
[22]     Notary Public
[23]
[24] My commission expires: 7-1-2005

Rogers 0057

**Lawyer's Notes**

Rogers 0058

Case 1:04-cv-11190-RCL   Document 27-9   Filed 01/10/2006   Page 9 of 12

Arbitration between NSTAR and
Local 369, Utility Workers Union of America
pp. 1-223
Grievance: Termination of J. Rogers
Vol. 1, February 14, 2002

# #

#6296 1:8

# 1

1 7:14, 15; 11:9; 39:2, 4, 5; 167:2; 187:24; 188:18
1-223 1:2
1-800 32:18
10 15:17; 107:22, 24; 121:13, 14; 127:1; 129:16; 215:8
1020 68:21
10:00 1:22; 68:21
11 15:17; 34:15; 129:17, 18, 19; 191:20; 193:12; 211:10, 10
1167 211:12
11:30 40:10; 128:2; 143:11, 19
11th 49:14; 89:5, 18; 90:16; 92:6, 14, 20
12 131:18, 20; 160:14
12:00 128:3; 143:23
12:20 79:14
12:30 40:10; 143:11, 20
12th 49:14; 72:17; 103:9
13 144:15
14 1:21; 152:18; 163:23; 178:13
15 17:20; 107:22, 24; 154:18; 155:9; 180:11, 15; 182:9; 185:23; 206:10; 215:1, 7, 8
15-day 174:6
15-year 16:22; 17:10, 24; 20:8
15:52 208:4
16 209:11
16:52 208:4
17th 9:8
18 6:5; 180:7
1979 21:14
1981 146:19
1982 147:1
1984 21:16
1986 112:7, 13
1987 147:2
1988 21:20
1993 147:3, 5
1994 194:10
1996 112:8
1997 147:6
1998 146:21
1999 7:11
1:00 143:24
1st 11:14; 50:16, 17; 56:20; 57:13, 16; 59:24; 60:20; 93:1; 95:9; 96:6; 97:18, 24; 102:4, 7; 103:17; 109:24; 110:3;
113:18; 114:1, 7; 115:21; 144:4

# 2

2 7:15; 11:11; 55:9; 56:3; 57:7; 155:1, 2; 156:23; 163:11; 167:2
2.4 127:18; 128:9
2/8 57:8
20 185:23
2000 11:8, 10; 22:9; 23:7; 26:13, 15; 35:4, 17; 37:19; 50:16; 66:8; 72:18; 82:15, 24; 83:1; 131:23; 143:3, 10, 15, 19; 153:9; 160:19, 22; 196:13, 21, 22; 197:21
2001 6:5; 7:22; 11:13, 14, 15; 14:4; 22:5, 10; 23:7; 43:21; 90:18, 19; 112:23; 123:20; 139:14; 144:3, 4; 148:14; 151:21; 180:7; 183:21; 184:4
2002 1:21
21 191:2
21-year-old 191:4
22nd 221:14, 23
234 64:2; 119:18; 127:9, 12, 14; 129:2; 130:2; 137:9; 184:9; 195:4
236 119:5
23rd 148:14; 151:21; 152:4; 165:13, 15; 215:14; 218:11
24 138:23
25 1:19; 8:22
25-minute 150:1
25th 8:20, 24
26 194:13
273-0145 50:1
29th 221:23
2:00 44:23
2:05 44:23; 144:3
2nd 11:13; 43:20; 44:15, 16; 56:22; 57:22; 58:13; 63:1, 3; 74:7; 103:16; 105:10; 106:7; 107:4; 113:14; 118:8, 22; 125:18; 144:3; 158:22

# 3

3 11:13; 58:24; 59:22, 23; 115:10; 155:2, 5, 7
30 127:19; 195:23; 215:2
30th 11:7, 15; 14:4, 14; 15:18; 16:19; 17:1, 8, 13; 18:4, 18, 22; 19:2, 6; 20:3; 26:13, 15, 21, 22; 60:6, 10; 61:4; 63:2; 70:10; 72:14, 18; 77:11; 79:14; 80:17; 81:21; 90:22; 106:21; 107:21; 108:22; 117:19; 118:6; 123:20; 131:23; 143:3; 144:7; 147:20;
151:3; 161:5, 7; 164:15; 184:4, 17, 22; 185:4; 188:21; 198:8; 199:6, 21; 203:7, 16; 204:12; 207:24; 218:8, 15
31st 68:14; 195:19; 196:22
333 36:17
338 36:17
339 36:17
35 127:19
3581 49:19, 21; 132:12; 160:11, 18
369 1:6; 35:23; 36:5, 15, 23, 24; 37:10, 16; 146:24
387 36:15, 23; 37:10
3:30 144:6, 9; 185:3; 204:20; 214:21
3:52 208:8
3A 8:11, 12, 16
3B 8:11, 17

# 4

4 11:15; 65:19, 22
401 151:14; 177:22; 178:1, 22
42 190:7
44 185:18
4:00 14:3; 50:20, 24; 60:12; 117:20; 149:11; 199:21; 203:7; 213:15; 218:24
4:05 123:19; 144:7; 204:24
4:15 50:20; 213:16; 218:24
4:16 50:20; 144:4
4:20 214:21
4:30 50:24
4:52 208:8
4A 8:19, 21
4B 8:23; 9:2

# 5

5 9:3, 5; 11:16; 69:1, 3
508 50:1; 84:7, 22
57 55:3; 59:17; 61:22; 62:4, 9, 13; 102:5, 7, 23; 109:3, 18; 133:21; 134:1
5:00 222:14
5th 11:10, 17; 13:13; 19:7, 11, 16; 35:17; 37:18, 22; 38:19; 39:10; 42:21; 44:1; 89:23; 92:11; 143:10, 14; 158:17; 161:7

# 6

6 7:22; 8:17, 18; 9:7, 11; 38:19; 73:3, 6; 74:1; 79:4; 80:16; 106:20; 143:19;
154:22; 162:23
67 198:13; 210:23; 211:4
6th 11:10; 13:14; 19:7, 17; 35:17; 37:18, 23; 39:10; 40:3; 42:20; 44:1; 89:23; 92:11; 158:17; 161:8
6ths 8:8

# 7

7 74:11; 105:9
703-10 48:10
705-20 48:11
708-10 34:15
7:30 68:20
7th 9:4, 6; 93:22; 94:9; 96:14, 16; 99:18

# 8

8 57:8; 75:4, 6; 93:24
800 33:2, 8; 84:10; 132:12, 18; 134:21; 177:14
8th 58:6; 96:9; 99:16; 117:10

# 9

9 121:15, 16; 124:19, 22; 184:2
95 194:10
99 22:3; 112:9
9:30 26:23; 33:17; 143:3
9th 117:10

# A

a.m 1:22; 143:3, 11, 20
ability 26:18; 148:6; 156:9, 20, 24; 157:14; 158:2, 3, 5, 7; 159:2
able 26:3; 32:12; 51:15, 20; 63:9; 67:2; 85:5, 7, 20; 91:24; 110:3; 123:24; 140:12
above 38:24
Absent 124:13
absolutely 19:24; 83:18; 84:1; 86:7; 90:13; 203:15
abusive 175:1, 12
accept 202:6
acceptable 144:11
access 191:6; 195:7
accessible 107:7
according 37:11; 123:18; 203:5, 12, 13
accumulated 43:5
accurate 77:6, 8, 13, 19; 78:9; 92:7, 9; 185:6; 205:15
accused 189:20; 194:3
acquitted 194:4
across 146:4
action 170:10; 172:10, 16, 17, 18, 21
activate 55:4; 98:5; 103:3; 114:23; 133:18
activated 53:14; 58:17; 114:12; 118:1; 133:6, 9; 134:11; 201:14
activating 114:21
activation 200:10
activities 125:1; 143:13
activity 37:3; 60:1; 123:2
actual 59:18; 108:21; 143:13; 148:23
actually 11:3; 35:2; 41:8; 48:6; 50:20; 57:24; 79:24; 82:6; 86:23; 90:5; 92:1; 107:1; 135:8; 139:8, 24; 143:17; 148:13; 153:24; 205:12; 217:5; 220:19
added 125:21
addition 16:10; 151:3; 197:8
additional 54:22
address 63:23; 64:2, 16, 17; 83:23; 119:5, 18; 120:11, 18; 184:4, 12, 16
addresses 64:23; 65:12, 14
adjourned 222:13
adjusted 172:22; 173:13, 14
administering 146:7
administrative 22:1
Administrator 145:22
admissibility 124:18
admissible 72:10; 124:18
adopting 197:15
adult 195:6
advised 114:7; 115:20; 117:5; 120:8, 13, 21; 133:5
affect 75:13; 193:15
affecting 48:15
affidavit 122:16, 18
affidavits 123:7
AFL-CIO 1:7
afternoon 40:11; 44:23, 24; 50:20; 61:10; 62:17; 117:20; 149:11; 206:20; 208:9; 218:8
afterwards 214:6
again 11:10, 16; 28:10, 14; 42:2; 45:1; 51:13, 18; 52:24; 60:11, 15; 61:8, 18; 66:24; 90:7; 99:15; 101:11; 104:23; 116:19; 117:19; 120:16; 134:5; 144:7
against 86:20; 87:7
agency 118:15
aggressively 86:9
ago 11:8; 31:12; 78:21; 128:4; 146:3; 152:10;

Case 1:04-cv-11190-RCL  Document 27-9  Filed 01/10/2006  Page 10 of 12

Grievance: Termination of J. Rogers  pp. 1-223  Arbitration between NSTAR and
Vol. 1, February 14, 2002                       Local 369, Utility Workers Union of America

175:10; 183:4; 194:9
agree 88:21; 91:11; 142:8; 202:8
agreed 49:10; 81:12; 87:1; 174:18
Agreement 7:15; 145:23; 146:8; 170:1, 6; 172:17, 21, 23; 173:22; 174:5, 9, 10
ahead 59:2; 119:9; 203:1
alcohol 174:2
alcohol-related 194:2
alcoholic 194:19, 24
alibi 14:3, 13; 16:8; 148:8, 10, 11; 149:7; 150:4; 164:15
alleged 162:7; 163:6; 169:15; 170:22; 171:3
Allied 1:19
allow 24:17; 33:1; 46:2; 73:22; 111:4
allowed 32:19; 45:14; 139:21, 24
almost 76:3, 4; 215:11
alone 182:18, 22, 23
along 26:9; 28:13; 41:13; 52:20; 82:7; 92:17; 183:9, 12
although 12:2
always 69:13; 100:12; 208:14
Amber 1:14; 6:16, 20; 8:4, 10; 36:18; 65:21; 111:3; 121:15; 155:2; 188:7, 12; 193:3; 201:19; 222:7
amended 164:2
AMERICA 1:6
American 149:10; 184:24, 24; 186:2, 11; 212:15; 213:6, 15; 214:12, 23, 24; 215:4; 218:15
among 25:9; 196:8
amongst 24:21; 45:22
amount 137:21
analog 34:5; 41:24; 42:18
Andrews 80:11
angry 30:15, 16, 17; 82:12; 107:13, 13
announce 197:14
announced 197:8
annoyance 54:1, 1; 98:17
anonymous 210:24
answered 26:24; 30:23; 31:6; 39:10; 40:18; 41:1; 44:23; 51:7; 61:9; 98:15; 151:7; 156:3
anticipating 88:21
anymore 48:15; 52:19
apart 70:12; 105:13, 15; 106:4; 107:3; 134:8, 8
apologize 220:23
apologized 42:13; 96:24

apparently 12:1; 16:17; 17:6, 15; 18:4
appeal 166:21
appealed 187:2
appeared 117:22
appears 160:23; 184:16
appointment 149:18; 218:22
approve 141:1
approximately 70:9; 128:2; 143:3, 11; 150:1; 175:10; 185:17; 218:24
April 7:22; 8:7, 17, 18, 20, 22, 24; 63:1, 3; 71:7, 24; 118:8, 22; 146:21; 148:14; 151:21; 152:4; 165:15; 215:14; 218:11
ARBITRATION 1:3, 11; 167:20
Arbitrator 1:14, 15; 7:1; 32:17; 112:6; 175:14; 176:10; 187:23
arbitrator's 6:8; 36:7
arbitrators 6:11
area 66:9; 127:4; 128:18; 129:1; 186:7; 192:22; 193:7, 10
areas 129:21
argument 19:15; 46:1; 155:9
around 15:8; 27:22; 29:14; 50:19; 62:19; 67:16; 103:11; 129:4; 149:11; 153:9; 204:17; 206:1, 13; 213:13; 215:9
arrangement 175:17
Arthur 181:22
Asalean 114:19, 22
aside 134:15; 158:22
asserts 24:4
assign 82:8
assigned 37:7; 101:14; 112:9; 116:5; 117:4
assignments 35:24
assistance 11:18; 49:5; 75:23
assistant 187:4
assisting 18:6
associated 68:3
assume 10:4; 84:7; 210:19, 22
assuming 197:1
assure 24:24
Athletic 219:1
attempt 166:14; 203:20
attempted 85:2
attend 196:11
attendance 154:3; 162:10
attended 66:4; 154:12; 156:4; 197:1
attendees 152:5
attention 160:14; 171:5, 14

attorney 187:4
August 7:10; 11:7; 19:2, 6; 22:3, 9; 23:7; 26:13, 15, 21, 22; 35:4; 72:14, 18; 77:11; 79:14; 80:17; 81:21; 82:14; 85:13; 106:21; 108:22; 131:23; 143:3; 160:19, 22; 161:5, 5, 7
auto 141:21
available 117:8; 147:19; 157:7, 15; 198:1
avenue 134:13
aware 15:7; 109:9, 10, 10, 15, 18, 22; 149:2; 162:12; 184:4; 189:23; 197:4, 6, 7; 198:6
away 42:10; 59:14; 61:22; 207:7; 221:18

**B**

back 16:20; 17:13; 21:18; 27:20, 22; 28:3, 4; 29:6; 33:17, 24; 35:5; 37:21, 21; 40:17, 21; 41:8; 42:11, 15; 43:11, 24; 44:9, 10, 17, 21; 45:4; 47:9; 54:15; 56:8; 63:1, 5, 7; 66:7, 14; 70:16; 73:17; 80:4, 5; 83:12; 84:17, 19; 90:5; 92:16, 18; 94:16, 24; 95:5; 96:3; 97:1; 99:21, 24; 100:11, 12, 15; 109:8; 111:1, 4; 118:6; 128:5, 7; 130:12; 146:15; 150:7; 153:20, 22; 175:13; 188:4; 206:15; 209:3; 214:23; 215:3; 217:17
background 6:23; 7:19; 25:24; 26:1, 4, 6, 8; 46:8, 15; 51:13, 16, 22; 61:20; 101:19; 105:6; 114:6
backup 72:2, 4
backyard 206:13; 209:1
badly 14:8
baffled 203:15
Barboza 64:18
Bargaining 7:14; 145:23; 146:8
based 147:18
basic 15:23; 101:13
basically 11:8; 25:16; 32:1, 19; 37:1; 51:17; 54:17; 55:17, 21; 56:12; 58:3; 61:15; 66:22; 67:13; 68:1, 4; 69:12, 23; 74:22; 75:19; 82:8; 97:7, 11; 100:16; 104:23; 105:19, 20; 106:1; 112:12; 186:8; 189:24
basis 103:24; 147:15, 17; 156:18; 170:24; 176:2, 8
bears 24:4
beat 41:19; 91:7
BEC 7:9
became 22:3; 87:2;

112:22; 125:19
become 59:9; 147:2, 3, 5
becoming 86:12
Bedford 22:19; 34:19; 35:21; 37:15; 48:10; 66:9; 138:19; 139:7
beer 194:16, 22; 195:1
beforehand 221:20
began 11:7; 23:6; 33:15; 126:21
beginning 42:23; 113:11; 122:23
behalf 150:10; 173:9, 11
behavior 81:15; 82:3, 5
behind 29:15
believes 15:21
beneath 94:8; 128:18
benefit 34:8; 36:8
benefits 21:23
best 25:3; 26:17; 31:20; 35:9; 124:15; 135:10, 14; 136:2, 2; 187:3; 215:16; 220:2, 10
beverage 194:24
beyond 30:1; 46:10; 105:8
bigger 73:1
bill 198:17, 22; 211:10, 18, 19
billed 140:10
billing 140:9
bills 141:22
bit 28:15; 51:20; 69:9; 86:9; 101:1; 206:2
Block 198:12; 199:8, 16, 23; 200:2, 5, 11; 201:14; 202:3, 13; 212:2
blocked 200:4, 20
Blocking 150:17, 19, 21; 197:23; 199:1; 201:10; 202:7; 211:18
BOARD 1:11; 124:20; 147:5; 222:6
Bob 67:17; 149:20; 215:21
Bobby 212:20; 214:6; 218:17
book 149:3, 3; 153:13; 154:15; 162:13, 14; 197:3, 6, 9; 211:9
books 64:7; 140:14; 153:11; 198:19
boss 29:13; 69:15; 83:7; 113:9
Boston 7:9; 22:2; 36:15, 15; 111:17; 112:2; 145:18; 146:18, 19, 20; 147:2
both 37:7; 38:9; 39:19, 20; 52:14; 59:10; 81:12; 93:13; 128:8, 9, 10; 143:18; 146:5; 148:24; 167:17; 168:6; 169:24; 191:6; 211:21; 213:22
bothering 15:4
bottom 35:1; 38:15;

178:14
box 129:4; 155:1
boxes 192:14
boyfriend 75:20
brain 92:19
brave 46:17
breach 176:4
break 14:18; 20:13; 48:19, 23; 110:20, 21, 23; 138:4; 143:24; 149:7; 150:1; 212:8
break-in 204:11
breaking 40:9
breathing 25:15, 23; 28:1, 6, 11, 14, 18; 29:2; 30:2, 3, 4; 40:22; 41:12, 20; 45:3, 3, 5; 46:5, 21; 51:9, 11; 61:11, 17; 89:15; 90:13; 91:7, 16, 16
breathy 29:7
brief 108:8; 181:10, 12; 221:3, 7
briefed 133:11
briefly 21:13; 207:5
briefs 221:13; 222:1, 6
bring 123:3
broad 16:10; 166:3
broke 40:5
brother 149:13; 205:22, 22
brother's 185:10; 205:20, 21, 23; 213:24; 214:12, 22; 215:3; 218:18
brother-in-law 149:13
brought 115:16; 171:5, 13; 203:23
brushes 193:20
bucket 209:17, 18; 210:9, 14, 22
buddy 185:9
building 22:17, 20; 25:12; 34:11, 13, 17; 35:15; 38:23; 42:4; 47:24; 48:1, 8, 18; 52:16
bullets 163:15, 18
bunch 48:7
burden 19:23
business 44:11; 86:19; 122:19, 21; 123:1, 2, 13, 19; 124:18; 141:7, 11, 15; 180:7
busy 39:19; 41:10
Butters 183:5
BUW 35:21; 36:17; 38:10
BUWs 36:24

**C**

cable 209:20
Cabral 53:23; 54:14, 23; 55:7, 18; 57:2, 6, 8, 10, 15, 20, 21; 59:11; 63:3, 12; 94:13, 20; 95:8; 96:18; 98:10; 99:20; 100:10;

Case 1:04-cv-11190-RCL    Document 27-9    Filed 01/10/2006    Page 11 of 12

Arbitration between NSTAR and
Local 369, Utility Workers Union of America

pp. 1-223

Grievance: Termination of J. Rogers
Vol. 1, February 14, 2002

101:4, 12; 117:5, 6, 11; 118:3, 6, 10, 18; 119:1, 3, 12; 120:15, 19, 21; 121:3; 122:5, 6, 10; 131:2, 5
**calculus** 157:22
**calendar** 38:7
**call** 11:2, 9, 9, 10, 13, 14, 15, 17, 17; 12:1, 2, 4, 6, 15, 16; 13:9, 11, 15, 19; 14:4, 5; 15:13; 16:2, 6, 8, 18, 24; 17:12; 18:8, 12; 19:4, 6, 8, 11, 13; 24:3; 25:1, 8; 26:3, 14, 21; 28:21; 29:17, 18, 20, 22, 23; 30:22, 24; 31:1, 11, 17; 32:5, 9, 22; 33:4, 17, 20, 22, 24; 34:9, 9, 10, 16, 23; 35:16; 37:18; 39:8, 20; 40:7, 8; 41:4, 8, 9, 11, 15; 42:9; 43:15, 20; 44:1, 15; 45:13; 47:2, 4, 9, 15, 17, 22; 49:8; 50:6, 7, 15, 17, 21; 51:1, 2, 11; 52:7, 8, 15; 53:12, 18; 54:2, 4; 55:1, 1; 56:20, 21; 57:17; 58:8, 12, 16; 59:3, 7, 11, 12, 14, 15; 60:1, 2, 5, 9, 10, 16, 18, 20; 61:12, 15, 24; 62:20, 21, 23; 64:24; 70:11; 72:18, 18, 19, 19; 73:15, 23; 74:6, 15, 17, 22, 24; 75:1, 7; 76:6; 77:11; 78:17, 23; 79:19; 80:1, 4, 9, 13, 18; 85:17, 19, 23; 87:1; 89:12, 16, 21; 90:10; 91:6, 17, 20; 92:11, 24; 94:5, 16, 17, 18; 95:3, 10; 96:5; 97:2, 14, 18, 19, 22, 24; 98:1, 5, 8; 99:7, 13; 100:11; 101:6, 15; 102:24; 103:4, 6, 12, 14, 17, 17; 104:8, 19, 21, 22, 24; 105:11, 12, 15, 21; 106:1, 6, 18, 21; 107:2, 4, 16, 19, 21, 21; 108:5, 21, 22; 109:11, 12, 22, 24; 113:20; 114:1, 7, 7, 8, 11, 21, 24; 115:21; 118:1, 4, 9, 11; 119:2; 122:11; 123:20; 124:11, 14; 131:8; 132:10, 12; 133:2, 5, 8, 12; 134:8, 15, 16; 147:19, 22; 148:8; 149:8; 150:16, 19, 21; 156:13, 20; 157:13; 158:15, 18; 159:4; 164:16; 176:22; 177:20, 22; 178:17; 184:3, 15; 197:23; 198:11, 14, 15, 16; 199:1, 8, 8, 16, 20, 23, 24; 200:1, 2, 4, 5, 10, 12, 19; 201:5, 10, 13; 202:3, 7, 13, 20; 203:6, 10, 11, 16; 210:1, 7, 10; 211:17, 20, 22, 23; 212:2; 216:3, 18, 23; 217:4, 18
  **called** 31:5, 24; 32:19, 24; 41:2; 44:5; 47:1, 12; 48:9, 10; 49:21; 52:1, 6; 53:11; 63:3, 12, 12; 64:18; 78:20; 79:18, 24; 80:9; 93:2; 95:2; 100:10; 118:3; 119:23; 134:24; 151:13, 14; 177:9,

14; 179:12, 16, 22; 209:23; 216:19; 217:2
  **caller** 15:3, 10, 10; 27:2; 32:4; 41:14; 45:6; 46:5; 49:16; 51:4; 55:2; 59:17; 60:15, 17, 22, 24; 61:6, 8; 62:5; 74:24; 90:12; 98:3; 104:3, 4, 12, 21, 24; 108:17; 198:3; 200:4, 8, 10, 23, 23; 201:13; 202:3, 6
  **calling** 15:4; 33:15; 42:9; 151:9; 177:24; 217:1
  **calls** 10:18, 22, 23; 11:3, 7; 12:14, 19; 13:1; 15:6, 15, 16, 17; 16:4; 17:6; 18:19; 19:1, 2; 22:8; 23:4, 6, 10, 14, 16, 23; 24:12; 25:10, 11, 13; 26:2, 11, 12, 17, 19; 31:8, 16; 32:13; 33:6, 9; 35:2, 14; 44:3, 8; 45:16, 22; 50:8, 13, 13; 51:7, 13; 53:17, 20; 54:1, 1, 3, 4; 60:23; 62:10; 66:15; 69:6; 70:6; 72:9; 73:23; 75:13; 76:3, 8; 77:3; 78:5, 8; 84:6, 22; 85:11, 12, 14, 15; 92:2, 18, 22; 97:7; 98:11, 17, 18; 100:4; 103:22; 104:23; 107:11; 108:17; 112:18; 114:10; 117:16; 118:1; 131:4, 24; 133:11; 134:19; 135:5, 12, 18; 136:4; 137:17; 148:7; 151:1, 5; 156:9; 157:6, 9, 16; 158:10; 159:2, 12, 21, 22; 160:22; 161:12, 16; 164:9, 10, 13; 165:19; 177:15; 181:15; 188:22; 189:4, 12, 17; 216:7, 14; 219:19; 220:8
  **calmly** 107:15
**Cambridge** 7:10
**came** 11:9, 12, 14, 16; 13:9; 18:21; 31:1; 32:5, 9, 20; 33:9, 20, 23; 34:9, 9, 21, 23; 39:20; 40:8, 14; 41:11, 13; 42:15, 16; 44:10; 47:21; 49:13; 51:1; 52:23; 53:8; 55:1; 56:8; 59:7, 11, 14; 60:10, 18; 61:23; 63:21; 71:10; 73:17; 74:24; 78:23; 79:19; 84:18, 22; 95:10; 96:5; 99:23; 100:10; 104:19, 21; 113:15; 117:22; 120:9; 127:18; 130:3; 134:15; 148:10; 157:13; 159:12; 197:3; 200:3, 5; 203:11; 205:12; 211:20
  **can** 9:13; 20:12, 22; 23:21; 24:6, 10; 25:4; 26:12; 32:17; 38:4; 45:13; 49:24; 50:6; 54:11; 56:15; 65:4; 67:22; 69:9; 74:3; 77:21, 23; 82:21; 90:15; 24; 101:7; 105:5; 108:8; 123:3; 124:15; 128:11, 17; 129:24; 134:22; 136:3;

137:12; 138:3; 142:8, 23; 146:15; 148:16; 156:2; 162:9, 16; 163:7; 166:11; 167:15; 168:4, 17; 169:3; 170:15; 184:14; 187:9; 198:2; 200:14, 17; 202:5, 6, 12; 209:8; 211:10; 212:3; 221:20
**capability** 105:1
**capable** 113:5
**capacity** 136:10; 182:12
**Cape** 21:7, 11, 20; 22:6, 19; 35:21; 37:15; 66:11; 138:19
**Capital** 111:14, 14
**capitalized** 140:14
**capture** 73:14; 78:1
**car** 100:7
**cards** 64:15, 15
**care** 20:5; 49:12; 66:9; 188:4
**carefully** 11:1, 4
**caretaker** 123:4
**cars** 213:22
**Carver** 186:6
**case** 9:20; 12:8; 15:24; 16:15, 16; 17:5, 20; 20:7; 24:2; 30:15; 53:24; 55:4; 64:23; 65:15; 101:13; 117:4; 118:11, 12, 19; 141:21; 166:15, 19; 168:20; 172:2, 23; 173:15, 23; 174:22; 175:9, 11; 176:7, 7, 9; 181:7, 9; 203:9; 210:21
  **cases** 30:12; 81:18; 100:13; 169:15, 24; 170:19; 175:7
**catch** 55:18
**caught** 11:4
**cause** 6:4; 16:12; 18:22; 87:9; 168:10
  **caused** 16:21; 17:9; 36:9; 37:3
**cell** 34:18; 216:11, 15, 18, 20; 217:2
**cellar** 207:2
**center** 32:22; 67:8, 10; 120:14; 127:8, 15; 129:9; 130:5, 10, 11, 14; 131:7; 137:10; 155:17; 159:15; 177:20; 185:12, 18, 20; 186:4, 6; 192:17
**central** 32:12; 84:6, 19
**centrally** 22:18
**certain** 13:12; 115:4; 135:19
**Certainly** 20:14; 45:6; 72:10; 197:20; 201:9; 204:23
**certifies** 123:11
**cetera** 60:3; 71:21
**Chairperson** 1:13
**chance** 209:12
**change** 36:4; 221:22

**changed** 15:11; 41:22; 42:17
**characterization** 16:15
**charge** 135:22; 139:6
**charged** 186:20
**charges** 164:2, 2
**chart** 143:14
**chase** 66:21
**check** 83:22; 119:12; 120:4, 12; 206:2
  **checked** 52:8; 119:16, 22
  **checking** 113:16, 22; 120:9; 131:14
**Cheesman** 37:7; 38:16
**chief** 147:2, 3
**children** 190:10, 21, 22
**chin** 28:8
**chipped** 209:19
**chocolate** 149:14; 218:18
**Chris** 67:17; 78:11; 150:7; 152:8, 11; 192:6
**chronology** 69:5, 5; 70:6, 14, 21; 71:2, 21, 22; 77:8
**circle** 128:21, 23; 129:4, 7, 10, 12; 193:7
  **circled** 128:18; 129:21; 193:10
**circumstances** 169:23
**circumstantial** 12:8, 10; 14:10; 15:22
**civil** 122:23
**claim** 17:2; 87:6
  **claimed** 14:13
  **claims** 141:21
**clamp-on** 211:12
  **clamped** 211:7
**Clark** 190:15
**class** 64:6; 182:11
**clean** 20:9; 180:11
**clear** 56:11; 125:11
  **clearer** 92:13
  **clearly** 167:18; 210:6
**clerical** 37:7, 20; 38:16; 47:8
**clerk** 87:14; 141:2; 187:1
  **clerk's** 187:1, 13
  **clerks** 37:14
**clip** 204:6; 210:11
**clip-on** 150:14; 210:16
**clipped** 203:21; 209:12; 210:24
**clipping** 204:2
**clipping-on** 176:14
**clips** 176:21
**clock** 127:21
**close** 28:8; 131:10; 180:6
  **closed** 29:15; 134:13
  **closely** 16:3
**Club** 219:1
**clue** 84:1; 105:7

**Cod** 138:19
**code** 149:2, 3; 151:16, 19; 153:23; 154:9; 155:9; 162:6, 13, 14, 17; 163:5; 164:18, 22; 165:3, 7; 196:12; 197:2
**cognizance** 176:10
**coincidental** 13:23
**cold** 207:16
**colleague** 135:8
**colleagues** 222:12
**collect** 29:10
**Collective** 7:14; 145:22; 146:7
**collectors** 21:11
**college** 194:12
**COM** 7:9, 10; 21:14, 19; 36:16, 16; 139:1
**COM/Energy** 7:9; 36:14; 138:22; 197:13
**combined** 22:4
**comfort** 30:1
**coming** 46:9; 104:8; 134:19; 135:5; 150:3; 159:15, 21; 161:16; 216:23
**commence** 69:11
**commenced** 166:23
**comment** 100:15; 117:23
  **comments** 142:10; 166:20
**committee** 37:8, 21; 38:7
**Commonwealth** 87:3, 6; 182:5, 8
**communicated** 153:7
**communicates** 154:8
**Communication** 42:16; 153:10
**Company** 1:14; 6:3; 9:24; 10:15; 11:19, 20; 12:7, 11; 13:14, 23; 14:11, 15, 21; 15:4, 8, 21; 16:9, 12; 18:4, 5; 19:3; 21:4, 17, 19; 23:14, 19; 24:3; 32:8; 36:9; 39:4, 5; 55:9; 56:3; 57:7; 58:17, 24; 59:22, 23; 64:13; 65:19, 22; 69:1, 3; 73:2, 5; 74:1, 11; 75:4, 6; 79:4; 80:15; 85:16; 86:5; 93:24; 97:10, 11; 105:8; 106:19; 111:17, 23; 115:10; 119:12, 16; 124:19, 22; 127:1; 129:16, 19; 131:18, 20; 132:19; 134:22, 24; 135:24; 136:1; 139:21; 141:5, 8, 11, 15, 17; 144:14; 152:7, 16, 18, 21, 23; 154:8, 17; 155:9; 160:14; 163:23; 170:7; 177:9, 16; 181:8; 184:2; 186:9; 189:19; 190:19; 191:20; 193:11; 196:1; 197:8; 203:5, 12, 13; 205:8; 209:10, 11; 215:19
  **company's** 10:19; 11:22; 12:21; 14:17; 15:24; 140:14; 145:7; 181:6

Case 1:04-cv-11190-RCL   Document 27-9   Filed 01/10/2006   Page 12 of 12

Grievance: Termination of J. Rogers   pp. 1-223   Arbitration between NSTAR and
Vol. 1, February 14, 2002                Local 369, Utility Workers Union of America

compile 70:13
complained 133:2; 180:20
complaining 131:24; 165:19
complaint 86:20; 166:24; 167:8
complete 83:24
completely 83:16
completion 126:22
components 15:23
computer 113:22; 120:5
computerized 139:21
concerned 18:16; 75:21
concerning 154:9
conclude 23:19
concluded 158:1, 2, 4
conclusion 14:24; 25:20; 88:18; 171:18
conclusions 45:11, 14
concrete 156:12, 19; 159:7
conduct 148:12; 149:2, 3; 151:16, 19; 153:23; 154:9; 155:9; 162:6, 13, 14, 17; 163:5; 164:19, 22; 165:3, 7; 196:12; 197:2
conducted 123:2; 171:16; 172:19; 173:3; 176:16; 179:6; 195:19; 212:11
conducting 111:23
conference 38:23; 43:5
conferring 178:6
confession 124:13
confidentiality 49:7
confirm 63:24; 108:16
confirmed 32:3; 64:17
confuse 91:17
confusion 72:12; 97:2
conjunction 85:2
connection 119:1; 124:21
consciousness 116:15
consequences 155:3
consider 109:14
considerable 37:3
consideration 88:1
considered 45:21, 23; 109:6
consist 127:11
consisted 127:12
constantly 99:24
constitute 176:6
construction 139:22, 23; 141:22
consultant 22:5; 37:5; 145:20
consultation 171:23
consulted 172:1
consulting 22:11; 171:24
contact 31:21; 49:13, 24; 52:3; 116:1, 10, 22; 117:2;

118:10; 119:21; 120:15
contacted 62:2; 65:15; 114:18; 116:2; 118:18; 120:19; 133:18
contained 143:14
contains 73:17
contemporaneous 71:10; 72:8; 105:14
contemporaneously 126:2
contend 12:12; 13:20
contends 16:9
content 12:15
continue 66:10; 165:4
continued 28:18
contract 7:15
contracts 36:22
control 51:14, 15; 105:4
controls 49:17
convened 196:6
conversation 108:20, 22; 162:3; 178:8
conversations 95:5; 149:5
converted 139:13; 212:13
convictions 55:23
coordinated 113:3
coordinator 21:24
copies 54:13; 160:2
copy 7:1; 89:9; 115:16; 117:11; 121:3, 10; 128:15; 162:14
corner 29:14; 62:19; 106:10
Corporation 7:6; 147:6
correctly 101:16, 21; 170:19; 195:17; 216:6
correspondence 7:19
cost 139:23; 140:12
counsel 55:15; 126:5, 16; 142:5, 16; 144:10; 168:1
counseling 174:20
couple 18:14; 59:1; 67:18; 76:24; 93:20; 108:13; 163:8; 169:17; 175:13; 221:6
course 6:7; 11:20; 12:7; 43:6; 53:5; 57:14; 100:2; 122:21; 126:20
court 10:3, 6; 55:21; 92:20; 100:13; 138:9; 187:1
covered 22:19; 151:15; 153:4
covering 66:10; 112:10
covers 138:18
coworker 10:18; 28:22; 149:19, 23; 205:6
coworkers 27:21; 183:8
Crabtree 191:17, 24; 192:20; 193:2
creating 164:3, 11
credibility 14:8

credibly 12:18
Credit 130:18; 131:8; 132:11; 177:15
crew 68:16; 140:15, 19, 22, 22; 143:12, 21; 182:19, 20; 183:2, 4
crews 139:23; 140:4; 141:14; 182:24; 183:1
criminal 87:23; 88:2; 122:24; 166:14, 19, 23; 167:17, 19; 186:20, 23
cross 124:1
CROSS-EXAMINATION 76:20; 77:21; 132:6; 155:13; 190:4; 219:8
Cross-examine 76:11, 19; 123:24; 132:5; 144:21; 155:12; 190:3; 219:7
crossed 40:6
cumulative 72:6
curious 137:3
current 21:5; 22:23; 64:24; 138:15; 145:19
currently 21:6; 35:3
custody 190:23; 191:3
customers 140:10; 141:23
cut 66:20; 88:23

**D**

D 65:11; 219:24
DA 187:4
daily 67:24; 68:9
damages 17:5; 141:21, 22
damning 11:24
dark 48:18
database 63:20
date 11:2; 13:12; 50:22; 89:8; 105:2; 147:21; 156:12; 177:21; 196:24; 221:7, 24
dated 7:22; 94:9
dates 17:8; 19:17; 38:8, 12; 96:5; 148:24; 151:6, 6; 161:5, 15, 17; 164:13; 179:23; 219:20; 220:9
daughter 194:11
Dave 70:21; 147:11; 152:7; 219:18, 24, 24
David 9:4
Dawn 178:23; 179:16
day 14:8, 14; 35:19; 39:14, 24; 40:2; 42:15; 44:17, 19, 21; 50:19; 52:23; 53:5; 54:15; 56:9, 17, 17, 21, 21; 57:2, 5, 5, 16, 18; 58:12; 60:11; 67:16; 68:4, 13, 15; 73:15; 74:21, 24; 75:2, 17; 84:2; 87:14; 90:1, 8; 93:20; 95:11, 13, 17; 100:12, 13, 15; 114:22; 117:8, 8; 125:22; 140:23, 24; 143:7,

9; 144:4; 151:17, 24; 152:3; 157:4; 158:14, 15; 159:9; 161:20; 184:19; 194:16, 18; 197:3; 204:21; 207:10, 14, 17; 208:17; 212:14; 213:2
days 13:3, 7, 13; 19:24; 38:11; 39:19, 20; 43:6; 57:14; 151:1; 161:4; 175:6; 188:22
deal 48:15; 52:18; 88:18; 100:14; 222:9
dealt 30:14
December 11:10; 13:13; 19:7, 11, 16; 35:17; 37:18, 22, 23; 38:19; 40:3; 42:21; 44:1; 47:9; 89:14, 23; 91:6; 92:11, 24; 107:2; 143:10, 14, 19; 158:17; 161:7, 8
decide 24:6; 124:20, 20; 152:21
decided 180:19; 213:10
decision 53:1; 86:24; 147:7, 15, 17; 156:7, 19; 170:21; 171:14
decision-maker 87:15
Dedham 1:18, 20
defending 19:23
definitely 30:4; 90:12; 98:23
degree 44:1
denial 12:12
denied 12:7
denies 12:1
department 11:19; 52:17; 53:3, 10, 21; 65:11, 11; 66:18, 23; 67:15; 93:10, 16; 98:23; 102:18; 111:20; 112:16; 113:3, 7; 115:22; 116:4; 117:3; 122:4; 131:22; 132:3; 146:22
department's 113:1
departments 36:2; 37:2; 38:8
depending 200:24
depends 208:10
describe 35:18; 39:7; 113:12; 148:16
described 69:6; 97:6; 129:21
describing 106:6, 9
description 23:6; 37:13; 105:11, 14; 106:17, 17, 20; 107:2, 4, 15
descriptions 36:5; 42:24
deserved 162:19
designate 216:9
designation 201:22
designers 139:6
desk 10:24; 11:16; 13:2, 6; 15:8; 29:12; 33:7; 42:18; 44:5, 22; 49:20; 106:10
desktop 34:2
Despite 11:24

detail 51:16; 53:11; 73:15; 92:21; 110:1
detailed 33:21; 70:18, 19; 107:15
details 52:15, 20; 60:9; 77:24; 78:1; 98:10
detect 12:18
detective 52:21, 22; 53:4, 9, 23, 23; 54:14, 19, 23; 55:6, 17; 57:2, 6, 10, 15, 20, 21; 59:10; 62:23; 63:3, 12; 93:19, 20; 95:1, 8, 9; 101:12; 116:5; 117:5, 6, 11; 118:3, 6, 9, 18; 119:3, 12; 120:15, 19, 21; 121:3; 122:3, 5, 6, 10; 131:2, 5
detectives 60:2
determination 34:24; 166:9
determine 31:2; 64:11; 65:24; 67:3; 92:1; 134:14, 23; 159:1, 12; 162:18
determined 19:2; 131:16; 168:4
determining 32:9; 48:12
device 198:1
dial 211:2
difference 77:2; 98:17; 158:9
differences 37:11; 77:15, 19
different 24:10; 36:1, 21; 38:8; 54:4; 88:1; 134:8; 148:11; 167:19; 170:4; 171:8; 219:19
difficult 36:21
digit 131:11
digital 34:5; 35:10; 41:24; 42:18; 49:16; 127:21
dignity 163:21
dining 111:3
dinner 60:14
dire 121:20, 21
DIRECT 21:1; 33:4; 49:4, 6, 15; 98:2; 111:11; 127:15; 138:11; 144:17; 145:14; 155:11; 160:13; 181:6, 9; 182:1; 218:4
directions 114:23; 115:1; 133:23, 24; 211:9
directly 81:23; 82:19; 130:9
director 75:23
directory 119:20
disagrees 16:15
disbursed 84:11
discharge 6:4; 9:20; 152:21
discharged 9:24; 10:15; 205:13
disciplinary 14:18; 30:11; 170:21; 171:14
discipline 16:23; 17:24; 66:4; 67:4; 81:10, 17, 22; 146:9; 171:19, 22; 172:3;