Case 1:04-cv-11190-RCL    Document 27-10    Filed 01/10/2006    Page 1 of 12

Arbitration between NSTAR and                    pp. 1-223              Grievance: Termination of J. Rogers
Local 369, Utility Workers Union of America                              Vol. 1, February 14, 2002

183:17
disciplined 81:9
disciplining 18:23; 81:14
discontinue 82:3
discovered 218:22
discrimination 154:23; 162:24; 163:1; 165:9
discuss 58:1; 99:6; 103:21; 151:16
discussed 52:5; 53:16; 83:11; 97:5, 6; 156:1; 157:19
discussing 98:24
Discussion 8:15; 54:18; 57:1, 6; 80:3; 97:17; 98:20; 99:24; 103:14, 23; 150:16; 162:5; 170:17; 176:15; 192:12
discussions 103:17; 104:2; 148:17
dismantled 161:14
dismissal 187:13
dismissed 138:2; 145:6; 166:24; 167:9; 168:11, 20; 187:2, 7
dispatcher 141:2
display 34:3; 35:10; 47:18; 49:17; 50:21; 51:2, 3; 104:3; 105:1
disposition 186:22
disputing 203:14
distance 127:14; 136:16, 19; 137:4, 9
distributed 33:12; 154:4, 6; 208:2
distribution 7:8; 154:9; 182:15, 16
District 55:20; 68:15; 92:20; 139:7; 187:4
districts 22:18
division 138:17, 18; 146:20; 147:2
doctor 76:1
doctor's 149:18; 218:22
document 38:4, 5; 43:23, 24; 54:8, 10; 56:5, 7; 58:8; 59:4, 19; 65:4, 8, 9; 67:21, 23; 68:20; 74:3, 4, 20; 79:6; 99:22; 105:16; 115:7; 121:17, 23; 122:9, 14; 124:19; 125:24; 126:1; 128:11, 12; 130:23; 139:21; 140:20; 152:1, 2; 160:2, 5, 6, 16, 17; 162:22; 163:10; 167:14, 14; 169:2, 4, 5; 178:15; 184:2; 185:2; 187:8, 10, 12; 191:23; 207:21; 209:6
documentation 75:1; 92:17; 157:2; 159:3
documented 11:1, 4; 26:16, 17; 44:12; 54:23; 77:5; 80:17; 89:13; 135:12, 18
documents 72:2, 5, 7, 8; 121:6, 7, 10; 142:15, 23;

144:15; 188:1
dog 149:14; 185:10; 208:19; 209:2; 212:21; 213:2; 214:22; 215:3; 219:3
Dolan 35:5; 85:1; 135:3, 7, 8, 11; 136:3, 8; 162:2, 3
done 42:14, 14; 43:9; 52:18; 53:18; 64:4; 69:23; 71:7; 102:17; 123:10; 134:10; 174:4; 204:4, 5, 10; 212:8; 221:20
door 29:13, 15
doors 34:5
Dorant 9:4, 6; 70:21; 147:11; 152:8; 179:7, 9, 11, 21; 219:10, 18, 24; 220:3, 7
dotted 40:7
double 111:14
doubt 13:17; 189:11; 197:22
down 11:12; 18:7; 29:9, 15; 34:6; 37:9; 38:15; 40:12; 41:21; 43:11; 44:22; 46:24; 48:6; 52:20; 53:8, 9, 9; 54:15; 57:23; 58:2; 62:17, 18; 68:2; 69:5; 70:5; 95:20, 22, 24; 99:3, 6; 100:7; 105:2; 106:6, 13; 111:7; 114:2, 3, 4; 115:16; 127:21; 130:12, 14; 138:8; 157:11; 158:12; 162:12; 179:3; 191:24; 192:4
downpour 214:10
drew 45:11; 129:14; 143:23; 192:11
drink 194:16, 18
drinker 194:14, 15
drinks 212:23
Drive 1:19; 127:7; 128:1, 5; 129:20; 136:15, 18; 191:9; 192:9; 195:12
drives 128:8
driveway 130:11
driving 83:15; 100:8; 194:4; 208:24
drove 128:7; 130:1, 12; 205:3; 213:24; 214:21, 22; 215:2, 3; 218:24
drug 174:2
due 22:17; 40:3; 66:5; 143:4
during 13:9; 15:7; 22:7; 41:15; 53:4; 66:7; 86:4; 100:2; 127:23; 148:19; 182:20; 183:3
duties 21:8; 37:11; 111:21, 22; 145:21; 146:4; 182:13
duty 52:19; 57:19; 67:15

**E**

e-mail 33:22; 52:14, 24; 60:8; 74:5, 21; 75:10;

77:14; 79:10, 17; 80:16, 22; 93:13; 94:5; 95:23; 96:1, 11, 18; 99:19; 101:3; 105:9, 15, 20; 106:5, 14; 107:5; 113:23, 23; 114:22; 115:15
e-mailed 96:15; 133:22
e-mails 26:18; 53:8; 54:13, 16; 70:16, 18, 19; 71:21; 72:13; 73:8, 17, 20; 75:8, 9; 77:5, 9; 78:3; 79:7; 90:6; 92:17; 94:2
EAP 173:16
ear 51:21
earlier 12:16; 16:4; 45:15, 21; 46:13; 77:13; 78:16; 80:24; 89:14; 91:4, 4; 92:24; 93:17; 103:8; 111:2; 125:12; 133:14; 155:15; 156:6; 189:9; 197:14
early 52:23
easier 70:23
easily 59:8
east 185:20
easy 13:2; 59:8
Edison 7:9; 22:2; 36:15, 15; 111:17; 112:3; 145:18; 146:18, 19
effect 17:3; 73:8; 91:8; 113:19; 117:24; 180:6; 189:12, 15
effort 64:10; 65:24; 133:1; 159:11, 13; 161:3, 6
either 13:3, 7; 16:8; 19:3; 26:18; 33:8; 35:16; 63:7; 84:6; 85:8, 18; 89:23; 96:21; 98:22; 99:12; 117:9; 122:13; 134:19; 138:22; 157:3; 165:17; 182:8; 190:21; 200:5, 23; 211:1
elapse 59:13
Electric 7:5, 7, 10, 10; 21:4, 19; 36:16; 66:9; 111:16; 138:16; 139:1; 145:17; 146:6; 147:5; 182:5
electricity 112:11
electronic 12:9; 16:17
electronically 11:18
Elizabeth 190:15
else 7:17; 19:5; 40:13; 67:20; 70:17; 82:9; 96:2; 105:6; 134:4, 14; 136:14; 147:10; 159:2; 169:18; 170:23; 171:4; 184:11; 186:14; 194:18; 201:1; 204:14; 216:8; 219:6
else's 159:4
emergency 65:2, 15
emotional 107:12
employed 119:14; 136:8; 138:14; 182:4, 7; 196:1; 215:19
employee 16:22; 17:10, 24; 20:9; 22:4, 11; 35:23;

37:4; 43:2; 49:5; 63:21; 64:22; 75:23; 82:1; 119:22; 149:8; 159:10; 162:23; 164:10; 174:11, 12, 16, 20; 179:22; 190:19
employee's 63:14; 64:16; 174:6
employees 64:20; 65:11, 14; 69:10; 120:4; 131:23; 149:9; 153:7; 154:4, 6
employer 9:21; 21:3; 44:19; 81:24; 111:15; 138:13; 145:16
Employer's 39:2; 121:14
employment 147:8; 154:22; 162:24
enable 97:19
enabled 85:19; 103:15
end 12:23; 13:4; 20:6; 25:21; 27:2; 28:1; 35:20; 42:14; 46:5; 55:22; 66:13; 69:11; 84:20; 89:20; 112:9; 140:24; 198:3
ended 23:7; 144:6, 8; 180:2, 3, 4; 185:3
Energy 7:9; 182:6, 8
enforcement 62:1; 118:15
engaged 7:7
engages 136:1
enjoy 144:22
enjoyed 183:10
enough 6:20; 13:7; 17:10; 48:14; 61:13; 62:7; 69:24; 87:5, 6
enter 71:22; 141:3
entered 68:4
entirely 13:12
environment 164:3, 11
episodes 67:2
equipped 109:16
Eric 1:13; 122:16
escalated 46:22; 91:16
escalating 25:14; 61:17
especially 87:23; 206:23
essence 125:17
essentially 68:7; 130:12
establish 24:11
estimates 140:13
et 60:3; 71:21
even 13:5, 13; 15:11; 43:12; 62:6; 64:4, 7; 66:1; 85:14, 19; 95:14; 109:7, 14; 122:17; 134:10; 189:21; 193:1; 199:22; 202:14; 207:13; 209:20
event 134:10
events 71:8; 72:1; 77:12; 125:5; 126:2; 218:20
everybody 19:5; 75:11; 163:20; 189:19
Everyone 35:23
everyone's 65:10
evidence 10:17, 19;

11:23, 24; 12:2, 9, 11, 21; 13:20; 14:1, 6, 11, 21, 23; 15:2, 9, 20, 22; 16:10, 16, 18, 21; 17:14, 15; 19:10, 18; 20:1, 2, 8; 24:1; 45:12, 18; 69:6; 122:14; 147:18; 159:6, 7; 184:2; 185:2; 187:5; 188:21
exact 61:11; 89:8; 90:11
Exactly 33:14; 40:2; 82:17; 84:15; 123:7
EXAMINATION 21:1; 111:11; 121:21; 138:11; 145:14; 182:1; 216:1; 218:4
examine 124:2
example 15:3; 78:15; 80:20; 84:23
Excellent 183:9
except 19:12; 47:22, 23; 55:13; 73:7
exception 71:5; 112:8
exchange 221:15, 23
Excuse 27:4; 77:17; 91:21; 195:17
excused 110:15, 16; 181:5; 217:13, 15
executive 147:5
Exhibit 39:2; 55:9; 58:24; 59:22; 65:19; 69:1; 71:2; 74:1, 11, 18; 75:4; 79:4; 80:15; 93:24; 105:9; 106:20; 115:2, 3, 10; 129:16; 131:18; 132:8; 137:14; 143:2; 152:16; 154:17; 160:14; 178:13; 184:2; 187:16; 193:11; 209:10
exhibited 38:5; 54:10; 56:7; 65:8; 67:23; 74:4, 20; 79:6; 115:7; 121:6; 128:12; 130:23; 152:1; 160:5, 16; 169:4; 187:10; 191:23; 207:21
exhibits 7:17, 24; 9:13, 17; 78:11, 14
existed 35:4; 162:13
expected 187:23
experience 199:24
expert 201:9; 204:10
explain 13:21; 32:17; 36:8, 13; 55:16; 71:20; 73:12; 98:16; 125:13; 140:16; 203:20; 219:2
explained 29:24; 31:24; 32:10; 34:1; 47:1; 116:3; 150:8; 158:13; 211:21; 215:14, 17
explaining 116:13
explains 54:17
explanation 12:3; 16:5; 17:12; 18:5; 19:22; 168:1; 184:18; 218:6, 13
explanations 14:7
explicit-type 54:3
expressed 156:5

Case 1:04-cv-11190-RCL   Document 27-10   Filed 01/10/2006   Page 2 of 12

Grievance: Termination of J. Rogers    pp. 1-223    Arbitration between NSTAR and
Vol. 1, February 14, 2002                             Local 369, Utility Workers Union of America

extension 31:13; 32:20; 33:1, 3; 34:12; 35:3, 11; 42:3; 49:19, 21; 52:3; 78:24; 79:21; 84:12, 17; 132:12; 159:20, 20; 160:18, 19; 186:8
extensions 131:10; 159:19
extreme 116:15
extremely 90:1; 102:1
eye 82:7, 7
eyes 155:7

# F

face 120:2
face-to-face 96:17, 19, 21, 23; 97:4
faces 67:17, 19
facilitate 36:1, 2
facilitators 38:9, 9
facility 22:21; 113:15; 131:9; 139:9; 151:10; 183:8
fact 7:3; 14:12, 20; 16:1; 18:7; 22:17; 23:11; 25:13; 30:10; 40:3; 64:11; 66:6; 73:20; 91:14; 92:16; 105:24; 110:3; 114:10; 119:13; 122:9; 158:8; 175:15; 197:13; 206:23; 211:3
factors 25:8
facts 7:13; 11:6
fair 6:20; 24:9; 87:5, 5
fairly 106:19, 20
faith 122:20
familiar 59:9; 63:18; 66:20; 70:2; 73:10; 85:3; 119:11; 120:1, 3; 127:3; 139:1, 3
family 21:17; 48:16
fancy 49:18
far 15:6; 46:5; 91:18; 166:21; 167:11, 12
faxed 65:6, 9
fearful 75:19
February 1:21; 11:14; 19:17; 50:16, 17; 56:20, 22; 57:8, 13, 16, 22; 58:6, 11, 13; 59:24; 60:20; 85:13; 93:1, 22; 94:9; 95:9; 97:18, 24; 99:18; 101:15; 102:4, 7; 103:17; 109:3, 8, 24, 24; 110:3; 112:23; 113:11, 14, 18; 114:1, 7; 115:21; 117:10; 125:18; 132:23; 133:3, 4; 144:4
Federal 122:17; 186:7
feed 139:24
feel 19:22; 76:4; 158:4; 187:5; 189:18
feeling 61:7
fellow 164:10; 208:23
felt 28:20; 86:7, 8; 159:7

female 10:18
Fernandes 67:18
few 31:10; 146:3; 152:10, 23; 197:14; 212:23; 214:11; 217:18
field 21:6; 22:6; 140:4, 16; 141:14
fifth 14:5, 23; 15:13; 24:2; 156:17
figure 30:9, 20; 46:8; 81:8; 84:17; 133:15; 134:18; 157:22; 214:3
figured 28:2
filed 115:23; 116:4; 172:7, 11
filled 141:14
filling 87:13
finally 11:15; 46:17
find 30:24; 32:14; 33:18, 19; 46:11; 53:14; 62:19; 63:9; 100:16; 135:11; 177:3; 214:17
finding 32:7; 127:12
fine 10:14; 24:16; 27:23; 72:11, 15, 20, 23; 80:23; 202:15; 222:3
finished 143:21
fire 17:10; 180:19
fired 17:24; 20:6; 52:13, 24; 60:8; 162:19; 169:18; 175:3; 189:22, 23
firing 19:19
First 12:13; 21:16; 26:14; 37:21; 41:9; 44:17; 46:16; 47:14; 50:8; 57:21; 64:6; 66:3; 67:13; 68:19; 71:18; 72:17; 77:1; 78:17; 80:15, 17; 85:18, 22, 24; 94:4; 95:7, 15, 17; 96:1, 20; 97:15, 15; 98:1, 9, 18; 99:8, 11; 104:15; 107:17; 108:15; 111:13; 124:9; 132:21, 22; 150:21; 156:15; 175:9; 178:14; 182:11; 186:24; 187:16; 199:23; 209:4; 210:11; 211:20
fits 71:6
five 10:23, 24; 11:3; 12:14; 13:1, 2, 17; 15:15; 21:15; 23:4, 6, 13, 14, 16, 20, 22; 24:8, 12, 21; 25:9, 11; 26:12; 45:22; 67:17; 70:6; 76:15; 77:4; 127:20; 157:21; 158:2, 3, 3, 5, 6, 6; 175:5; 219:19
five-digit 34:14; 47:19; 48:5, 7
five-minute 191:9; 195:12
fix 221:7
floors 38:23; 40:12
Florida 52:9
folded 54:16; 59:5
follow 83:6
follow-up 93:14

followed 130:6, 8
following 49:9; 78:5; 82:13; 86:18; 96:2, 8; 99:9; 118:7
fooling 204:17
foreman 140:24; 141:1
Forest 192:10
forget 148:23; 171:2
forgotten 41:9
form 30:15; 37:13; 107:5, 7; 163:2; 165:10; 202:7
formed 7:8
former 112:1
formerly 182:5
forth 14:11; 70:16; 73:17; 80:5; 95:5; 99:24; 128:6, 7; 187:6
forward 9:21; 14:16, 20; 216:14
forwarded 114:23; 115:15; 216:18
forwarder's 217:6
Forwarding 211:20, 22, 23; 216:3
foul 175:1, 12
found 119:16; 130:2; 165:23; 166:5, 5, 7, 8; 180:5
Foundation 168:12
Four 10:24; 13:2, 16, 17, 21; 67:17; 85:12, 18, 22; 157:20; 158:2, 5; 175:10; 186:13; 214:19
four-day 221:19
four-digit 33:1; 34:12
fourth 56:20; 60:16; 74:22; 85:19; 103:4; 114:8
frame 31:9; 78:4; 108:2
frankly 17:11; 24:1
fresh 52:15; 93:12
freshman 194:11
Friday 60:11; 63:2; 96:22; 99:12; 221:14
friend 28:22; 60:14
friend's 184:23; 205:4, 18
Friendly's 130:8
front 63:20; 87:12; 90:3; 124:6; 198:19
froze 61:6
frustrated 86:7
full 20:19; 111:8; 138:9; 145:11; 181:20
fullness 17:22
fully 61:19
function 22:4; 68:2; 201:11
functionality 140:8
functions 140:5, 6, 9; 141:18
funny 80:22
Furnace 186:7
furnished 115:12; 121:8

further 50:13; 67:2; 103:6; 136:6, 12; 144:17; 180:24; 217:8, 10; 220:15
future 73:23

# G

gainfully 157:5
garage 207:14
Gary 8:24; 9:8
Gas 7:5, 7, 10; 21:4, 14; 36:16; 66:9; 111:16; 145:17; 146:5
gasp 91:19
gasping 46:23
gaspy-type 29:7
gather 40:4
gathered 38:1
gave 14:20; 31:13; 47:20; 49:15; 50:21; 53:11; 55:4; 58:9, 10; 64:1, 2; 101:14; 114:6; 118:18; 123:14, 15; 125:12; 179:3; 218:7
Gee 43:12
general 23:5; 24:12; 85:14; 107:13; 111:22
generally 111:21; 112:6; 151:10; 154:8; 182:20, 21; 183:9
generate 140:12
gentleman 31:12; 84:24
George 183:5
gets 140:16
GFM 68:11
Gianturco 31:21; 42:6; 47:1; 50:9, 11; 53:19; 74:6; 79:11; 80:16; 103:2
Gil 94:13, 20; 95:7; 96:18; 98:10; 99:20; 117:5
girlfriend 131:6; 177:16; 190:13; 209:24
girlfriend's 194:11
given 16:11; 35:24; 101:12; 110:1; 148:9; 153:12
giving 61:13
glad 167:6, 7
glass 48:21; 49:1
goes 50:13; 137:20
Golden 12:22; 138:7, 10, 13
good 18:22; 27:1; 40:19; 44:24; 58:18; 61:9; 76:22; 104:7; 122:17, 20; 188:15
goodness 18:15
Gordon 68:11, 11
grab 59:8
Graham's 179:17
Grammer 178:23
gray 38:13; 129:4; 192:14
greeting 45:2
Grievance 1:8; 9:15; 146:11; 170:11; 172:6, 10

grievances 30:11; 66:5
grievant 7:20; 19:15
grieve 172:10
group 147:4
growing 28:12
grown 191:1
guard 11:5
guess 11:22; 13:23; 16:14; 23:8; 24:6; 26:3; 45:8, 8; 55:10; 71:3; 77:1, 4; 83:14; 92:4; 101:4; 109:1, 5; 110:24; 122:7; 125:23; 175:14; 193:7; 194:6
guessing 194:12
guide 86:10
guttural 46:6
guy 20:6; 51:13; 55:18; 103:5; 104:23; 105:7, 12; 107:3; 189:16
guy's 55:21
guys 179:23; 206:7; 215:10

# H

habit 51:3
half 11:8; 54:16; 59:5; 90:21; 143:24; 185:20; 192:9; 215:6
hall 62:17; 114:3; 217:17
hallway 62:18
Hampshire 194:3
hand 7:21; 20:17; 54:8; 55:23; 56:4; 72:13; 125:7; 130:22
handed 56:12
handle 61:21; 104:20; 109:16
handled 66:6; 86:8
handling 70:22; 146:11
handwritten 106:9; 107:19
hang 29:4, 8; 55:8
hang-up-type 54:1
hanging 62:4, 4
happen 18:17; 58:2, 19; 170:21; 221:18
happened 15:5; 17:3; 18:11, 12, 17, 18, 19; 19:16, 24; 20:4; 26:20; 31:11; 32:1; 44:15; 47:17; 50:18; 53:3, 6, 9; 60:3; 78:6; 92:1; 117:15; 118:24; 148:16; 150:12; 171:7; 173:4; 179:4
happening 18:3; 180:10, 16
happens 18:14, 16; 55:18; 72:24; 83:23
happy 6:12; 54:5; 100:5
harassing 10:18; 112:17; 164:10; 170:23; 171:4
harassing-type 131:24

Case 1:04-cv-11190-RCL    Document 27-10    Filed 01/10/2006    Page 3 of 12

Arbitration between NSTAR and  
Local 369, Utility Workers Union of America

pp. 1-223

Grievance: Termination of J. Rogers  
Vol. 1, February 14, 2002

**harassment** 153:5; 154:23; 162:24; 163:2; 165:9; 169:15, 15; 174:22; 180:21; 196:8; 197:10
**harassment-type** 82:5
**harbor** 128:19
**hash** 125:8
**Haynes** 114:19; 115:12
**head** 31:22; 50:10
**headed** 88:7, 9
**heading** 130:5
**headset** 203:21
**headsets** 204:2
**hear** 20:23; 23:17; 27:5, 12, 24; 28:3, 6, 9, 10, 15; 29:1; 45:10; 49:22; 50:5; 51:19, 21, 23; 54:6; 61:11, 15; 91:3; 94:13, 23; 95:7; 96:3; 99:20; 100:18; 101:3, 18; 105:5; 167:16; 168:3
**heard** 16:9; 25:9; 27:10; 41:1, 17, 18; 45:11, 12; 51:24; 62:16; 91:5, 6, 18, 19, 20; 94:14, 19, 19; 95:10, 15; 96:12; 101:22, 22; 175:15; 189:8, 8; 195:11, 15; 200:8, 8, 9, 18; 201:24; 202:4; 205:11; 210:4
**Hearing** 1:8; 14:18; 28:12; 45:7; 46:10; 61:19; 70:22; 87:9; 89:10; 90:16; 148:13, 14, 17, 19; 150:8; 151:20, 24; 152:4; 168:10; 176:14, 16; 187:1, 14; 205:12
**hearings** 30:11; 66:5
**heavier** 28:12; 46:22
**heavily** 141:8
**heavy** 25:14; 30:2, 3, 4; 45:2, 3; 206:23; 208:3, 17, 19; 209:14
**hectic** 90:7
**held** 21:22; 37:16; 38:22; 165:12
**Hello** 17:18, 18; 18:13; 51:18; 61:18
**help** 31:2; 34:21, 24; 44:5; 46:8; 75:22; 105:6; 173:15
**helpful** 23:11; 45:10
**hesitated** 63:16
**Hi** 27:3, 14, 16; 31:6; 63:4; 79:17
**highly** 14:12
**Hilton** 1:18
**himself** 25:22; 69:17; 95:2
**hired** 21:14
**history** 21:13; 64:16; 86:13; 112:2, 5; 146:17
**hit** 15:5; 55:3; 59:17; 61:20; 62:13, 21; 102:4, 7; 127:23, 24; 133:21; 134:1; 198:13; 199:23; 210:23; 211:4

**hitting** 51:15; 62:4, 9
**Hold** 72:5; 194:6
**holiday** 44:17
**home** 11:21; 12:4; 13:5; 16:20; 18:8; 86:21; 104:13; 127:9; 157:8; 184:19; 191:2; 204:24; 205:1; 209:4; 216:4, 15, 20
**Hon** 152:12
**honest** 159:24; 160:10; 169:9; 177:18; 178:3; 179:24
**honestly** 176:24
**hook** 50:12
**hoped** 86:6
**hoping** 28:16
**Horn** 67:17; 78:12; 152:9, 14; 192:8
**hostile** 164:3, 11
**hounded** 100:1
**hour** 111:1; 127:19; 143:24; 192:9; 208:3; 215:6, 11
**hours** 48:17; 80:1; 143:9; 182:21, 21; 183:3
**house** 11:21; 15:14; 16:2, 7; 17:14; 76:7; 150:15; 159:4; 176:22, 23; 184:23; 185:9, 11, 19; 186:11; 191:2; 195:7; 204:12; 205:4, 18, 20, 21; 206:9; 209:13; 214:1, 12, 22; 215:3; 216:8; 217:1
**houses** 191:11
**HR** 35:23; 64:14
**HRIS** 63:19
**huh** 71:14; 163:17
**human** 21:21; 49:23; 180:17
**humiliating** 189:18, 20, 24
**hundred** 149:21; 162:1
**hung** 17:21; 41:7; 51:23; 59:12, 16; 61:21; 62:12, 15
**hurts** 23:11

**I**

**ID** 49:17; 98:4; 104:3; 198:4; 200:23
**idea** 64:8; 82:21; 83:18; 95:1; 97:8; 178:3; 180:10; 184:20; 199:9; 203:18, 19
**identified** 14:14; 25:22; 28:23; 30:6; 63:13; 69:17, 20; 85:13; 86:21; 91:15; 95:2; 135:1; 216:23, 24
**identify** 34:21; 37:10; 38:4; 54:11; 56:5; 65:4; 67:22; 69:10; 74:3; 124:10; 128:11, 17; 133:1; 134:17; 139:22; 140:13; 152:2, 5; 169:3; 187:9
**identity** 124:11; 165:18
**illegal** 163:1; 165:9, 24;

166:2, 5, 6, 6, 7, 9
**imagine** 30:17; 66:3
**imbedded** 78:8; 92:19
**imitating** 27:6
**immediately** 28:20; 29:2, 8; 41:1, 7, 12; 45:4; 46:4, 24; 47:11; 51:1, 8, 9, 24; 58:17; 59:16; 62:14, 22; 78:17; 93:2
**impact** 75:18
**important** 91:24
**imposed** 171:19, 22; 172:3
**impossible** 35:2, 6
**impression** 102:15; 212:4
**in-depth** 106:17
**inaccurate** 78:2; 80:8
**incapable** 19:13
**incident** 83:9; 115:23; 116:4; 117:12; 148:20; 171:11, 15, 17
**incidents** 194:2
**inclement** 207:10
**inclined** 78:3
**include** 111:22; 164:3
**included** 104:2
**Including** 157:17
**incoming** 33:9
**inconsistent** 91:12
**incorporated** 36:23; 39:15
**incurred** 141:22
**indeed** 141:10
**index** 64:15
**indicate** 68:17; 129:24
**indicated** 53:24; 68:1; 106:2; 112:1; 156:6; 216:3
**indicates** 68:20, 21; 208:1
**Indicating** 8:3; 94:3; 129:5, 11; 153:14; 188:6, 9, 11, 14; 192:1, 23; 196:15, 16
**indication** 34:16; 204:11, 14
**individual** 23:23; 173:6, 15; 174:1; 175:1
**individual's** 157:14; 177:23; 178:23
**individually** 23:5; 33:13
**individuals** 37:9; 83:5
**influence** 194:4
**information** 35:12; 38:1; 40:4; 42:7; 47:14, 20; 57:20; 58:1; 63:8, 22; 64:24; 90:9; 101:13; 114:6, 17, 20; 118:14, 17, 20; 120:20; 131:4; 133:10; 135:2, 23; 136:2, 6; 139:2; 140:1; 141:6, 11; 144:23; 161:21; 166:20; 178:22; 198:17
**informed** 118:12

**initial** 94:18
**initially** 14:13
**initiate** 102:23; 103:3
**initiated** 109:11
**inside** 31:16; 78:7; 98:24; 145:2
**insist** 50:4
**install** 47:13
**installation** 113:4
**installed** 42:8, 12; 44:11; 47:11; 49:15; 50:7; 73:19; 74:23; 86:1; 98:3; 102:16; 114:11
**instead** 211:10
**instructed** 104:20
**interface** 113:6
**internal** 14:17; 15:7, 12; 35:10, 15; 42:3
**internally** 33:13
**interrupt** 56:15
**interrupted** 10:13
**intersecting** 130:6
**intersection** 129:13; 143:22
**intervened** 172:16; 173:8
**interview** 179:6
**intimidation** 66:17; 67:1; 155:18
**into** 6:24; 21:14, 18, 21; 28:1; 29:14; 32:15; 35:22; 36:24; 37:13, 15, 24; 38:2; 40:14; 44:9; 46:23; 51:2; 68:4, 6; 71:5; 80:6, 6; 84:22; 85:15; 97:16; 117:22; 130:10; 132:19; 134:22; 135:2, 20; 136:4; 140:1, 17; 141:3; 146:21; 148:13; 150:7; 157:22; 159:5, 15; 174:1, 5, 6, 20; 214:4
**introduce** 39:1; 59:22; 70:1; 72:1; 74:1, 10; 75:3; 121:13; 129:16; 131:18; 152:16
**introduced** 122:11; 196:12
**investigate** 112:9; 127:7; 130:24
**investigation** 30:14; 81:14; 83:4, 6; 125:1, 21; 126:20, 21; 127:11; 130:16; 132:15; 135:6, 21, 23; 171:16, 19; 172:19; 173:4
**investigations** 111:24; 112:14
**Investigator** 111:19; 112:7; 135:9
**involved** 25:14; 75:11; 81:9, 13, 17, 23; 82:19; 83:7; 112:13, 17, 20, 22; 115:19; 125:1, 19; 132:22; 133:4; 135:20, 23; 147:7, 10; 150:12; 169:14, 21, 22; 170:20; 174:23

**involvement** 69:22; 81:21; 113:12; 117:16, 18
**involves** 16:16, 17
**involving** 175:12
**irrelevant** 87:24; 187:18
**issue** 7:16; 87:2; 154:10, 19
**issues** 6:6; 36:9; 52:4; 70:3; 99:1

**J**

**J** 1:9, 13; 111:14
**James** 6:4; 9:24; 63:16, 19; 68:12; 119:5, 10, 13, 17, 24; 120:10, 18; 145:10, 13; 152:9; 181:19, 22
**January** 11:13; 43:20; 44:14, 16; 49:14; 74:7; 103:9, 12, 16; 105:10; 106:6; 107:4; 144:3; 158:22
**JAR** 68:12
**Jeff** 185:13, 15
**Jeff's** 185:9, 11; 186:11; 212:19
**jeopardize** 180:12
**Jim** 70:21; 156:8; 158:22; 180:19; 181:16
**JoAnn** 12:22; 52:3, 6, 10, 11, 14, 24; 53:6; 55:5; 56:8; 58:9; 59:10; 60:9; 62:16, 19; 63:7, 11; 70:17; 93:3; 97:2; 111:6, 9
**job** 13:10; 21:13; 22:6; 30:12; 36:5; 37:4, 11, 12, 13, 16; 42:24; 64:16; 81:24; 111:18; 112:2, 5; 138:24; 143:21; 144:1; 145:19; 146:17; 157:5; 182:10
**jobs** 21:22; 112:10
**Joe** 29:13, 15, 23; 30:21; 31:20; 32:2; 44:18; 49:4; 66:6, 8, 20; 67:10; 68:15; 69:12, 15, 16, 18; 80:4; 83:10; 148:24
**Joe's** 29:14; 69:24
**Joelle's** 41:24; 73:19
**joint** 7:2, 14, 15, 15, 17, 23, 24; 8:11, 11, 12, 16, 17, 19, 21, 23; 9:2, 3, 5, 7, 10, 13, 17; 38:6; 47:8
**joke** 145:2
**jot** 99:3; 100:7
**jotted** 54:15
**Jr** 145:13
**judge** 187:3, 6
**judicata** 168:7
**judicial** 209:8
**July** 66:13; 68:14; 195:19; 196:3, 21, 22; 197:20
**jumped** 44:9
**jurisdiction** 6:14

Case 1:04-cv-11190-RCL    Document 27-10    Filed 01/10/2006    Page 4 of 12

Grievance: Termination of J. Rogers　　pp. 1-223　　Arbitration between NSTAR and
Vol. 1, February 14, 2002　　　　　　　　　　　　Local 369, Utility Workers Union of America

justified 180:5

## K

K 151:14; 177:22; 178:1, 22
keep 55:2; 116:7; 122:21
Keith 124:1; 126:9
KELLY 6:10; 8:7; 9:18; 10:9; 16:14; 23:8; 39:3; 45:8; 55:10; 56:15, 22, 24; 60:20; 69:2; 71:3, 13, 17; 76:21, 23; 78:10, 13; 87:21; 88:15; 89:1, 22; 90:18, 21, 24; 105:18; 107:10; 108:8, 13; 110:8, 12; 116:6, 11, 14; 121:17, 18, 22; 122:7; 123:9, 23; 125:10, 15, 23; 126:8, 17, 24; 131:19; 132:7; 136:12; 142:4, 17; 144:12, 22; 145:3; 152:17; 155:14; 166:8; 167:4, 10, 13, 21; 168:8, 16; 178:5; 180:23; 181:10, 12, 15; 182:2; 187:15; 188:9, 15; 190:1; 192:3; 201:7, 15; 202:8, 11, 17, 22; 216:2; 217:8; 219:9; 220:15, 21, 24; 222:3
kept 59:5, 19; 122:18; 123:1, 13, 19; 141:10, 15
kidding 27:22; 43:13
kids 75:20
Kim 10:21; 27:1, 3, 14, 16; 29:8; 30:23; 31:7; 40:19; 44:24; 49:23; 61:10; 63:4; 69:19; 113:18, 24; 114:3, 6, 17; 115:15, 20; 116:3; 117:21; 119:21, 23; 120:2; 132:11; 133:11; 148:24; 160:18; 162:11; 195:19, 24
Kim's 151:5
KIMBERLY 20:18, 21; 79:13
kind 68:7; 81:15; 86:5; 159:16; 176:6
Kingston 185:1; 219:1
knew 15:10; 28:17, 20; 29:12; 30:7; 31:3, 18; 41:1, 12; 43:16; 45:4, 4; 49:4; 62:8; 66:3; 67:19; 93:12; 100:4; 119:10, 24; 134:9; 195:23; 196:1; 198:8, 9
Knight 149:22, 23; 150:2, 5, 9; 185:15; 205:4, 12, 17; 212:14; 213:5, 14, 15, 20; 218:16, 24
Knight's 214:11, 22; 215:2
knowledge 133:6, 17; 135:11, 14; 168:21, 23; 187:3; 199:18
knows 166:5; 168:16, 17; 189:19

## L

Lab 218:18
labor 21:24; 22:4, 11; 35:24; 36:21; 37:4; 38:6; 44:18; 69:16, 19, 20; 83:7; 106:12; 145:20; 146:22, 24; 147:13; 180:21
labor-type 30:15
Labrador 149:14
Laine 149:21; 212:20; 214:6; 215:21; 218:17
language 175:2, 12
last 10:16; 11:17; 12:15; 15:17, 18; 55:14, 16; 75:10; 86:2; 101:2, 2; 109:1; 112:17; 113:11; 124:9; 132:8; 137:17; 139:18; 145:7; 168:9; 182:3; 185:13; 198:8
lasted 107:22
lastly 15:13
late 44:20; 60:11; 93:18
later 18:14; 21:20; 40:6; 50:19; 83:12; 90:6; 100:13; 106:16; 114:21; 116:2; 117:7; 119:2; 150:5; 168:4; 170:11; 221:14
law 6:15; 62:1; 118:15; 193:20
lawyer 166:2
lawyer's 167:8
leader 140:22; 183:4
learn 118:6
learned 114:9, 13; 131:2; 135:3; 198:21; 211:18
least 15:6; 20:23; 24:11; 64:12; 80:22; 121:10; 202:17
leave 50:23; 60:13; 204:20; 207:13
leaving 40:16; 53:1
left 21:16; 31:9; 40:8, 11; 43:15; 49:18; 52:6, 8, 16; 55:5; 93:9, 11, 11, 14; 100:10; 130:4, 13; 184:24; 186:17; 213:14, 18, 19; 214:11, 20; 215:12; 217:16; 218:23
Legion 149:10; 184:24; 185:1; 186:2, 11, 12; 206:7; 212:15, 21, 22; 213:6, 15, 17; 214:6, 12, 23, 24; 215:4; 218:15
Lemonade 194:23
less 11:4; 152:22
letter 8:17, 18, 20, 21, 24; 9:4, 5, 8
letters 7:19, 22, 24
letting 59:13; 105:20
level 30:2; 54:4
liability 17:5; 141:21
life 48:16, 16; 83:19

lights 127:23, 24
likely 42:20
likewise 141:13
limited 24:2
linchpin 11:22
Line 1:9; 13:11; 32:21; 35:1; 49:4, 6, 15; 64:19; 65:10, 10; 66:18; 67:15; 68:19; 73:20; 98:3; 102:18; 103:6, 20; 104:10; 113:4, 5; 114:10; 124:7; 132:11; 140:15, 19, 24; 176:3; 182:14; 199:6, 22; 202:13; 203:11; 210:24
lineman 64:6; 120:13; 149:24; 182:11
linemen 67:14; 68:23; 182:23; 183:1
lines 26:9; 33:10; 55:14, 16; 92:17; 182:15, 16
Lisa 1:14
list 64:20; 84:21; 100:9; 120:12; 160:14, 21, 24; 161:4, 6, 7, 11
listed 64:3, 13, 15; 119:19; 123:21; 151:6; 199:14; 202:14
listen 17:20; 41:5, 6; 46:7, 10; 106:3
listened 46:9, 20, 20
listening 46:18
listing 119:23
literally 57:23; 62:18
little 11:3; 28:15; 41:7; 51:20; 69:9; 70:23; 78:2; 86:9; 120:1; 130:6; 191:13; 206:1, 13
live 184:11
lives 190:17; 191:2, 17
LOCAL 1:6; 32:23; 35:23; 36:10, 15, 16, 23; 62:1; 82:10; 141:2; 146:24; 150:6; 152:8
locals 35:21; 37:9
located 22:16, 18; 131:8; 143:22
location 22:14; 137:23
locations 158:13
locker 66:18
London 1:24
long 17:19; 28:21; 41:4, 5, 6; 43:4; 44:17; 46:21; 54:24; 55:2; 137:23; 138:21; 182:7; 185:22; 186:10; 192:7; 207:2; 214:23
longer 35:8; 48:17; 50:24; 51:20; 85:9; 191:13
look 32:15; 43:2; 79:3, 9; 93:24; 126:17; 135:19; 149:12, 15; 160:3; 163:11; 178:13; 191:20; 192:13; 205:18; 212:21; 218:17; 219:17, 20
looked 29:16; 41:21; 51:1; 60:15; 61:5; 67:16;

90:5; 135:2; 136:4; 157:5, 23, 23; 159:5, 9; 206:6
looking 75:21; 84:12; 95:4; 105:10; 157:2; 160:7, 9; 179:12, 16
looks 129:13; 169:5; 178:22
Lori-Ann 1:24
lot 30:2; 36:6; 37:6, 8, 23, 24; 43:1, 8; 53:2; 90:11; 149:17; 186:16; 213:18
Lou 32:13; 85:3
loud 102:2
louder 28:15; 29:2
lower 129:10; 192:16
lucky 207:6
lunch 40:9; 43:14; 44:20, 21; 110:21, 24; 111:5; 143:24
luncheon 110:19, 23

## M

M 1:8; 145:13
Maccaferri 68:12
machine 100:11
magic 102:5
magistrate 87:12, 14
mail 49:20; 52:2
main 32:23; 134:20, 20, 24
maintained 139:9; 173:19; 174:19
Maintenance 182:14
major 15:19
makes 42:19; 98:8; 142:7; 154:22
making 12:19; 17:5; 19:13; 56:17; 58:18; 100:19; 124:10; 131:4
male 27:2, 21; 32:4; 195:6
man 19:19; 209:20, 22
manage 36:21
management 21:21; 38:6; 67:12; 68:5; 139:1, 4, 8, 16, 19, 20; 140:2, 18; 141:3, 6; 144:23; 148:3
manager 69:17; 138:16; 147:13; 180:17
many 53:16; 57:14; 67:11; 73:3; 132:18; 140:5; 177:9
map 128:13, 15; 130:4; 185:19; 191:21; 192:19; 193:8
March 11:15; 14:4, 14; 15:18; 16:19; 17:1, 8, 13; 18:4, 9, 18, 22; 20:3; 22:10; 23:7; 60:6, 10; 61:4; 70:10; 90:22; 107:21; 117:19; 123:20; 144:7; 147:20; 151:3; 184:4, 17, 22; 188:21; 195:23; 198:8; 199:6, 21; 203:7, 16; 204:12; 207:24; 218:8;

221:14
mark 55:9; 65:18; 68:24; 143:2
marked 193:5
married 190:8
Marshfield 143:13, 19; 144:1
Martha's 21:11
Mary 32:13; 85:3
Mass 21:18; 185:1
Massachusetts 1:20; 6:9, 15; 7:6; 87:3
masturbating 51:23; 91:19
matched 119:20; 120:18
MATTER 1:3; 10:3; 24:13; 29:16, 19; 46:1; 88:2; 112:17; 113:13; 120:21; 125:2; 167:19; 168:10; 176:9; 200:17
matters 111:23
Maureen 37:6, 20; 38:16; 43:10, 11
May 6:5; 9:4, 6; 10:5; 18:5; 22:5; 24:21; 28:7; 46:1; 77:20; 80:7, 12, 14; 83:11; 88:16; 89:5, 18, 24, 24; 90:2, 16; 91:23; 92:6, 14, 20; 95:14; 104:15; 106:13, 13; 109:2; 124:17; 126:8; 139:14, 18; 143:17; 151:13, 14, 15; 157:18; 167:24; 168:9; 169:16, 16; 174:24; 177:21; 179:16; 180:7; 182:3; 183:20; 200:16; 220:10
Maybe 6:23; 18:11; 28:2; 30:21, 22; 48:20; 51:14; 62:6; 83:20; 88:22; 102:19, 24; 141:24; 142:7, 13; 153:16; 185:18; 194:10; 195:12; 200:12
McCOWN 6:22; 7:4, 12, 18; 8:1, 5, 13, 19, 23; 9:3, 7, 12, 22; 10:8, 14; 20:12; 21:2; 24:9, 16, 19, 24; 25:3; 27:6; 39:1, 5, 12, 15; 45:13, 18; 48:19, 22; 55:8; 58:23; 59:21; 65:18; 68:24; 71:1, 12, 15, 20; 72:11, 16, 21, 24; 73:24; 74:10; 75:3; 76:10; 77:17; 79:5; 85:21; 87:19, 22; 88:6, 10, 20, 24; 89:21; 90:15, 19, 23; 91:2; 94:2; 96:13; 105:17; 110:13, 17, 21; 111:12; 115:10; 116:12; 121:12; 122:15; 123:18; 124:5, 13, 23; 125:7; 126:7, 11, 15; 128:22; 129:15, 18; 131:17; 132:4; 136:14, 24; 137:12, 16, 20; 138:3, 12; 141:24; 142:9, 24; 143:8, 17; 144:19; 145:7, 15; 146:13, 15; 152:15; 153:16, 20; 154:16, 20, 24; 155:3, 6, 10; 166:1, 13;

Case 1:04-cv-11190-RCL   Document 27-10   Filed 01/10/2006   Page 5 of 12

Arbitration between NSTAR and           pp. 1-223           Grievance: Termination of J. Rogers
Local 369, Utility Workers Union of America                Vol. 1, February 14, 2002

167:1, 6, 11; 168:12, 14; 169:12; 175:14, 20; 176:3, 11; 181:2, 8; 185:13, 16; 187:17, 22; 188:5; 190:5; 192:5, 13, 16, 19, 24; 193:6, 11; 200:14, 19, 22; 201:21; 202:1, 5, 10, 15; 209:7; 212:7; 215:23; 217:12, 16, 23; 218:5; 219:5; 220:19, 23; 221:4, 9, 16
**McGuire** 70:21; 145:8, 9, 10, 13, 16; 146:17; 152:20; 153:23; 160:4; 169:3, 14; 172:4; 176:13; 181:4; 186:18; 195:15, 18; 197:4; 198:24; 205:11; 212:11; 215:14; 217:18, 19, 20, 23; 220:17
**McSherry** 67:11
**mean** 16:7; 19:18; 36:3; 44:7; 45:9; 62:6, 7; 71:10; 77:8; 82:21; 83:20; 84:23; 85:11; 93:1; 99:1; 101:4; 104:14; 105:17; 116:14; 122:24; 137:12; 156:11; 157:1; 166:1; 167:16; 173:21; 176:3; 201:8, 13; 211:10
**meaning** 200:4
**means** 124:3; 143:8; 207:13
**meant** 47:24; 103:5; 142:10; 143:6; 156:12; 200:10
**meantime** 33:20
**mechanic** 147:4
**mechanism** 118:2; 135:5
**medication** 76:1; 193:14
**medicine** 193:18
**meet** 57:14; 95:16; 101:7, 11; 117:6; 149:17; 186:15; 206:7; 212:14, 20, 22; 214:5; 218:16; 222:6
**meeting** 14:15; 40:8, 11, 17; 44:10; 57:9; 69:9, 11; 90:8; 96:17; 97:5; 98:9, 22; 99:8, 12; 125:20; 148:22; 149:12; 150:6; 155:16; 156:1; 163:22; 164:1, 7; 165:12; 178:14; 180:2, 3, 4; 195:19; 196:3, 5, 6, 18, 21; 197:1, 11, 21; 212:12; 213:5; 218:11; 219:11, 14, 15
**meetings** 36:1; 37:21, 24; 38:18, 22; 39:20; 40:14; 47:9; 69:14; 153:11; 154:3, 5, 11; 155:21; 156:4; 196:11
**meld** 37:12
**member** 62:1; 147:5
**members** 37:10
**memory** 70:13; 78:6; 81:4; 92:13, 14; 119:7
**men** 83:21
**mention** 43:17, 19; 137:22; 153:24

**mentioned** 14:23; 22:9; 34:4; 66:12; 149:20; 177:22; 190:12; 210:14
**merged** 22:2; 36:14
**merger** 7:8; 36:8; 111:17; 145:18; 197:15
**merging** 35:22
**message** 49:20; 52:1, 6; 61:23; 62:16; 93:14; 94:9; 100:11, 20, 21; 113:19, 24; 154:7, 13
**messages** 52:9; 93:9, 11; 113:16, 17, 23
**met** 40:6; 53:9; 57:21; 60:1; 66:1; 97:16; 99:15; 100:22; 101:9, 12; 117:9, 10; 149:9; 161:20; 174:16
**meter** 21:10, 19
**method** 153:10
**mid** 71:24
**middle** 21:16; 68:19; 71:7
**midnight** 143:10
**might** 11:22; 26:3; 36:8; 39:16; 81:10; 104:3; 191:13; 193:15; 195:1; 203:20; 210:1, 10; 212:8; 221:16
**Mike's** 194:23
**mile** 30:5; 57:23
**miles** 127:18, 19; 185:17, 20
**mind** 36:19; 41:11; 52:15; 78:1, 8; 82:18; 92:18; 93:12; 163:8; 189:21
**minds** 30:13
**mine** 34:6, 8; 38:24; 83:22; 155:5
**minimize** 17:3
**minimum** 97:14, 22; 99:7
**minor** 78:1
**minute** 40:15, 24; 76:12; 107:20; 142:1
**minutes** 31:10, 12; 76:16; 78:21; 80:13; 127:20; 150:5; 152:10; 163:8; 185:23, 23; 191:14; 206:10; 214:11; 215:1, 2, 7, 8, 8
**mirror** 36:4; 75:22
**missed** 92:20
**misspoke** 85:22
**mistake** 184:21
**Mmm** 96:24
**modify** 25:6
**moment** 48:20; 76:13; 90:14; 153:17
**Monday** 63:1, 2; 95:12, 14; 96:22; 99:12; 118:7, 8, 22
**month** 90:21
**months** 15:16, 18; 41:3; 71:9
**more** 11:5; 15:21, 22; 18:16, 19; 42:6, 20; 46:22; 22; 47:14; 51:16; 54:7;

55:24; 57:9, 15; 59:1; 76:7, 77:6, 8, 12, 19; 78:3, 9; 79:18; 81:23; 86:9, 12; 92:7; 93:20; 100:6, 18; 108:13; 113:2; 127:20; 192:3; 214:11
**morning** 26:24; 27:1; 31:8; 33:18; 40:11, 19; 52:21; 63:3; 67:5; 68:16, 18, 23; 76:22; 77:3, 11; 79:20; 113:16, 21; 128:3
**most** 13:22; 16:4; 67:19; 74:18; 92:9; 107:1; 193:21
**move** 23:4; 44:14; 45:9; 73:24; 121:12; 129:15; 131:18; 139:11; 152:15; 221:20
**moved** 139:10, 13
**moving** 129:3
**much** 28:2; 40:4; 50:24; 53:11; 61:20; 62:3; 69:13; 144:22; 145:5; 204:1; 206:8; 222:13
**mumbling** 25:23; 28:13
**Murphy** 12:22; 52:3, 10, 11; 55:5; 56:8; 58:9; 63:7, 11; 97:3; 111:6, 9, 15; 122:9; 123:15; 127:3; 195:11
**must** 145:1; 179:2
**muttering** 25:23; 28:19; 40:22, 23; 89:15
**myself** 46:17; 63:7; 67:11; 70:17; 97:3; 152:7; 204:5; 213:17; 219:20

## N

**N** 111:14
**name** 15:10; 20:19; 25:15; 30:7, 22; 31:3, 19; 38:16; 41:14, 19; 63:15, 15, 18, 19, 20; 64:5, 8, 16; 76:22; 80:10; 85:1; 90:7; 91:6, 20; 111:8, 13; 119:5, 11; 120:1; 130:7; 138:9; 145:11; 177:23; 178:23; 179:2; 181:20; 185:14; 201:20
**namely** 13:18
**names** 38:8; 65:11
**Nancy** 31:6, 6; 80:10
**narrowed** 157:11
**nature** 12:14; 142:11
**near** 143:22
**necessarily** 35:18; 124:10; 208:14
**need** 42:13, 14; 48:19; 105:3
**needed** 38:1; 52:4; 59:9, 13; 93:13; 111:24
**neither** 93:6; 167:2; 176:4; 214:8
**nervous** 90:1; 91:17; 108:1
**nevertheless** 34:22

**new** 15:17; 22:19; 34:19; 35:21; 37:15; 48:9; 49:16, 24; 59:6; 60:19; 66:9; 74:23; 98:2; 102:1; 138:19; 139:7, 10, 11, 14; 159:20; 185:10; 194:3; 196:12; 205:19; 218:18
**Newman** 122:16; 123:3, 11
**next** 11:9, 12, 13; 25:13; 29:13; 35:16; 37:18; 40:5; 43:11, 20; 49:14; 50:15, 17; 52:21, 23; 56:9, 16, 21; 57:2, 14, 18; 60:5, 10; 70:9; 71:12, 16; 93:20; 95:6, 11, 13; 117:18; 118:24; 124:8; 144:1; 152:16; 178:21
**Nick** 31:21, 24; 32:10; 33:20; 42:6, 9; 43:17; 47:1, 3, 16; 48:13; 49:3; 51:12; 52:1, 1, 7, 11, 14, 24; 53:19; 60:9; 70:17, 19; 73:15; 74:5; 79:11, 18; 80:16; 86:9, 12; 93:2; 94:5, 9; 96:15; 98:4; 99:19; 100:1, 4, 15, 20, 22; 101:1; 103:2, 8, 18; 104:5, 6, 22; 105:9, 20; 106:5, 14
**night** 57:17, 19; 76:2; 93:18; 143:5; 149:8; 150:2
**Nine** 73:5, 6, 12
**nine-page** 79:7
**no-precedent** 170:24; 174:5; 175:16
**nobody** 18:13; 57:18; 67:20; 213:18
**nodded** 89:7; 92:12; 110:6; 155:20; 170:9, 13; 174:17; 176:19; 179:18; 198:5
**noise** 26:2, 5, 6, 8; 41:13; 46:6, 11, 15; 51:14; 101:19
**non** 176:1
**non-800** 33:9
**non-precedent** 169:24
**non-precedential** 176:1, 8
**non-prejudiced** 176:8
**none** 85:11, 14; 104:1; 108:17; 189:6; 193:24; 215:10
**nonetheless** 92:21
**nor** 6:11; 169:12
**normal** 182:20; 183:3
**normally** 202:14
**north** 128:23; 186:5
**note** 27:9
**notes** 26:18; 54:15, 18; 58:5; 71:10; 90:3; 92:10; 99:3; 100:7; 105:18; 106:8, 9, 11; 107:17, 19; 125:21; 126:1, 19; 151:20; 152:3; 163:23; 178:13; 217:16; 219:13, 17; 220:13
**notice** 66:23; 82:2;

104:23, 24; 154:21; 209:8
**noticeable** 26:1
**November** 147:4, 6
**nowhere** 100:21
**NSTAR** 1:4; 7:5, 8; 21:4; 31:22; 111:16; 112:16; 127:7; 131:21; 136:1; 138:14, 22; 139:10; 145:17; 146:18; 163:1; 165:8; 179:22; 182:5, 8
**nuances** 15:21
**number** 11:21; 12:4; 15:12; 17:22; 32:18, 23, 23; 33:2, 7, 8, 9; 34:14, 20; 47:20; 48:7; 49:24; 50:6, 14; 55:4; 63:14; 64:3, 11, 12; 65:19; 68:2, 21, 22; 83:23; 84:6, 7, 8, 10, 19, 22; 101:14; 118:11, 12, 19; 119:6, 7, 19; 120:11, 19; 124:6; 132:13; 134:20, 24; 160:11; 161:11, 12, 13; 177:15; 179:13, 17; 184:17; 198:3; 199:14, 14; 201:11, 16, 18, 20; 203:3, 6, 10, 16; 204:8; 211:13
**numbers** 13:16; 15:4; 35:11; 48:5; 64:22; 65:13; 85:4; 102:5; 130:17, 20; 131:1; 132:9, 18; 134:21, 22; 135:1, 4; 151:6; 160:15; 188:2; 201:19
**numerous** 153:4; 164:14

## O

**O** 111:14
**oath** 6:8, 11; 10:10; 217:20, 24
**object** 23:8; 24:7; 55:11; 71:3; 87:20, 24; 88:10; 116:6; 122:10; 126:9; 166:1; 167:1; 168:14; 175:20; 176:12; 187:23
**objecting** 71:17
**objection** 39:3; 65:23; 69:2; 122:8; 125:8; 126:24; 131:19; 144:13; 152:17
**obscene** 29:20, 21, 22; 54:3; 105:12; 113:20; 114:1
**obtain** 120:23
**obtained** 122:2
**obviously** 12:8; 31:18; 40:13; 49:7; 61:7; 72:17; 95:4; 99:23; 103:5; 128:13; 129:20; 168:6
**occasion** 50:18; 66:13; 89:5; 216:14
**occasions** 58:6; 150:23; 171:8
**occurred** 14:17; 99:12; 125:6; 139:22
**October** 9:8
**odd** 73:7



Case 1:04-cv-11190-RCL   Document 27-10   Filed 01/10/2006   Page 6 of 12
Grievance: Termination of J. Rogers  pp. 1-223  Arbitration between NSTAR and
Vol. 1, February 14, 2002     Local 369, Utility Workers Union of America

odometer 127:13; 128:9
off 8:15; 11:5; 13:3, 7, 22; 20:15; 52:13, 24; 56:13; 60:8; 70:3; 76:17; 88:23; 108:11; 119:7; 131:11; 138:6; 142:1, 3, 18, 20; 143:7, 9; 146:13, 14; 153:17, 18, 19; 158:23; 178:6; 181:14; 192:7, 12; 199:17; 206:16; 212:10; 221:11; 222:14
off-the-record 142:10; 170:17
offense 221:1
offensive 98:18
offer 58:23; 142:6, 7, 8, 11, 14, 22; 144:11; 167:13, 13; 168:1; 187:15; 209:7, 9
offered 122:13; 188:3; 209:6
offering 58:21; 126:14
office 22:20, 22, 23; 26:22; 29:13, 14; 34:5, 19; 40:12, 15; 41:24; 44:19; 49:6; 53:7; 60:13; 62:17; 68:16; 73:19; 80:4, 5, 6, 6; 99:4; 100:8, 15; 103:9; 113:14, 15, 17; 114:3; 115:17; 117:19, 21, 22
officer 52:19; 57:19
official 10:6
officially 181:21; 209:8
Ohio 152:14
old 32:11; 49:19; 64:7; 71:9; 144:23; 159:19; 190:6
older 139:17
once 38:1; 57:15; 86:24; 87:1; 128:6, 8; 213:14
one 6:8, 19; 7:20, 21; 8:3, 8, 8, 12, 13; 10:3; 11:4, 11, 12, 14; 13:1, 9, 12, 16, 19; 15:14; 21:20; 23:17, 24; 24:3, 4; 25:12; 26:12; 27:21; 32:12; 34:1, 22; 35:6; 36:23; 37:2, 14, 21, 22, 22; 41:6, 9; 42:6; 44:13; 46:16; 47:6, 7, 7; 50:13; 54:4, 15; 57:9; 58:6; 60:12; 64:7, 12; 65:7; 66:12; 72:24; 75:11; 77:19; 78:5, 7, 9, 12; 79:5, 18; 82:18; 83:5, 11; 85:19; 86:1, 3; 89:13, 22; 91:17; 92:6, 8, 18, 21; 93:6; 95:4; 99:9; 100:16; 103:6; 105:22; 106:1; 107:17; 108:15; 110:24; 112:12; 113:17; 117:24; 130:22; 132:1, 10; 136:4; 137:23; 139:17; 140:5; 142:1; 147:19; 150:19; 152:10; 154:20; 155:21; 156:6, 7, 12, 15, 16, 17, 19, 19; 157:13, 18; 161:5; 165:22; 167:2; 170:24; 171:9, 10, 11; 174:23, 24; 178:21; 180:17; 184:5; 191:1, 2;
192:21; 193:22; 194:6; 197:1; 201:8; 204:4; 210:17, 19; 212:5; 214:8; 216:17, 22; 221:21
ones 24:5; 70:18; 156:21, 24; 157:17; 188:7
ongoing 50:3; 125:5
only 7:1; 31:10; 33:13; 34:8; 35:10; 41:16, 18; 42:2; 44:18; 60:12; 77:23, 23; 81:22; 82:18; 90:4; 104:8; 106:4; 108:20, 20; 113:8; 118:20; 123:2; 124:11; 154:20; 161:15; 169:10; 171:8; 174:22; 177:23; 195:3, 21; 196:4, 19; 219:14; 220:3
onto 130:3, 4; 204:2, 6; 209:13; 210:11, 24
open 31:9
opened 64:7
Opening 9:19; 22:9; 137:17
operation 141:7
operations 21:10; 34:1; 44:6; 47:12; 49:13; 56:10; 73:18; 85:2; 114:18, 20; 133:19, 20, 22
operator 31:5; 32:3; 33:4; 78:20; 79:19, 24; 146:20; 147:4; 178:8
operator's 80:10
opinion 45:15, 17, 18
opportunity 12:24; 13:8, 15, 18; 14:16, 19; 17:17; 18:24; 19:1, 8; 76:23; 86:14; 126:10; 148:10; 157:8; 158:15, 18; 220:22
ops 138:16
options 150:19; 201:8
ordeal 84:3
order 53:21; 101:18; 199:16; 204:7
orders 68:5
original 122:17; 186:24
originally 33:8; 209:23
other's 191:7
others 11:12; 13:21; 18:12; 44:2; 73:1
otherwise 216:7
ought 24:2; 170:21
out 7:21; 10:24; 12:8; 13:10; 25:16; 30:9, 20, 24; 32:7, 14; 33:18, 19; 34:7; 36:19, 19; 40:23; 41:10, 23; 46:8, 11; 48:18; 53:14; 59:15; 63:9; 81:8; 84:17, 17; 100:14, 16; 106:14; 115:16; 120:13; 125:7, 8; 127:18; 130:3; 133:15; 134:18; 135:11; 140:4, 15, 19; 141:14, 20; 153:8, 12; 157:20; 158:2, 3, 5, 6; 159:22; 177:4; 183:8; 191:1; 196:22; 197:3; 206:2, 11, 24; 207:1, 2, 4; 208:19, 24; 209:2; 214:9;
17; 217:17; 222:1
outage 64:23
outgoing 135:18
outline 16:10
outside 34:17; 35:14; 47:22, 23; 48:2, 8; 49:4, 6, 15; 97:10; 98:2, 3; 103:6; 150:15; 176:21; 206:17; 209:13
over 40:18; 42:17; 43:5; 57:13; 60:15; 61:5; 64:19; 65:9; 66:17, 21, 22; 68:23; 83:21; 97:2; 99:5; 101:18; 106:16; 107:14; 129:3; 138:24; 139:10, 13, 13; 148:1; 152:23; 154:15; 155:17; 181:17; 189:22; 205:24
overall 113:1
overcome 12:12
Overhead 1:9; 13:11; 140:15; 149:24; 182:14, 15
oversee 21:10
overseeing 111:22
overtime 143:5; 144:7, 9
overview 10:19; 15:19
overwhelming 10:16; 16:16
own 69:24; 124:24
owner 123:21

**P**

P 1:8
P.D 94:14
p.m 14:3; 79:14; 123:20; 143:11, 20; 144:3, 5, 6, 7, 9; 208:8; 213:16; 222:14
package 71:5; 72:22; 73:1; 74:1
pad 106:9
page 79:10; 80:15; 94:4; 107:1; 124:7, 9; 154:22; 155:1, 5, 7; 162:23; 163:11; 178:14; 208:6; 219:23
Pages 1:2; 73:3, 5, 6, 13; 75:4
paid 143:4
paper 9:14; 43:4; 74:14; 106:10
paperwork 26:23; 44:20; 117:21
paragraph 94:12; 101:2; 124:9
parking 53:2; 149:17; 186:16; 213:18
part 13:22; 67:19; 106:12; 130:16; 135:6, 20, 22; 138:21, 24; 165:3; 182:18; 192:19
participate 69:21; 179:9
participated 149:1
participation 88:14
particular 16:18; 18:8; 71:5; 145:24; 150:4; 158:14; 159:9; 161:17; 164:12; 168:2; 172:2; 173:6, 8, 15, 24; 202:13
particularizing 45:23
particularly 183:13; 197:2
partner 190:13
parts 155:1
party 176:4
pass 52:20; 88:23
passed 31:10; 57:19; 62:3; 186:13; 214:19
passing 70:3
Passport 139:10
past 85:7; 152:23
pattern 91:16
patterns 25:8
Paul 76:23; 153:16
Pause 49:2; 60:4; 73:4; 126:18; 136:7; 194:8; 217:22
pay 34:18; 48:2; 211:24
payroll 21:23; 139:24; 140:6, 7; 141:18, 19
penalty 152:21
people 34:1; 35:24; 37:16; 44:18, 19; 67:12; 134:16, 23; 178:1; 186:15; 189:22; 210:18
per 127:19
percent 149:21; 162:1
perfectly 178:3
perform 140:19
period 15:8; 18:3; 22:7; 31:17; 57:12; 60:1; 80:7; 100:3; 107:12; 143:4; 157:3
permits 216:7
persisted 15:11
person 12:19; 15:5; 18:15; 23:17; 25:16, 21; 27:24; 30:6; 31:18; 38:10; 41:2; 50:2; 82:9; 84:12; 91:15, 23; 92:22; 95:17, 21, 23, 24; 97:9; 116:16, 16; 123:11; 124:10, 14; 141:2; 165:19; 175:3, 5; 195:3; 199:7; 203:20; 204:6; 210:9, 21, 22, 23
person's 50:4; 173:9, 11
personal 83:19
personally 112:20, 22
personnel 21:24
persuaded 20:7
pertain 72:17
pertained 125:20
pertinent 40:14
perusing 99:22; 105:16; 121:17; 160:6, 17; 162:22; 163:10; 178:15
Peter 35:5; 85:1; 135:3, 7, 8; 136:3; 161:24; 162:2, 3
Phil 150:7; 152:8, 11
Phillip 1:15
phone 10:24; 11:16, 20; 15:4, 12, 15; 16:20, 24; 17:6, 12; 18:8, 12, 21, 21; 19:11; 23:6, 10, 16, 22; 24:2; 25:12, 22; 26:19, 24, 24; 28:1, 7; 29:9, 17, 18, 20, 21, 23; 30:23; 31:4, 6, 15, 24; 32:6, 9, 11, 16; 33:17, 21; 34:2, 4, 5, 7, 10, 12, 18, 18; 35:3; 40:18, 18; 41:20, 21, 23, 24; 42:8, 9, 12, 13, 17, 18; 43:15; 44:3, 4, 8, 10, 22, 24; 46:24, 24; 47:10, 11, 13, 15, 16; 48:2; 49:10, 16, 18, 19, 19; 51:7, 20, 24; 52:6; 53:13; 54:3, 3, 24; 55:2; 59:6, 12, 14, 16, 19; 60:14, 19; 61:1, 5, 9, 21, 22; 62:8, 22; 63:14; 64:3, 11, 12, 22; 65:13; 66:15; 70:11; 73:15, 19, 22; 74:6, 22, 23; 75:1, 7, 13; 78:7, 17; 80:18; 83:23; 85:9, 20, 24; 86:21; 87:2; 91:6; 94:5; 95:18, 19; 96:5, 20; 98:3; 99:5; 100:24; 102:1; 103:9, 24; 104:3, 7, 12; 105:1, 4, 12, 23; 106:1, 6; 107:11; 108:4; 109:13, 16; 113:20; 114:1; 120:9; 123:21; 124:6; 130:24; 131:4, 7, 24; 135:24; 136:1, 4; 147:19; 148:7; 149:8; 150:14, 19; 151:1, 5, 5; 156:9, 13, 19; 157:6; 158:15, 18; 159:7, 14, 14, 16, 18; 160:11; 161:13, 16; 164:9, 10, 13, 16; 165:19; 176:15; 179:13; 189:3, 12; 198:16, 19, 22; 199:6, 17; 200:6, 13, 22, 24; 201:5; 202:21, 23; 203:5, 12, 13; 209:13, 22; 211:6, 7, 8, 9, 9, 11, 12, 16; 216:4, 8, 11, 15, 15, 18, 19, 20; 217:3; 219:19
phones 15:8; 210:17
photocopy 59:18; 122:16
phrase 153:24
physically 19:12; 101:17; 102:17
pick 17:18; 40:12; 42:9; 51:13; 59:13, 16; 62:7
picked 31:4, 23; 44:4; 46:24; 47:11; 52:5; 61:21; 62:22
piece 51:21; 85:9; 107:16, 16; 188:21
piles 43:4, 4
piling 20:3
pinned 11:11
Place 1:18; 29:11; 30:1; 35:8; 47:8; 57:17; 73:21; 75:2; 78:4, 7; 80:3; 82:17; 114:11; 120:2; 126:3; 133:5; 139:17; 148:20, 23; 149:5; 150:23; 164:12;

Case 1:04-cv-11190-RCL    Document 27-10    Filed 01/10/2006    Page 7 of 12

Arbitration between NSTAR and
Local 369, Utility Workers Union of America

pp. 1-223

Grievance: Termination of J. Rogers
Vol. 1, February 14, 2002

175:8, 10; 195:13; 198:14; 208:14; 217:4
placed 16:18; 147:20; 148:8; 151:5; 156:13; 157:6; 159:8; 161:12; 217:5
places 191:7
placing 10:17; 164:9
plan 205:24
planning 138:17
please 20:16, 20; 54:12; 65:5; 67:22; 74:3; 76:14; 111:8, 13; 116:20; 128:11; 138:8; 142:23; 152:2; 181:21; 222:1
plenty 204:24
Plymouth 22:19; 35:22; 37:15; 48:11; 64:19; 66:5, 5, 11, 19; 67:6, 7, 9; 68:15; 70:3; 119:6, 18; 120:14; 127:4, 13, 14, 15; 128:14, 16; 129:2, 8, 9; 130:10, 11; 131:7; 137:10; 138:19; 143:21; 148:23; 155:16; 162:12; 183:8; 190:17; 195:20; 208:12, 15
point 7:17; 9:17; 28:21, 23; 29:6; 33:5; 39:8, 21, 24; 41:22; 48:13; 50:10; 54:9; 56:5; 61:4; 69:4, 24; 70:5; 85:8; 91:17; 95:3; 100:19; 107:10, 18; 108:9; 114:5, 9; 115:19, 23; 117:7; 120:20; 152:10; 167:23; 181:9; 201:8, 23; 212:22; 219:2
points 15:20
pole 209:17, 18
police 11:19; 52:17; 53:2, 10, 21; 57:18; 86:18, 19; 93:10, 15; 98:23; 102:17; 113:7; 115:18, 22; 116:1, 2, 3, 8, 10, 22; 117:3, 13; 120:22; 121:1, 3, 7; 122:4; 123:14, 15; 209:23
policy 66:24; 152:24; 153:6; 155:24; 174:2; 197:5, 9, 16
Pond 129:14; 143:23; 192:7
portion 45:9; 165:7; 219:14
position 21:5, 21; 22:11, 15; 138:15
positive 35:19
positively 180:22
possession 188:3
possibilities 97:12
possibility 30:13; 33:19; 83:9; 104:2; 150:13; 157:19; 158:11; 159:23
possible 58:19; 80:2; 85:18, 23; 194:20; 203:23; 209:20
possibly 32:6, 15; 33:17; 131:7; 218:17
Post 149:10

postmarked 221:13
potential 66:16
pouring 206:20
practically 15:17
practices 36:3, 5
precedent 170:7; 171:2; 173:23; 176:6
precise 80:8; 192:4
prejudiced 176:2
prejudicial 23:12
preliminary 10:3
preparation 37:23
prepare 125:16
prepared 104:17; 140:22
preparing 127:6
prescription 193:18
presence 66:1
present 12:11; 112:8; 148:22; 168:15
presented 14:16; 16:12; 126:12; 159:6
Presently 145:17
president 82:10
pressed 109:3
presumptively 220:20
pretended 61:11
pretty 69:12; 95:11, 12; 197:3; 207:8; 216:24
prevent 198:2
previous 114:9; 143:5; 186:18; 196:3
previously 74:13
printed 115:16
printout 115:6
prior 17:8; 55:22, 23; 81:21; 96:18; 111:16; 125:11; 133:6; 145:18
private 51:3; 60:15, 17, 22, 24; 61:6; 74:23; 104:4, 10, 12, 21, 24; 113:4; 114:10; 124:7; 200:4, 6, 8, 9, 12, 23; 201:5, 6, 13, 20, 20; 202:2, 6, 21
probably 50:5; 53:20; 57:22, 24; 67:16; 78:3; 81:15; 94:16; 101:24, 24; 110:18; 186:13; 192:9
problem 84:5, 19; 97:14; 122:7; 152:14; 183:15; 221:24
problems 14:6; 86:4
procedurally 168:2
procedure 56:14; 109:23
proceeding 87:23; 88:14; 122:23; 166:23; 167:17; 186:20, 23
PROCEEDINGS 6:1; 10:7; 123:8
process 33:15; 35:22; 55:6
processing 9:14
produce 161:23
produced 10:6; 126:7
productivity 140:7

program 49:5; 139:8; 174:7, 20
prominently 198:18
promoted 21:21
prompt 32:20
proof 142:6, 7, 8, 11, 14, 22; 144:11; 167:18
property 140:13; 163:21
propose 8:20, 24; 9:4, 8; 143:1
proposition 24:7
prosecute 86:20
prove 122:11
proven 189:21
provide 14:2; 64:20; 148:10; 150:3; 160:24; 161:15, 20; 164:15
provided 14:7; 117:11; 118:12, 14, 15, 21; 119:4, 20; 120:20, 24; 121:2; 140:1; 148:7
provides 163:17
provision 162:6, 17; 163:5; 165:8
public 7:6
pulled 130:10
punch 32:20; 33:1, 3
punched 63:20; 64:1
puppy 185:10; 205:19; 206:1, 3, 6, 11; 207:7, 9; 208:24; 213:7, 10; 214:9, 10
purchased 149:13
purport 142:15
purports 123:17
purpose 137:24
pursue 87:4
pursued 87:6; 120:22
pushed 51:21
put 6:10; 14:11; 31:14; 41:10; 47:15, 17; 49:3; 50:12; 53:13; 66:23; 68:2, 22; 69:7; 70:15, 20, 24; 73:16; 82:2; 87:2; 90:6; 103:8, 20; 109:11, 13; 115:2; 154:17; 174:1, 5; 184:2; 186:12; 187:6; 199:7; 206:15; 209:3; 222:11
putting 122:24

## Q

qualifier 97:19, 24
qualify 53:21; 103:22
quality 12:10
quarter 57:23; 110:24; 128:3
quick 207:8
quickest 142:13
quickly 52:13
quiet 44:16
quite 11:11; 12:14, 17; 100:24; 167:18

## R

radio 26:7; 51:22
rain 206:20; 207:4; 208:3, 14, 17, 24; 209:15
raining 207:9
rainy 207:16
raise 20:17; 21:17
ran 25:9; 62:18; 95:13
Randall 161:24
random 15:3; 19:21; 30:21; 47:19
rang 26:24; 40:18; 44:22; 60:14; 61:5
raped 76:5
rapid 25:14; 45:3; 46:22; 61:17
rarely 66:4
rather 23:23; 72:21; 99:4; 124:11; 152:21; 217:5
Re 1:8; 94:5
reach 49:24
reached 40:18
reaction 44:7
read 6:24; 7:16; 51:3; 53:7; 134:5; 163:7; 164:2
reader 21:19
readers 21:11
Reading 99:23
readout 102:8
Ready 20:10; 50:22; 60:13; 221:6
real 28:24
realized 31:17; 41:21; 47:5, 13; 90:4; 97:17
really 31:10; 69:22; 100:17; 105:3; 109:12; 120:2; 211:13
rearview 75:22
reason 92:3, 4; 104:6; 123:6; 126:9; 175:19, 23; 177:20; 178:17, 21; 189:11; 199:7
reasonable 12:3; 14:2
reasons 88:3; 156:7; 184:5
rebuttal 220:20
recall 25:4; 26:12; 37:18; 40:2; 44:12; 51:10; 67:11; 75:9; 83:10, 10, 13; 89:16, 18; 91:8; 108:6, 6; 178:16; 197:17; 213:3, 12; 215:13; 218:6, 19; 220:6
recalled 64:4; 81:22; 195:16
received 9:2, 10; 10:23; 31:16; 39:6; 41:23; 59:23; 69:3; 74:2, 12; 75:5; 78:16; 98:2; 105:12, 21; 107:11; 113:19; 114:1, 8, 22; 118:4, 9; 124:22; 127:2; 129:19; 131:5, 20; 133:11; 149:3; 151:18; 152:19; 162:13; 164:22; 188:18

receiving 115:20
recent 74:18; 193:22
recently 146:3
recess 108:9; 111:5; 181:12
reclassify 37:14
recognizable 45:2
recognized 45:5, 6; 46:3, 4; 51:9; 67:16, 19
recognizing 160:8
recollect 119:7; 170:16; 194:1
recollection 71:23; 79:24; 161:10; 207:18, 20; 215:16; 220:2, 11
record 6:24; 7:16; 8:15; 10:5, 7, 12; 20:9, 15; 27:7; 55:22, 24; 76:17; 85:15; 108:11; 122:19; 123:1, 13, 13; 124:3; 137:15; 138:6; 142:1, 3, 19, 20, 22; 146:13, 14, 16; 153:17, 18, 19, 21, 22; 178:6; 180:11; 181:14; 183:18; 184:15; 192:12; 208:2; 209:9; 212:10; 221:5, 8, 11, 12; 222:5, 11, 14
recorded 61:23; 62:15
recording 49:22; 50:5
records 32:8; 43:2; 64:22; 119:13, 16; 122:20, 22, 22; 123:5, 19; 140:17; 141:15; 143:1, 20; 144:2, 5, 8; 148:2; 157:6; 159:14, 14, 16, 18
red 127:23, 24
Redirect 110:12; 181:1; 215:24; 216:1
refer 90:3
reference 56:18; 154:22
referenced 137:16
referred 76:1; 144:15; 152:11; 165:20; 197:5
referring 57:3; 60:21; 115:11; 139:17; 153:14; 196:14, 19
refers 71:21
refresh 79:23
regarding 73:18
region 145:24
registered 128:9
regular 103:23; 122:21, 22; 141:7; 199:14
regularly 122:18; 123:1, 2, 12, 19; 141:10, 14; 193:17
rehired 21:18
reins 69:13
relate 124:17
related 218:20
relates 88:17
relating 88:13
relations 21:24; 22:5, 11; 35:24; 37:4; 44:19; 69:16, 19, 20; 81:24; 106:12;

Case 1:04-cv-11190-RCL   Document 27-10   Filed 01/10/2006   Page 8 of 12

Grievance: Termination of J. Rogers          pp. 1-223          Arbitration between NSTAR and
Vol. 1, February 14, 2002                                       Local 369, Utility Workers Union of America

145:20; 146:22; 147:13; 180:21; 183:7
relationship 185:12; 186:3
relative 82:14
relevance 167:23; 168:3
relevant 154:24; 167:3
reliability 141:20
relied 86:9
relies 141:8
relocating 21:17
rely 141:5, 17, 19
remain 180:6
remained 91:15
remains 124:19
remedy 6:5
remember 39:24; 40:1; 42:8, 24; 43:10; 66:14; 67:4; 79:2; 89:8; 96:22; 98:4; 99:8; 104:5; 142:23; 150:16; 155:19; 156:9; 159:24; 160:10; 169:8; 176:18; 177:17; 178:7, 10, 19; 179:11, 15, 21, 24; 180:2, 9, 12, 14; 197:18, 20; 207:1; 220:11
remembered 51:17; 62:16; 64:5; 66:7; 90:5; 148:22; 195:18; 208:16
reminded 42:11; 218:2
remote 53:7
rep 32:22
repeat 73:8
repeated 28:3; 41:19; 91:7
report 33:21; 65:14; 68:1; 115:23; 116:4; 117:12, 13; 118:3; 124:24; 125:4, 5, 9, 16, 18, 21; 141:20
reported 105:24; 132:1, 2; 143:12, 24; 176:22; 189:13
Reporter 1:24; 10:4, 6; 20:20, 23; 27:9; 111:8; 138:9; 145:12; 181:21
reports 127:8; 131:22
represent 126:1; 129:4; 161:4
representation 144:13
representatives 150:6
represented 35:21; 173:10
representing 38:11
request 149:6; 161:21; 174:6
requested 70:20; 73:16; 111:24; 118:10; 161:9, 10; 164:14
require 54:2
required 6:8, 14; 10:10
res 168:7
resembled 25:13; 45:15; 60:17
resembles 16:3
residence 122:12; 148:9;

156:14; 157:14, 15; 159:8; 184:8; 195:9
resides 195:3
resolution 176:1
resolved 170:11; 176:7
resources 21:22; 49:23; 180:17
respect 26:7; 36:9; 66:24; 72:7; 117:16; 125:24; 132:8; 146:9; 163:20; 169:20; 171:15
respond 28:9; 116:18; 142:4
responded 28:14, 24; 29:6
responds 18:13
response 27:14, 24; 28:5; 40:21, 21; 45:1; 51:8; 151:12
responsibilities 21:9; 145:21; 146:8
responsible 17:8; 146:1, 2; 189:16
rest 130:22; 143:4; 157:3; 181:9; 220:22
restoration 64:21; 182:17
result 87:22; 172:17, 19
resulted 81:16
results 83:6; 88:3; 120:24; 121:2; 131:13
retriever 149:14
review 130:17
revised 154:19
Richard 64:18
right 6:6, 20, 21; 7:13; 8:2, 16; 9:16; 10:12, 21; 20:10, 17; 22:7, 12; 23:2; 25:7; 29:4; 31:21; 33:11, 14; 35:4; 36:11, 18; 39:7, 22; 42:4, 5, 10; 44:9, 9; 46:16, 20; 47:4, 24; 48:3, 24; 50:14, 15; 52:16; 56:23; 57:4, 22; 58:14, 20; 59:7, 14, 24; 60:22; 61:22; 64:14; 65:3, 16, 17, 20; 67:9; 69:4; 72:12; 76:18; 78:18, 19; 79:1, 11, 15; 80:13, 18; 81:11, 12; 82:16; 84:10, 14, 15; 86:22; 87:16, 19; 88:10, 15; 89:1, 3, 18; 90:19; 92:2, 23; 93:5, 8, 17, 21; 94:3, 11; 96:7, 8, 9, 10, 14, 15, 21; 98:9, 13, 14; 99:5, 11, 14, 17; 101:7; 103:11; 104:1; 106:15, 23; 107:9; 108:12; 113:11; 115:5; 116:11, 17; 117:15; 118:8; 120:23; 124:22; 127:1; 128:18; 130:9, 13, 14; 131:17; 133:8; 134:7, 11, 13; 137:19; 138:1; 141:24; 142:1; 144:10, 14, 17; 145:2; 149:9; 152:18, 20; 154:7; 158:8; 160:1, 13; 163:23; 165:4, 6, 10, 13;

167:21; 168:8, 24; 169:13; 171:4, 13; 174:3, 3; 175:7, 22; 181:15; 184:7, 11, 14; 190:8, 17; 191:16, 17, 24; 192:4, 11, 15, 18, 22; 193:9, 13; 194:14; 195:5; 196:10; 198:18, 21, 22, 23; 199:1, 14, 17, 24; 202:12, 12, 15, 22; 203:3, 7; 204:9, 21; 205:4, 6, 9, 19; 206:5; 207:7, 14, 15; 208:1, 9; 209:19; 210:1, 7, 12, 24; 211:8, 15, 18, 24; 212:3, 23; 213:4, 20, 23; 214:7; 215:5; 217:7, 17; 219:16; 220:24; 222:7, 13
ring 216:8
ringing 216:7
rings 216:20
road 58:3; 129:14, 14; 143:23, 23; 186:7, 9; 191:17, 24; 192:7, 21
rock-hard 16:1
Rocky 129:14; 143:23
Roda 29:13; 69:15, 16, 18; 78:17; 81:8; 83:8; 148:24; 196:6
Rogers 1:9; 6:4; 8:8, 12, 17, 20, 22; 10:1, 15; 11:20; 12:1, 12, 24; 13:5, 10, 15; 14:2, 12; 15:1, 14; 16:20; 17:7, 13, 22; 18:8, 20; 19:23; 20:4; 24:4; 63:16, 19; 64:12; 66:2; 68:12, 18; 76:7; 86:21; 87:7; 119:5, 10, 14, 17, 24; 120:10, 18; 122:12; 123:21; 127:8; 131:3, 6; 143:4, 11, 21; 144:3, 5, 8; 147:8; 148:14, 18, 21; 149:7; 150:3, 10, 18, 20; 152:9; 156:8; 158:22; 159:8, 9; 162:5, 18; 163:5, 16; 164:9, 14; 165:18, 23; 177:8; 178:5; 179:3, 12, 15, 22; 180:7, 9, 14, 20; 181:16, 17, 19, 22; 183:6; 188:20; 190:6; 193:15, 21; 194:14; 203:2; 207:23; 208:12; 209:15; 212:11; 217:14; 218:7, 14; 220:8
role 83:2; 113:1; 146:23
roll 196:22
romp 206:1
room 38:23; 40:8, 11, 17; 43:5, 12; 66:18; 67:13, 15, 17; 111:3
roster 64:4, 6, 7; 120:12
rotary 211:11, 11
rotary-type 211:6, 8
roughly 57:12; 186:13
roundabout 166:14
route 127:15; 129:24; 185:18
routes 84:18
RPR 1:24
rules 82:11, 13; 122:17

ruling 187:20
run 30:5; 72:14; 206:13
running 26:7
runs 112:2

## S

safeguard 163:21
same 8:3; 12:19; 18:15; 23:17, 20; 25:22; 37:1, 16; 40:22; 41:2; 43:3; 46:3; 57:5, 5; 61:10; 90:12, 12; 91:22; 92:22; 105:12, 13; 107:3, 3; 114:21; 125:8; 136:10; 183:2; 186:8; 193:7; 201:10; 208:14, 15; 209:14
Sandwich 64:2; 119:5, 18; 127:9, 12, 14; 129:2; 130:2, 3, 4, 13; 137:9; 184:9, 16; 195:4
sat 29:9, 15; 30:9; 44:22; 52:13; 53:11
Saturday 128:2
saw 43:3; 48:7; 52:19; 60:15; 61:5; 82:7; 206:6; 213:2; 214:22; 215:3
saying 19:10; 20:5; 52:2; 65:2; 77:10; 89:19; 99:11; 142:6; 170:3, 8; 179:16; 180:13
scanning 30:12
scenario 203:24
schedule 38:7
scheduling 138:17
Schmertz 1:13; 6:3, 13, 18, 21; 7:2, 5, 13, 23; 8:2, 11, 16, 21; 9:2, 5, 10, 16, 19, 23; 10:2, 11; 20:10, 14, 16, 19, 22; 24:14, 17, 20; 25:2, 5, 18; 27:4, 8, 12, 16, 19; 39:4, 6, 9, 13, 18, 23; 45:17, 20; 46:13, 19; 48:20; 55:13, 19; 56:2; 57:7; 58:21; 59:2, 23; 65:22; 69:3, 8; 70:4; 71:19; 72:4, 15, 20, 23; 73:2, 5, 10; 74:2, 8, 12; 75:5; 76:11, 13, 15, 18; 77:20; 88:4, 8, 12, 16, 22; 108:10, 12; 110:14, 19, 23; 111:7; 116:17, 23; 121:16, 20; 123:16; 124:8, 16; 126:5, 14, 16, 19; 127:1; 128:20, 23; 129:6, 12, 17, 19; 131:20; 132:5; 136:15, 18, 21; 137:1, 5, 11, 14, 19, 22; 138:5, 8; 142:2, 5, 12, 18, 21; 143:6, 16; 144:10, 14, 21; 145:1, 4, 9, 11; 152:18; 153:18, 22; 154:18, 21; 155:5, 8, 12; 163:22; 164:1, 6, 17, 21; 165:1, 4; 166:4, 11, 16; 167:16, 22; 168:6, 17, 22, 24; 169:6, 10; 170:2, 5; 172:4, 6, 9, 13, 15, 20; 173:3, 7, 12, 17, 21; 174:3,

8, 12, 15, 18; 175:18, 22; 176:5; 177:6; 181:1, 3, 6, 11, 13, 17, 20, 23; 187:19, 24; 188:10, 13, 17; 190:3; 192:15, 18, 22; 193:1, 4, 9, 13; 200:7, 16, 21; 201:3, 12, 17, 23; 202:2, 16, 19, 24; 209:6, 11; 212:9; 215:24; 217:10, 13, 19; 218:1; 219:7; 220:16; 221:2, 5, 12, 22; 222:4, 8, 10
Scott 75:21
second 11:3; 13:11; 29:9; 37:22; 40:7; 47:3, 6, 7; 56:16; 60:18; 61:6; 74:15; 79:10, 10; 94:12, 17; 99:9; 106:1; 156:16; 175:11; 194:7; 208:6
Secondly 12:21
seconds 17:21; 62:6; 107:22, 24; 127:21
section 128:15; 164:18
sections 164:18
security 11:19; 15:7; 31:22; 50:10; 52:4, 5, 10; 53:19; 111:19, 23; 112:13, 16, 24; 113:3; 131:22; 132:3
seeing 169:8; 198:3
seeked 75:22; 168:23; 173:15
seeking 24:18
seems 17:4
Segreve 32:14; 85:3
selectively 202:12
send 73:16; 93:13
sending 96:18
senior 64:18; 145:20
sense 36:22; 199:11
sent 70:16; 74:5; 77:5; 79:14, 15; 95:23; 96:1; 99:18; 106:5, 14
separate 213:22
separately 83:5
September 42:11; 72:16
sequence 218:19
series 7:18; 10:17, 23; 34:14; 48:4; 72:13; 192:20
Service 67:6, 9; 120:14; 124:12; 127:8, 15; 129:9; 130:5, 10, 11, 14; 131:7; 137:10; 146:4; 155:17; 159:15; 177:20; 180:15; 185:12, 18, 20; 186:4, 6; 200:24
services 21:6; 22:6
set 60:2; 75:8; 79:7; 127:13; 128:9
setting 36:12; 37:17; 75:23
settled 114:2; 170:3, 6
settlement 170:12; 173:23
setup 35:3
seven 15:16; 191:13;

**Arbitration between NSTAR and**  pp. 1-223  Grievance: Termination of J. Rogers
**Local 369, Utility Workers Union of America**  Vol. 1, February 14, 2002

194:9
seven-digit 34:20
several 110:17
severe 56:1; 67:4
sexual 153:4; 154:23; 162:24
sexually 54:3; 98:17
shaken 117:23
shall 6:5
sharing 146:4
sheet 64:6; 68:8, 9; 140:21, 21, 23; 141:1
sheets 64:4; 141:13
Sherwood 149:16, 19; 212:15, 20; 213:5, 9, 14; 214:3, 5, 17; 215:18; 218:16, 21
shift 67:13
short 20:13; 94:5; 122:24; 138:3; 212:8
shortly 14:3; 22:3; 63:11; 72:9; 78:4; 99:13; 105:23; 199:20; 203:6
shot 221:10
shoulder 83:22
shoulders 20:4
show 10:20; 12:3, 24; 13:14, 20; 14:1, 6, 24; 15:2, 9; 23:15; 35:10; 47:18; 67:21; 73:20; 87:9; 104:3, 8; 137:21; 142:15; 143:2, 20; 144:2, 5, 8; 149:16; 168:10; 169:2; 186:17; 187:8; 207:19; 213:9, 14; 214:18; 215:12
showed 17:23; 18:7; 47:19; 148:11; 150:5; 157:3, 4; 159:3; 213:18; 214:8; 215:10
showing 74:23; 148:2; 218:23
shown 42:2
shows 19:18; 38:15; 57:7; 123:18; 200:23, 24; 201:6
side 21:19; 81:24; 108:4
sight 36:19
signs 12:18
similar 12:14, 16; 75:8; 161:3, 7
similarities 24:12, 20, 22; 25:19; 45:22, 24
similarity 24:5; 48:9
similarly 197:14
simple 6:23
simply 15:1, 4
Simultaneous 221:13
simultaneously 222:2
single 33:7
single-family 195:9
single-line 34:3
sit 43:2; 107:14; 111:7; 138:8; 165:6
site 14:20; 56:13; 115:5;

143:12
sites 143:18
sitting 10:21; 12:23; 43:11; 99:2; 100:8; 117:21
situated 114:4
situation 18:2; 112:21; 113:1, 2
six 71:9
slammed 29:9; 41:20; 46:23
slandered 189:19
slap 55:22
sleeping 76:2, 3
small 129:4
Social 194:15
solid 61:13, 14, 14; 208:3
somebody 19:12; 28:16; 30:4, 14, 16, 17; 31:2; 32:15; 40:14; 42:16; 48:9; 63:6; 78:24; 80:21; 81:10, 13; 82:9; 83:16, 19; 104:9; 109:13; 123:4, 24; 131:10; 170:22, 23; 171:3, 4; 176:21; 190:12; 199:5, 22; 204:14; 209:12
somebody's 32:20
somehow 37:12; 157:10; 199:5, 6
someone 15:1; 56:10; 79:20; 150:14; 151:13, 14; 159:4; 180:16; 198:2; 200:15; 203:9
sometime 71:7; 103:16; 147:20; 149:5; 153:9
sometimes 73:8; 100:12; 198:24
somewhat 76:4; 127:5; 189:18
somewhere 149:10; 150:4; 203:22; 215:8; 216:8
son 21:16
soon 58:19; 59:12; 62:15
sooner 97:1
sorry 10:3, 12; 33:8; 36:19; 43:24; 56:16; 60:17; 77:7; 87:21; 93:1; 95:6; 110:7, 9; 136:17; 142:9; 152:14; 155:6; 158:6; 188:12; 195:16; 200:7, 14; 202:1; 205:21; 219:22
sort 16:17; 26:4; 65:1; 116:14
sound 46:23; 51:9, 23
sounded 28:6; 120:1
source 133:2
sources 167:12
south 36:2; 37:9; 129:12; 146:2; 186:6
Southborough 21:15
Southeastern 21:18
southern 138:17, 18
spaces 38:13
speaks 74:8, 22

specialist 86:11
specific 77:24; 83:11; 113:2
specifically 109:19; 114:19; 164:18
specifics 99:7; 109:22
speculation 81:16
speculative 77:18
speed 127:18
Spell 111:13
spend 206:8
spent 68:18
spite 12:9
split 61:6
spoke 40:15; 55:5; 57:8; 81:7; 114:19
spoken 131:3
spot 90:8; 217:6
spring 10:16
springing 126:13
stand 20:17
standard 167:18
standards 88:1
standing 83:21; 206:17; 209:14
stands 167:8; 168:2
star 55:3; 59:17; 61:22; 62:4, 9, 13; 102:5, 7, 23; 109:3, 18; 133:21; 134:1; 198:13; 210:23; 211:4, 10
start 26:13; 46:18; 57:13; 68:20; 70:2; 76:2; 103:3
started 28:12; 30:12; 32:5; 92:15; 113:22; 125:18; 146:19; 147:1
starting 12:6; 21:22
starts 74:21
State 192:10
stated 118:2; 149:1, 4; 150:10, 13, 20, 22; 177:18; 186:17; 195:21; 197:12
statement 177:23
statements 9:20
states 124:9
stating 113:24
station 117:9
stay 50:23; 51:20; 54:24; 55:1; 142:18
stayed 32:21
staying 48:17
steady 190:13
stealing 112:10
STENOGRAPHER 110:7, 11
step 34:22; 42:6; 50:13; 103:6
steps 169:22
steward 147:1, 3, 4
still 28:5, 15, 16; 42:5; 52:7; 75:17; 91:14; 136:8; 205:8; 215:19; 217:24
stipulate 90:15, 24
stipulated 6:6; 7:14;

200:17
stipulation 6:23; 7:3; 203:1
stockroom 82:1
stood 207:2, 4
stop 10:2; 38:3; 68:20; 209:4
stopped 15:15; 57:24; 92:15; 115:22
stored 140:17; 141:6
stories 83:21
storm 64:21; 182:16
story 209:1
straight 26:11; 96:5; 213:19; 221:17
strain 12:17
strange 43:15
stranger 84:1
street 53:10; 57:23; 63:23; 64:2, 2; 67:10; 119:6, 18; 127:9, 13, 14; 129:2, 9; 130:2, 3, 5, 7, 9, 13; 137:9; 184:9, 16; 186:8; 195:4
streets 192:20
strictly 112:10
strike 45:9
string 16:4
stronger 194:21; 195:1
stuff 106:12; 207:3
subject 196:7; 197:16
subject's 187:18
submit 16:6; 123:6; 140:23
submitted 188:8
subscribed 211:20
subscriber 124:12
subsequently 172:22; 222:5
substance 11:2
substantiated 16:8
substation 146:20
substations 147:3, 6
succeeded 18:6
successful 63:6; 75:12; 118:13; 119:4
successfully 61:24
Sue 67:11
sufficient 54:5; 187:5
sufficiently 13:4
suggest 104:15; 134:21
suggested 188:22
suggesting 123:9, 10; 142:12; 157:10, 12; 207:22
suggestion 101:9; 189:16
suggests 184:3; 185:3
suits 141:21
Sullivan 8:9, 18; 9:1, 9; 49:5
sum 107:22
summary 67:24; 71:8;

23; 72:3, 5; 143:14
summer 66:8; 67:10; 129:9; 130:9, 13; 186:8; 196:13
supervisor 21:7; 64:19; 67:12; 82:1, 2, 12; 140:24; 158:12
supervisors 183:15
supplied 43:7, 7
support 86:5
supports 20:8
suppose 186:5; 209:16; 211:12
supposed 94:13; 97:2; 99:20, 21; 186:15; 212:20; 214:5
sure 10:4; 17:9; 18:11; 20:22; 25:2, 17, 18, 20; 39:9; 56:17; 58:18; 61:12; 72:6; 82:16; 85:10; 86:23; 88:7; 90:13; 95:11, 13; 97:16; 108:2, 10; 121:20; 123:11, 13; 125:14; 130:7; 138:5; 149:21; 160:11; 162:1; 163:9; 175:24, 24; 181:11, 13; 196:24; 197:3; 212:9; 213:1, 4; 216:24; 221:22
surprise 126:13
surrounding 77:12
suspended 173:5, 7; 174:1, 13; 175:5; 183:20
suspension 16:23; 70:22; 148:12, 19; 173:18; 174:19; 180:5; 212:12
suspicious 14:12
swallows 50:12; 98:8
switchboard 30:24; 31:1, 5; 32:3; 33:4; 79:19; 80:9, 10; 178:8; 179:12
switched 34:7
Sworn 20:18; 111:6; 138:7; 145:10; 181:19
synonomous 202:3
synonymous 202:7
system 32:6, 11, 16; 36:14; 61:13; 68:5; 73:22; 85:4, 9; 102:17; 114:21; 120:3, 3, 5; 139:2, 4, 10, 12, 14, 16, 19, 20; 140:1, 2, 3, 18; 141:4, 7; 144:24; 148:3; 161:13

**T**

T 65:11
table 12:23; 43:5; 163:11
talk 23:12; 43:18; 66:22; 68:16; 83:4, 8; 93:19; 95:17, 20; 97:13; 107:20; 134:15; 135:7; 162:2; 164:6; 196:6
talked 93:19; 95:19, 22, 24; 96:20; 100:24; 105:23; 116:15; 148:20; 149:22; 158:12; 164:8, 11, 12, 13;

Case 1:04-cv-11190-RCL   Document 27-10   Filed 01/10/2006   Page 10 of 12

Grievance: Termination of J. Rogers
Vol. 1, February 14, 2002

pp. 1-223

Arbitration between NSTAR and
Local 369, Utility Workers Union of America

175:9, 11; 214:10
talking 32:5; 36:13; 50:9; 57:1, 13; 82:22; 85:12; 99:4; 134:9; 144:23; 171:8, 10; 172:24
talks 163:12
tandem 7:20; 8:10
targeted 75:18
technology 35:8; 73:21; 200:18
telecommunications 32:14; 33:16, 24; 41:22; 42:10; 48:6; 49:12
telephone 11:21; 17:16, 18, 23; 22:8; 39:8; 70:6; 84:5, 22; 89:16; 95:16; 101:17; 105:15; 107:21, 21; 108:17, 21; 110:2; 112:18; 119:6, 19; 120:11, 19; 124:12; 130:17, 20; 132:9; 134:15; 160:15, 21; 176:21; 184:3, 15, 17; 188:2; 198:2; 203:11, 21; 204:2
telling 66:15; 100:2; 178:10; 180:9, 14; 213:3, 12
temporary 87:13
ten 31:12; 78:21; 80:12; 150:4; 186:13; 191:15
tend 7:20
terminate 147:8, 16, 17; 156:8
terminated 18:9; 180:8
Termination 1:9; 16:13, 21; 20:8; 30:12; 148:13; 212:13
terms 11:2
territories 146:5
testified 46:14; 72:1, 6; 74:13; 76:24; 78:16; 86:17; 87:10; 92:5, 6, 8, 23; 93:17; 176:13; 195:2; 200:3
testify 10:22; 11:5; 12:13, 17; 23:9; 24:7, 21; 45:21; 46:2; 86:15; 123:4, 8; 143:1; 156:2; 189:9; 195:11, 15; 200:15; 205:11, 13
testifying 150:9; 165:13
testimony 14:21; 15:22; 18:10; 20:11; 55:12; 77:10; 88:13, 17; 89:4; 101:16; 127:6; 155:15; 175:16; 176:14; 186:18; 187:20; 193:15; 200:9
tests 48:8
theft 112:10
therapy 75:24
thereabouts 103:10
thereafter 72:9
therefore 19:4
thinking 27:21; 28:2; 66:7; 83:12; 92:15; 99:2; 100:9; 173:1; 221:19

Third 14:1; 47:5, 7; 74:6, 17; 86:1; 219:22
thorough 106:20
though 13:6; 19:22; 30:4; 66:7; 76:4; 95:1; 100:16; 106:3; 162:17; 168:16; 189:21; 199:22; 202:14
thought 43:13, 14; 50:2; 57:3; 80:21; 83:20, 20, 24; 88:12; 102:20; 109:7, 12; 127:16; 196:18; 209:24; 218:18
thoughts 29:10
threat 108:19
threaten 108:18
threatening 164:9
three 13:17; 22:18; 35:20; 36:24; 37:9; 38:23; 40:12; 41:3; 53:20; 54:2, 6; 57:24; 70:10; 80:1; 85:24; 97:13, 21; 99:7; 100:4, 6, 18; 103:22; 107:11; 114:10
throughout 84:2
thrown 106:13
Thursday 1:21; 95:10; 96:6, 8, 9; 99:13, 16
thus 12:17
tied 68:5
till 146:3; 180:6; 221:7
times 38:18; 58:1; 76:5; 93:20; 100:6, 18; 125:17; 128:9, 10; 157:6; 177:9
title 37:16; 111:18; 145:19; 147:12
titles 37:12
today 12:11; 42:15; 77:13; 80:24; 81:4; 86:15; 88:17; 91:5, 10; 92:6, 8, 13; 101:3; 107:18; 109:5, 7; 133:14; 165:6; 193:14
together 70:15, 20, 24; 73:16; 90:6, 9; 95:14
told 30:6; 32:2; 35:6; 42:10; 47:18; 48:13; 52:8, 21; 53:8, 12, 19; 54:17; 59:10; 98:10; 102:12, 19; 104:6, 9, 11; 116:5, 16; 118:19, 20; 119:3, 11, 12, 24; 133:8; 136:21; 149:15; 151:19; 161:19, 22; 168:19; 177:8; 198:24; 199:4; 209:24; 210:13; 218:14, 21
tolerance 66:24; 152:24; 153:2, 7; 154:1, 10, 14; 155:24; 197:5, 9, 15
tolerate 163:1; 165:9
toll-free 32:18; 85:4
tomorrow 101:6
took 47:7; 49:12; 52:19; 57:17; 69:13; 75:2; 78:4, 7; 80:3; 82:17; 100:14; 126:2; 148:23; 149:5; 150:1, 23; 169:23; 172:18; 175:9; 206:16; 207:2; 208:24; 219:13
top 38:12; 79:9; 94:4;

128:20; 152:6; 219:22
total 57:24; 107:22
totally 29:3
touch 32:13; 52:22; 53:4; 56:10; 222:8, 11
towards 34:22; 35:20; 66:13; 130:5; 186:6; 197:16
trace 17:12; 18:7, 22; 20:3; 32:7, 12; 35:2; 49:8; 50:7; 53:13, 18; 54:5; 58:8, 17; 59:3; 60:2; 62:21; 63:6, 13; 73:23; 75:12; 85:19, 23; 87:1; 97:20; 98:5; 102:10; 103:15, 20; 104:22; 109:11, 23; 110:3; 114:11, 21, 24; 118:13; 119:3; 120:23; 133:5, 8; 134:8, 16; 149:8; 204:7
traceable 136:5
traced 11:18; 12:1, 4, 6, 16; 13:19; 14:4; 15:14; 16:2, 6, 20, 24; 17:7, 11; 61:24; 64:11; 75:7; 76:6; 103:23; 147:22; 148:9; 157:13; 199:21; 203:6, 11, 16
tracer 17:23
traces 54:2; 85:17
tracing 113:5; 118:2; 135:4
tracking 140:3
traffic 26:7; 46:11; 51:22; 191:16
trail 9:14; 74:14
training 68:21; 69:21
transcript 89:9
transformed 140:16
transmission 7:7
transpired 17:21
travel 144:1
Treats 163:20
tried 18:5; 30:9, 20, 20; 37:1; 46:7, 10; 62:23; 135:11
trigger 198:11
Trombly 1:15; 152:8, 11; 168:19; 222:9
troubled 175:15
troubleman 182:22
troublemen 67:14; 182:22, 23
truck 209:18; 210:10, 14, 22
true 86:3; 91:14, 14; 94:15; 107:23; 108:15, 18, 23; 132:10; 133:14, 16; 166:22; 168:9, 13; 180:19, 22; 184:8; 219:11
truly 100:17
truncated 32:11, 16; 34:14; 47:19; 48:5; 49:9; 85:4
try 36:2, 3; 37:10, 12; 43:2; 46:19; 51:13; 84:21; 133:15; 134:14, 18, 23;

159:1; 177:3; 221:6
trying 23:15, 15; 29:10; 40:4, 24; 80:21; 81:8; 109:14
Ts 40:6
tucked 28:7
turn 105:5
turned 46:23; 101:17, 23; 130:13; 148:13
TV 26:7; 51:22; 209:20
twenty 214:19
twice 30:22; 98:23
two 8:7; 13:13; 33:10; 34:5; 37:20, 24; 40:6, 15; 43:6; 49:14; 55:14, 16; 60:23; 62:6; 70:10; 75:4; 82:4; 83:5; 86:2; 100:13; 103:11; 127:24; 128:4; 129:21; 137:17; 143:18; 156:20; 167:1; 171:7; 185:17, 20; 190:22; 191:10, 11; 192:14; 215:10
two-page 160:1
type 12:10; 15:6; 120:12; 211:7
types 69:13
typically 140:21; 182:18; 183:2

**U**

ultimate 212:22
ultimately 18:6; 23:15; 81:12; 82:2
Um-hm 8:4; 27:18, 19; 38:14; 52:12; 55:19; 56:2; 65:21, 22; 74:19; 78:22; 79:8; 94:7; 127:17; 128:24; 143:16; 191:22; 204:1; 206:19; 207:19; 208:5, 21; 209:21; 211:5
umbrella 36:23, 24
un-private 132:11
unable 14:2
uncle 180:16
uncomfortable 28:20; 29:3
under 6:11; 28:7; 36:23; 38:15; 59:5, 19; 64:6; 102:14; 125:14; 163:12; 169:23; 191:15; 194:4; 212:4; 217:20, 24
undercut 14:7
underground 182:15, 16
underneath 62:8
understands 36:12
understood 23:22; 39:16; 82:11; 87:1; 175:24
unfolds 15:23
unfortunately 73:11
unhappy 82:10
UNION 1:6, 15; 7:21; 16:14; 36:10; 38:11; 43:1; 126:12; 130:18; 131:8;

132:11; 146:24; 161:1, 20; 165:17; 166:20; 170:7; 171:23, 24; 172:1, 16, 17, 22, 23; 173:8, 10; 174:9, 11, 16; 177:15; 181:15; 187:16, 24; 188:18; 203:20
unlawful 166:10
unless 6:14; 209:16
unlisted 199:13; 201:11, 15, 17, 19
unnatural 30:3
unpublish 202:13
unpublished 202:10, 11, 22; 203:3, 10
unreasonable 15:2
unrelated 83:16
unusual 104:14, 16
up 17:18, 21, 23; 18:21; 21:23; 29:5, 8, 12; 31:4, 23; 32:21, 24; 33:3, 23; 34:11, 13; 36:3; 40:1, 12, 17; 41:7; 42:9; 43:3, 11, 24; 44:4; 46:24; 47:11; 48:10, 11; 51:13, 21, 24; 52:5; 55:22; 59:12, 14, 16, 16; 60:2; 61:21, 22; 62:4, 4, 7, 12, 15, 22; 63:20, 21; 75:24; 81:11; 83:5, 6; 86:23; 94:4; 99:23; 100:10; 101:17, 23; 104:3; 105:5; 107:1, 15; 112:2; 120:10; 146:3; 147:2; 148:11; 149:16; 150:5; 152:6; 182:3; 186:17; 200:23; 201:1, 6, 13; 203:23; 209:17, 18; 210:9; 213:18; 214:8; 215:12; 218:23
upcoming 70:22
update 64:22
upper 129:21
upset 17:9; 41:20; 107:10; 115:21
upsetting 29:17; 48:14
upstairs 30:5
urinated 214:10
use 10:5; 70:13; 88:16; 109:14; 199:1; 211:3, 10
used 38:7; 85:9; 120:4; 150:14, 21; 175:1; 199:4; 200:2; 210:19
using 161:14; 199:5
usual 27:1; 40:19; 46:22; 105:2
usually 66:6
UTILITY 1:6; 7:6; 146:24
utterances 41:18
uttered 108:3, 7
UWUA 35:23

**V**

vacant 34:5
vacation 52:2; 66:14;

Case 1:04-cv-11190-RCL   Document 27-10   Filed 01/10/2006   Page 11 of 12

Arbitration between NSTAR and
Local 369, Utility Workers Union of America
pp. 1-223
Grievance: Termination of J. Rogers
Vol. 1, February 14, 2002

144:4; 157:4
variety 88:3
various 21:22; 71:21; 125:17
verbal 45:1; 108:19
verifying 120:17
Verizon 49:13; 56:13; 61:23; 62:15; 63:5; 115:5; 118:10, 11, 13, 19; 119:1; 120:24; 121:23; 122:19; 123:1, 14, 14; 135:24
versa 202:4
version 77:6; 92:5, 5
via 115:15
vice 202:3
victim 10:22; 16:19; 17:4; 20:5; 165:21
view 18:1; 20:1; 167:8
Vineyard 21:7, 12, 20
violated 162:7, 18; 163:6, 16, 18; 164:19; 165:3
violations 155:4
violence 66:16; 67:1; 153:3; 155:18; 162:11; 196:7; 197:10
visibly 117:23
visit 208:23
voice 27:2; 28:24; 34:1; 44:5; 47:12; 49:13, 20; 52:2; 56:10; 73:18; 85:1; 113:16, 22; 114:18, 19; 133:19, 20, 22
Voir 121:20, 21
Volume 1:1; 49:17; 51:14, 15, 21; 101:17, 23; 102:1; 105:4, 5

**W**

wait 17:19; 50:8, 11; 62:24, 24; 88:9; 98:6; 214:24; 221:7
waited 17:20; 186:16; 213:13; 214:16, 19; 215:7
waiting 39:18; 94:16, 22; 96:3
waive 6:7; 10:9
waived 6:11, 14, 19
waiving 10:11
walked 29:14
Wanda 12:22; 138:7, 10; 148:1
wants 142:6; 168:1; 176:4
Wareham 22:17, 20; 25:12; 26:23; 31:5; 32:11, 23; 34:11; 38:23; 52:16; 53:2, 7, 7, 10; 55:20; 84:7; 92:20; 93:10, 15; 94:13; 113:7, 15; 114:4; 115:18, 22; 116:1, 2, 8, 10, 22; 117:3, 19; 120:22, 24; 121:2; 130:18; 132:10; 134:19, 20; 139:9; 151:10; 159:15; 177:20; 178:2, 17;

186:7
warning 16:22
warnings 183:23
water 48:21; 49:1
way 7:17, 21; 9:12; 21:23; 24:10; 30:1; 32:2, 7, 8; 34:7; 35:3; 43:23; 48:12; 49:9; 112:12; 142:13; 165:22; 166:14; 187:24; 210:19; 215:13, 17; 216:17, 22
weather 65:1, 15; 207:10; 208:2; 209:9
web 14:10; 56:13; 115:5
Wednesday 96:14, 15
wee 143:9
week 94:14; 96:2; 98:24; 99:10; 221:21
weekend 44:18; 221:18, 19
weeks 18:14; 40:6; 49:15; 70:10; 103:12; 128:4; 146:3; 175:10; 221:6
weren't 47:13; 66:19; 93:6; 102:22; 109:9, 20; 197:7
west 129:6, 6; 185:18
Westwood 113:17
what's 21:5, 13; 29:16, 19; 31:23; 63:15; 111:18; 112:24; 129:10; 138:15; 145:19; 146:17; 147:12; 197:6, 8; 221:17
Whenever 111:3
whereabouts 14:3; 150:24; 218:8
wherever 84:10; 217:1
whichever 19:7; 187:4
whisper 27:3, 10; 28:10, 13, 14; 29:7
whispered 27:20, 22; 28:4; 91:20
whispering 25:15; 27:7; 28:3, 19; 40:23; 41:17; 80:23; 89:19; 91:13
white 64:15, 15
Whitney 10:21; 12:13; 13:1, 6; 15:11; 16:19; 17:9, 13; 18:3; 20:18, 21; 21:3; 27:1; 30:23; 31:7; 40:20; 44:24; 49:23; 61:10; 69:19; 73:13; 75:14; 76:22; 78:15; 79:13; 112:18; 113:6, 18, 24; 114:3, 6, 14; 117:17, 22; 119:23; 125:12; 131:21; 132:12; 134:9; 148:24; 162:11; 188:23; 189:8; 195:19, 24; 196:20; 200:3
Whitney's 15:10; 124:6; 130:20; 160:18; 184:17
Who's 21:3; 27:23; 28:4, 24; 68:10; 111:15; 123:4; 138:13
whole 32:2; 48:4; 66:23; 72:22; 80:3; 84:3; 85:4;

86:11; 100:3; 163:3
Whose 17:19
wide 88:2
wife 150:11, 11
Williams 42:16
windy 207:16
wire 176:21
wires 204:3, 7, 17; 209:13; 210:11
within 34:10; 42:3; 49:14; 70:9; 82:24; 99:9; 103:11; 111:1
without 31:9; 59:13; 104:22; 170:7; 171:24; 172:21; 173:23
witness 14:13, 19; 20:21; 23:9, 19; 24:10; 25:3; 27:11, 18; 38:5; 39:22; 48:24; 54:10; 56:7, 19, 23; 57:4; 65:8; 67:23; 69:12; 71:8, 23; 72:13; 74:4, 20; 76:12, 14; 79:6; 85:21; 87:24; 89:7; 92:12; 99:22; 105:16; 108:14; 110:6, 10, 16; 111:9; 115:7; 121:6; 122:14; 124:2; 126:4, 23; 128:12; 130:23; 136:17, 20, 23; 137:3, 8; 138:2, 10; 142:24; 143:1; 144:18; 145:6, 8, 13; 152:1; 155:20; 160:5, 6, 16, 17; 162:22; 163:10, 24; 164:4, 8, 20, 24; 165:2; 166:2, 11; 167:24; 168:14; 169:4; 170:4, 9, 13; 172:12, 14, 18; 173:1, 5, 10, 14, 20, 24; 174:4, 10, 14, 17, 21; 176:19; 178:15; 179:18; 181:5, 22; 185:15; 187:10; 191:23; 192:6; 198:5; 202:20; 207:21; 217:11, 15, 21; 218:3; 220:18
witnessed 25:9
witnesses 16:11; 110:18
WMIS 148:2, 4; 157:2
woman 180:20
woman's 83:21
wonder 83:15
wondering 104:16; 133:14
word 108:3; 128:18
words 25:15, 23; 27:13; 28:13, 19; 33:6; 40:24; 91:8
work 10:24; 11:16; 13:3, 4, 7, 18, 22; 16:3, 5; 19:4, 6, 9, 16; 22:1, 14; 36:3, 5; 6; 37:1, 6, 8; 43:1, 8; 48:16, 17; 67:24; 68:5, 5; 70:23; 82:8; 83:17; 99:2; 127:8; 137:17; 139:1, 3, 8, 16, 18, 20; 140:2, 3, 11, 16, 17, 20; 141:3, 6; 143:12, 18, 20; 144:23; 148:3; 149:10; 164:3, 11; 182:18, 22, 23, 23; 183:1, 2; 184:19, 23; 185:8; 191:4; 195:13; 199:16, 17;

204:20; 206:24; 210:13, 17, 19; 212:16; 213:20; 215:11; 218:9, 14; 222:1
workable 37:13
workday 13:5, 9; 144:6, 8; 185:3
worked 21:15; 48:5; 84:5; 85:1; 109:4; 120:13; 131:6; 138:22; 139:8; 143:5; 150:2
Worker 1:9; 13:11
WORKERS 1:6; 146:24; 196:7, 9
working 21:23; 22:10; 143:9; 157:5, 17, 20; 158:9, 16, 21; 182:21; 183:3, 10
workplace 66:16; 67:1; 152:24; 153:3; 154:14; 155:18; 162:11; 196:8
works 52:11; 69:19; 177:16; 199:19; 205:8; 211:3
world 19:10
worried 75:20
worth 71:24
write 33:21; 69:4; 70:5; 72:2; 83:5; 105:2; 106:5; 124:24; 125:4
writing 83:22; 105:17
written 48:6; 69:5; 71:23; 106:13; 107:4; 183:23
wrong 43:16; 212:6
wrote 26:18; 77:14; 80:16; 94:15; 106:8; 178:22; 179:3

**Y**

yard 206:18
Yarmouth 22:24
year 11:8; 15:17; 21:20; 35:20; 64:21; 90:16; 91:3; 112:17; 139:18; 168:10; 182:3; 183:4
years 21:15; 64:5; 82:22; 138:23, 24; 152:23; 175:13; 180:11, 15; 182:9; 194:9; 197:14

**Z**

zero 152:24; 153:2, 6, 24; 154:10, 14; 155:24; 197:5, 9, 15

Rogers 0073

**Lawyer's Notes**

Rogers 0074