Apr-19-2001 02:07pm  From-NSTAR OPERATIONS PLYMOUTH  5507  T-072  P 002/002  F-311

Co. Ex. 5

## Commonwealth Electric Company
### CCM Electric — DAILY WORK SUMMARY

WORK DATE: 7-31-00

| CREW | TRUCK | INITIALS | Start | Stop | Pay Code | Upgd Code | Add On | Start | Stop | Pay Code | Upgd Code | Add On | Start | Stop | Pay Code | Upgd Code | Add On | Total Hours | Check for Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2506555 | GEM | JAR (circled) | 0730/1530 | | | | | | | | | | | | | | | | |

| Time Start | Time Stop | VAR Code | WR WO FN | Number/Tab | Area | Work Location |
|---|---|---|---|---|---|---|
| 0730 | 1000 | V02 | FN | 1020 | Bridgeman Rd | Plymouth |
| 1000 | 1215 | V45TC | # | 0043 | | |
| 1215 | 1530 | V03 | FN | 1029 | | |

| Time Start | Time Stop | VAR Code | WR WO FN | Number/Tab | Area | Work Location |
|---|---|---|---|---|---|---|

Kati Crosby #1020
Job Training

PREPARED BY: B. Mascagni
APPROVED BY: [signature]

REPORT TIME TO NEAREST 15 MINUTES (:00, :15, :30, :45)

Rogers 0189