```
------------------------------------------X
                                           :
IN THE MATTER OF THE ARBITRATION           :
                                           :
            between                        :
                                           :
LOCAL 369 UTILITY WORKERS UNION OF         :
AMERICA, AFL-CIO                           :
                                           :     AWARD
            -and-                          :
                                           :
NSTAR ELECTRIC & GAS COMPANY               :
                                           :
------------------------------------------X
```

In accordance with the arbitration provisions of the collective bargaining agreement between the above-named Union and Company, a tripartite Board of Arbitration was appointed to hear and decide the following stipulated issue:

> Did the Company have just cause to discharge JAMES ROGERS on or about May 18, 2001? If not, what shall be the remedy?

Eric J. Schmertz was named as the Chairman of the Board of Arbitration. Ms. Lisa Amber and Mr. Phillip Trombly served respectively as the Company and Union designees to the Board of Arbitration.

A hearing was held in Dedham, Massachusetts on February 14, 2002 at which time Mr. Rogers and representatives of the Union and Company appeared. All concerned were afforded full opportunity to offer evidence and argument and to examine and cross-examine witnesses. The Oath of the Arbitrators was waived. A stenographic record of the proceedings was taken and the parties filed post-hearing briefs.

The Board of Arbitration met in executive session and deliberated on May 10, 2002.

Having duly considered the proofs and allegations of the Company and the Union, a majority of the Board of Arbitration makes the following AWARD:

> There was just cause for the discharge of JAMES ROGERS.

*[signature]*
Eric J. Schmertz, Chairman

*[signature]* 6/24/02
Lisa Amber, Concurring

*[signature]*
Phillip A. Trombly,
Dissenting

DATED:   June 22, 2002

STATE OF NEW YORK   )
                    ss:
COUNTY OF NEW YORK  )

I, Eric J. Schmertz do hereby affirm upon my Oath as Chairman that I am the individual described in and who executed this instrument, which is my
AWARD.

*[signature]*

NOTE FROM THE CHAIRMAN

    As the parties well know, as a matter of law, an Opinion in explanation of an Award is not required. In most cases, an Opinion provides useful guidelines for contract interpretation and future application and/or an analysis of the evidence and reasoning in support of the Award.

    However, there are rare times when, with the issue fully and finally decided by an Award, an Opinion is unnecessary, inappropriate or even counter-productive. I deem this case to be one of those.

    The Chairman <u>has</u> written an Opinion which he chooses not to issue, unless asked to do so by the Union or by both parties by mutual request.

                                          Respectfully,

                                          Eric J. Schmertz
                                          Chairman