UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
JAMES A. ROGERS,                     *
                                     *
           Plaintiff,                *
                                     *
v.                                   *      Civil Action No. 04-11190-RCL
                                     *
NSTAR ELECTRIC AND GAS               *
CORPORATION and KIMBERLY             *
WHITNEY,                             *
                                     *
           Defendants                *
*************************************
```

### MOTION OF DEFENDANT KIMBERLY WHITNEY
### TO STAY DISCOVERY AND FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Defendant Kimberly Whitney ("Ms. Whitney") moves to stay discovery in this action pending resolution of her Motion for Summary Judgment, filed on January 10, 2006. Ms. Whitney further moves for a protective order to quash two (2) depositions noticed for January 31, 2006 and February 2, 2006. The grounds for this motion, as set forth in the supporting memorandum of law, are that discovery is irrelevant to the issues raised by Ms. Whitney's Motion for Summary Judgment.

### CERTIFICATE OF COMPLIANCE
### WITH LOCAL RULE 37.1

The undersigned counsel for Ms. Whitney hereby certifies that the provisions of Local Rule 37.1 have been complied with in conjunction with filing this motion. Further details regarding compliance with this rule are set forth in the supporting memorandum.

/s/ Robert P. Morris
Robert P. Morris

        Respectfully submitted,

        KIMBERLY WHITNEY,

        By her Attorneys,

        MORGAN, BROWN & JOY, LLP
        200 State Street, 11th Floor
        Boston, MA 02109-2605
        (617) 523-6666

        By: /s/Robert P. Morris
            Keith H. McCown
            B.B.O. #329980
            Robert P. Morris
            B.B.O. #546052

Dated:   January 11, 2006

## **CERTIFICATE OF SERVICE**

      I, Robert P. Morris, certify that on January 11, 2006, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

        s/Robert P. Morris
        Robert P. Morris