UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES A. ROGERS )
    Plaintiff, )
)
v. ) Civil Action No. 04-11190-RCL
)
KIMBERLY WHITNEY )
    Defendants. )

## NOTICE OF TAKING DEPOSITION

TO:    Robert P. Morris, Esq.
         Morgan, Brown & Joy, LLP
         One Boston Place
         Boston MA 02108-4472
         (617) 523-6666

Greetings:

Please take notice that at 1:30 p.m. on February 2, 2006, at the offices of Joseph R. Gallitano, 34 Main Street Extension, Suite 202, Plymouth, MA, the plaintiff, James A. Rogers, by his attorney will take the deposition upon oral examination of **Betty Clark**, pursuant to applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross examine.

                                              Joseph R. Gallitano
                                              Attorney for the Plaintiff
                                              34 Main Street Ext., Suite 202
                                              Plymouth, MA 02360
                                              (508) 746-1500
Dated: January 10, 2006                             BBO 183700