UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES A. ROGERS<br>    Plaintiff,<br><br>v.<br><br>KIMBERLY WHITNEY<br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 04-11190-RCL<br>)<br>)<br>) |

### NOTICE OF TAKING DEPOSITION

TO:  Robert P. Morris, Esq.
      Morgan, Brown & Joy, LLP
      One Boston Place
      Boston MA 02108-4472
      (617) 523-6666

Greetings:

Please take notice that at 1:00 p.m. on January 31, 2006, at the offices of Joseph R. Gallitano, 34 Main Street Extension, Suite 202, Plymouth, MA, the plaintiff, James A. Rogers, by his attorney will take the deposition upon oral examination of **The Plaintiff, Kimberly Whitney,** pursuant to applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross examine.

*/s/ Joseph R. Gallitano*
Joseph R. Gallitano
Attorney for the Plaintiff
34 Main Street Ext., Suite 202
Plymouth, MA 02360
(508) 746-1500
BBO 183700

Dated: January 10, 2006