UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES A. ROGERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11190-RCL |
| ) | |
| NSTAR ELECTRIC and ) | |
| KIMBERLY WHITNEY ) | |
| ) | |
| Defendants. ) | |

**ASSENTED MOTION TO EXTEND TIME FOR
PLAINTIFF TO FILE OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, James A. Rogers, moves this Honorable Court to extend the time in which to respond to the Defendants' Motion for Summary Judgment filed on January 10, 2006. The Plaintiff requests that he have until February 10, 2006, to file his opposition to the Motion for Summary Judgment.

As grounds therefore, the Plaintiff states as follows:

1. The Plaintiff filed this action on or about May 17, 2004. Since the filing of the Complaint on May 12. 2004 the Defendants have removed the case from the Plymouth Superior Court to the United States District Court. On June 9, 2004 the Defendants then filed their Motion to Dismiss. A decision on the Defendants' Motion to Dismiss was made on September 23, 2005.

2. An Answer to the Complaint was filed by the Defendant, Whitney on September 30, 2005.

3. On November 16, 2005, the Scheduling Conference was held.

4. On January 10, 2006, the Defendant filed a Motion for Summary Judgment. As a result of counsel for the Plaintiff's schedule, additional time is needed to file a response. The Plaintiff is confident that he can file his Opposition by February 10, 2006.

5. The Defendant assents to this motion.

6. Neither parties nor the Court will suffer any prejudice by this brief extension of time.

WHEREFORE, the Plaintiff respectfully requests that the Court allow the Plaintiff an extension of time up to and including February 10, 2006 to file his Opposition to the Defendants' Motion for Summary Judgment.

Dated: January 19, 2006                    RESPECTFULLY SUBMITTED,

James Rogers
By His Attorney,


/s/ *Joseph R. Gallitano*
Joseph R. Gallitano
Gallitano & Associates
34 Main Street Ext. Suite 202
Plymouth, MA  02360
(508) 746-1500
BBO # 183700

ASSENTED TO:


/s/ *Robert P. Morris*
Robert P. Morris, Esq.
Morgan, Brown & Joy, LLP
One Boston Place
Boston MA  02108-4472
(617) 523-6666
BBO # 546052

## CERTIFICATION UNDER L. R. 7.1

I, Joseph R. Gallitano, Attorney for the Plaintiff, do hereby state that I spoke with Robert P. Morris, attorney for he Defendant and he has assented to this Motion for Extension of Time.

/s/ *Joseph R. Gallitano*
Joseph R. Gallitano, Esq.

## CERTIFICATE OF SERVICE

I, Joseph R. Gallitano, hereby certify that I have served a copy of the within Motion upon all counsel of record this 19th day of January, 2006.

/s/ *Joseph R. Gallitano*
Joseph R. Gallitano