UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES A. ROGERS )<br>     Plaintiff, )<br>)<br>v. )<br>)<br>KIMBERLY WHITNEY )<br>     Defendants. ) | Civil Action No. 04-11190-RCL |

**ASSENTED SECOND MOTION TO EXTEND TIME FOR
PLAINTIFF TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, James A. Rogers, moves this Honorable Court to extend the time in which to respond to the Defendant's Motion for Summary Judgment filed on January 10, 2006. The Plaintiff previously requested an extension until February 10, 2006, which was assented to and allowed by the Court on January 23, 2006 to file his opposition to the Motion for Summary Judgment. The Plaintiff needs an additional extension of time, which has been assented to by the Defendant until February 17, 2006.

As grounds therefore, the Plaintiff states as follows:

1. The Plaintiff filed this action on or about May 17, 2004. Since the filing of the Complaint on May 12. 2004 the Defendants have removed the case from the Plymouth Superior Court to the United States District Court. On June 9, 2004 the Defendants then filed their Motion to Dismiss. A decision on the Defendants' Motion to Dismiss was made on September 23, 2005.

2. An Answer to the Complaint was filed by the Defendant, Whitney on September 30, 2005.

3. On November 16, 2005, the Scheduling Conference was held.

1

4. On January 10, 2006, the Defendant filed a Motion for Summary Judgment. As a result of counsel for the Plaintiff's schedule, additional time is needed to file a response. The Plaintiff is confident that he can file his Opposition by February 17, 2006.

5. The Defendant assents to this motion.

6. Neither parties nor the Court will suffer any prejudice by this brief extension of time.

WHEREFORE, the Plaintiff respectfully requests that the Court allow the Plaintiff an extension of time up to and including February 17, 2006 to file his Opposition to the Defendants' Motion for Summary Judgment.

Dated:  February 6, 2006              RESPECTFULLY SUBMITTED,

                                      James Rogers
                                      By His Attorney,


                                      /s/ *Joseph R. Gallitano*
                                      Joseph R. Gallitano
                                      Gallitano & Associates
                                      34 Main Street Ext. Suite 202
                                      Plymouth, MA  02360
                                      (508) 746-1500
                                      BBO # 183700

ASSENTED TO:


/s/ *Robert P. Morris*
Robert P. Morris, Esq.
Morgan, Brown & Joy, LLP
One Boston Place
Boston MA  02108-4472
(617) 523-6666
BBO # 546052

3

## CERTIFICATION UNDER L. R. 7.1

I, Joseph R. Gallitano, Attorney for the Plaintiff, do hereby state that I spoke with Robert P. Morris, attorney for he Defendant and he has assented to this Second Motion for Extension of Time.

/s/ *Joseph R. Gallitano*
Joseph R. Gallitano, Esq.

## CERTIFICATE OF SERVICE

I, Joseph R. Gallitano, hereby certify that I have served a copy of the within Motion upon all counsel of record this 6th day of February, 2006.

/s/ *Joseph R. Gallitano*
Joseph R. Gallitano