UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES A. ROGERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KIMBERLY WHITNEY )<br>)<br>Defendant. ) | Civil Action No. 04-11190-RCL |

PLAINTIFF'S ASSENT TO
DEFENDANT'S MOTION TO STAY DISCOVERY

The Plaintiff, James A. Rogers, hereby assents to the Defendant's Motion to Stay

Discovery and for a Protective Order filed on January 11, 2006.

  /s/ *Joseph R. Gallitano*
Joseph R. Gallitano
Attorney for the Plaintiff
34 Main Street Ext., Suite 202
Plymouth, MA  02360
(508) 746-1500

Dated:  February 6, 2006                                    BBO 183700

CERTIFICATION UNDER L. R. 7.1

I, Joseph R. Gallitano, Attorney for the Plaintiff, do hereby state that I spoke with

Robert P. Morris, attorney for the Defendant and notified him that I am filing my assent

to the Defendant's Motion to Stay Discovery and for Protective Order.

/s/ *Joseph R. Gallitano*
Joseph R. Gallitano, Esq.

2

**CERTIFICATE OF SERVICE**

    I, Joseph R. Gallitano, hereby certify that I have served a copy of the within Motion upon all counsel of record this 6th day of February, 2006.


                                                /s/ *Joseph R. Gallitano*
                                                *Joseph R. Gallitano*