UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES A. ROGERS ) <br>     Plaintiff, ) <br> ) <br> v. )   C.A. No. 11190-RCL <br> ) <br> KIMBERLY WHITNEY ) <br>     Defendants. ) | |

## MOTION TO RESERVE RULING ON AND CONTINUE SUMMARY JUDGMENT UNDER RULE 56(F)

The Defendant, Kimberly Whitney, (hereinafter "Defendant"), has filed a Motion for Summary Judgment in the above-entitled matter. The Plaintiff, James A. Rogers, (hereinafter "Plaintiff") moves that the Court reserve ruling on and continue the Defendant's Motion for Summary Judgment until the depositions of Kimberly Whitney and Betty Clark have been completed and the transcripts of these depositions are available for submission to the Court. In support of this motion the Plaintiff says that he believes that the depositions of these witnesses are likely to show that a dispute of material facts exists, which will preclude summary judgment.

Dated: February 17, 2006                     RESPECTFULLY SUBMITTED,

                                                    James Rogers
                                                  By His Attorney,


                                                  /s/ *Joseph R. Gallitano*
                                                  Joseph R. Gallitano
                                                  Gallitano & Associates
                                                  34 Main Street Ext. Suite 202
                                                  Plymouth, MA  02360
                                                  (508) 746-1500
                                                  BBO # 183700

2

## CERTIFICATION UNDER L. R. 7.1

I, Joseph R. Gallitano, Attorney for the Plaintiff, do hereby state that I spoke with Robert P. Morris, attorney for the Defendant and he does not assent to the within Motion.

/s/ *Joseph R. Gallitano*
Joseph R. Gallitano, Esq.

## CERTIFICATE OF SERVICE

I, Joseph R. Gallitano, hereby certify that I have served a copy of the within Motion upon all counsel of record this 17th day of February, 2006.

/s/ *Joseph R. Gallitano*
*Joseph R. Gallitano*