UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JAMES A. ROGERS,                         \*
                                         \*
         Plaintiff,                      \*
                                         \*
v.                                       \*    Civil Action No. 04-11190-RCL
                                         \*
NSTAR ELECTRIC AND GAS                   \*
CORPORATION and KIMBERLY                 \*
WHITNEY,                                 \*
                                         \*
         Defendants                      \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
SUPPLEMENT APPENDIX IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(B)(3), Defendant Kimberly Whitney ("Defendant") seeks leave to supplement the Appendix in support of her Motion for Summary Judgment ("Appendix"), and in opposition to Plaintiff's Motion Under Fed. R. Civ. P. 56(f). The grounds for this motion are that the supplementation to the Appendix contains four (4) exhibits, all of which were produced to Plaintiff as part of Defendant's Automatic Disclosures.[1] The need for these documents only became apparent after February 17, 2006, when Plaintiff served his response to Defendant's Motion for Summary Judgment, and related motion under Rule 56(f).

Counsel for the Plaintiff has been informed of this motion and has represented that he does not oppose the motion.

---

[1] The four (4) exhibits are: (1) Notice (Union Exhibit 1 to Arbitration), dated 5/14/01; (2) Letter of James M. McGuire, Jr. to Gary Sullivan, re: James A. Rogers (Joint Exhibit 4B to Arbitration), dated 4/25/01; (3) e-mail communications, Kimberly Whitney and Nicholas Gianturco (Company Exhibit 7 to Arbitration), dated 1/2/01, 2/1/01; and (4) e-mail communications, Kimberly Whitney and Nicholas Gianturco (Company Exhibit 8 to Arbitration), dated 2/6/01, 2//7/01.

The Supplemental Appendix is submitted herewith.

**CERTIFICATION PURSUANT TO RULE 7.1(A)(2)**

Pursuant to Local 7.1(A)(2), the undersigned counsel for Defendant certifies that he has conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues raised by the instant motion.

/s/Robert P. Morris
Robert P. Morris


Respectfully submitted,

KIMBERLY WHITNEY,

By her Attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

By:   /s/Robert P. Morris
      Keith H. McCown
      B.B.O. #329980
      Robert P. Morris
      B.B.O. #546052

Dated:  March 2, 2006

**CERTIFICATE OF SERVICE**

I, Robert P. Morris, certify that on March 2, 2006, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

s/Robert P. Morris
Robert P. Morris

2