UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JAMES A. ROGERS,                    \*
                                    \*
            Plaintiff               \*
v.                                  \*
                                    \*   Civil Action No. 04-11190-RCL
NSTAR ELECTRIC and                  \*
KIMBERLY WHITNEY,                   \*
                                    \*
            Defendants.             \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUPPLEMENTAL APPENDIX TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT KIMBERLY WHITNEY

                                          Keith H. McCown
                                          B.B.O. #329980
                                          Robert P. Morris
                                          B.B.O. #546052
                                          MORGAN, BROWN & JOY, LLP
                                          200 State Street, 11th Floor
                                          Boston, MA 02109-2605
                                          (617) 523-6666

Dated: March 2, 2006

| Number | Description | Date |
|--------|-------------|------|
| 1. | Notice (Union Exhibit 1 to Arbitration) | 5/14/01 |
| 2. | Letter of James M. McGuire, Jr. to Gary Sullivan, re: James A. Rogers (Joint Exhibit 4B to Arbitration) | 4/25/01 |
| 3. | E-mail communications, Kimberly Whitney and Nicholas Gianturco (Company Exhibit 7 to Arbitration) | 1/2/01, 2/1/01 |
| 4. | E-mail communications, Kimberly Whitney and Nicholas Gianturco (Company Exhibit 8 to Arbitration) | 2/6/01, 2/7/01 |