U. Ex. 1



# Trial Court of the Commonwealth

**ROSEMARY B. MINEHAN**
First Justice

Wareham Division
District Court Department
Cranberry Highway
West Wareham, Massachusetts 02576
Tel: (508) 295-8300

**PAUL F. WALSH**
Clerk Magistrate

**DARYL G. MANCHESTER**
1st Asst. Clerk

**DAVID M. NOBREGA**
Asst. Clerk

**PAUL F. NOVAK**
Asst. Clerk

**ANN M. McCORMICK**
Asst. Clerk

Date __5/14/01__

NOTICE TO: __James Rogers__

__234 Sandwich Street__

__Plymouth, MA 02360__

SUBJECT: __Show Cause Hearing__

CASE # _____

COMMONWEALTH VS. __Wareham Police vs: James Rogers__

YOU ARE HEREBY NOTIFIED

Please be advised that the above-captioned matter has been dismissed.

Thank you.

*Paul F. Walsh*
Clerk Magistrate

Rogers 0288