**NSTAR**
ELECTRIC
GAS

2421 Cranberry Highway, Wareham, Massachusetts 02571-1091

April 25, 2001

Mr. Gary Sullivan, Secretary – Treasure
Production & Maintenance Workers Local 369
Utility Workers Union of America, AFL-CIO
120 Bay State Drive
Braintree, Ma 02184

Dear Mr. Sullivan:                                    RE: James A. Rogers # 7962

A hearing on the April 3, 2001 suspension of the above-named employee for placing threatening and harassing phone calls to a fellow employee was held on April 23, 2001 at the Plymouth Service Center. Mr. Rogers was present and represented by Business Agent P. Trombly and Executive Board Member C. Horn. Company representatives were D. Dorant and the undersigned.

At the outset of the hearing, the charge against Mr. Rogers was amended to include creating a hostile work environment.

As a result of this hearing, I find the suspension justified and will remain in effect until close of Business on May 18, 2001 at which time it will be converted to a terminations.

Very truly yours,

✓ Cc: M. Gracie
     Personnel folder

James M. McGuire, Jr.
Labor Relations Consultant

Rogers 0174