Co. Ex. 7

## Gianturco, Nicholas

**From:** Whitney, Kimberly
**Sent:** Tuesday, January 02, 2001 2:31 PM
**To:** Gianturco, Nicholas

Hi Nick,
Just thought I'd let you know I just received another obscene phone call (2:05 p.m.). Same guy...same everything. I called the switchboard right after it came through, but the call didn't come through the PBX operator this time; it came in through the Call Center.

I called Paula Kingsbury in the Call Center to see if there was still a tracking system for incoming calls (they used to use it to measure the amount of time the Rep's spent on each call); but no luck. It's no longer in use. Paula's calling MaryLou Segreve to see if she knows another way the call can be traced coming through the Call Center, but didn't hold much hope for it.

Nick, what can I do about this guy? I'm starting to get as angry as I am scared at this point. I received another one 2 weeks before Christmas, but didn't bother reporting it because I had someone in my office and by the time they left I realized I hadn't recorded the time it came in. The guy's probably harmless, but my money says anyone who does this isn't "right" upstairs and who knows what else they'll do.

Kim

Rogers 0209