**Whitney, Kimberly**

From: Gianturco, Nicholas
Sent: Wednesday, February 07, 2001 3:36 PM
To: Whitney, Kimberly
Subject: RE: Phone Call

Please call me at 781-441-8538 after 500PM tonight (I'll be here till 700PM) and we can talk.
    Thanks/Nick

-----Original Message-----
From: Whitney, Kimberly
Sent: Wednesday, February 07, 2001 8:31 AM
To: Gianturco, Nicholas
Cc: Murphy, JoAnn
Subject: RE: Phone Call

Nick,
I need to know if there's any particular way that I should be handling these calls with this guy. Up to now, I've been keeping the guy on the line until I'm sure that it's him. If I've got to go through this 3 more times now, I just want to be sure that I'm not doing something that's going to "disqualify" any of these calls from a legal standpoint.

I was supposed to hear from Gil Cabral from the Wareham PD this week and have heard nothing yet. If the "3-call minimum" is what they want in order to pursue this guy, I want to know what their thoughts are on how to handle to calls while I've got the guy on the line. It really bothered me over the weekend to think that I had to give them 3 calls in order to justify doing anything where I've already got 4 on record. Is it that they need to record the line that he's calling in on 3 times for consistency? If you think about it, the guy could call from a different phone each time he calls. I just don't want to hear that they need to have the 3 calls come in on the same line 3 times.

If I don't hear from him today, I'll call him tomorrow and see if I can meet with him. I also want to see if there's any possibility of reducing the 3-call minimum to 1 or 2 given the past calls I've had.

Thanks,
Kim

-----Original Message-----
From: Gianturco, Nicholas
Sent: Tuesday, February 06, 2001 5:59 PM
To: Whitney, Kimberly; Murphy, JoAnn
Subject: RE: Phone Call

Kim-----We (Security) will be going ahead with you, as well as Mgmt, Legal and the Police. Let's take it a step at a time and keep JoAnn and I in the loop on everything. Document calls, keep notes. It's probably someone that you know and I'd bet it may be someone in the company.
    Hang in there/Nick

-----Original Message-----
From: Whitney, Kimberly
Sent: Friday, February 02, 2001 8:57 AM
To: Murphy, JoAnn
Cc: Gianturco, Nicholas
Subject: FW: Phone Call

JoAnn:
I wanted to let you know that I went to the Wareham PD last night on my way home. I needed to know exactly what will take place now that I've received this last call that finally enables me to the tap and trace process going forward. Obviously, I wanted to also be reassured that I'll have the ability to know who this person is and what will happen to him. I'm so upset about these ongoing calls and now more nervous than ever that if/when he's caught that I'm going to be looking over my shoulder everytime I'm walking out the door.

I spoke to a police officer by the name of John Walcek. I told Officer Walcek that someone from the Company would be contacting them and that my main reason for being there was to ask if I would be

1

informed of who it was and to try to find out what might happen to this individual in court. I was really disappointed to find out that if it's a first offense for this guy, he'd probably get off with a slap on the hand and a record. He also informed me that I would know who it was because I would probably have to go to court.

I told him that I was in no way jumping ahead of you or Nick, just extremely nervous and needed to talk to someone at that moment. He informed me that an investigating officer by the name of Gil Cabral would be contacting me to start the paperwork process. He got my work and home phone numbers as well as my business and home address.

Sorry if I was out of line for contacting them first, but you have to know that I'm becoming a basket case over this. There's one other thing that I need to know from you or Nick. Knowing that these calls are happening more frequently now, I have a feeling it may not be long before we know who it is. What happens from a Company standpoint with respect to going to court. Is there a chance that there's more weight attached to this as far as legal action against this guy? Will someone from Legal accompany me in court?

Thanks for all your help,
Kim


-----Original Message-----
**From:** Whitney, Kimberly
**Sent:** Thursday, February 01, 2001 4:53 PM
**To:** Murphy, JoAnn
**Cc:** Gianturco, Nicholas
**Subject:** Phone Call

Hi Nick and JoAnn:
I realize that Nick is out of the office until Tuesday, Feb. 6th, but due to the craziness around here lately I figured I better document this one while I had the chance.

I just received my 4th obscene phone call and this one was made to my new "outside line" phone. The call came in at 4:16 pm and the display message said "Private Caller." After I said "hello" 3 or 4 times, I realized who was on the other end of the phone. So I turned the headset volume up, played innocent and asked "Is anybody there?" at which time I started hearing him whispering my name very faintly. He whispered my name 6 or 7 times (rather rhythmically —*sorry about the detail!*) before I had to hang up.

I'm more than ready to do whatever it takes to nail this creep. I'll do whatever you need me to do at Wareham PD (get the paperwork, etc.) and will absolutely follow thru with any legal action that will be taken against this individual. Please promise me one thing though: I do want to know who the individual is regardless of whether it's an employee or some crackpot from the outside. Then we talk about the witness/victim protection plan!! (only kidding!)

Thanks,
Kim

Rogers 0212