**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

ROBERT P. MORRIS

*FILED IN CLERKS OFFICE*
*2006 APR 25 A 11: 02*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

DIRECT DIAL (617) 788-5018
rmorris@morganbrown.com

April 25, 2006

**BY HAND**

Steve York
Docket Clerk to the Honorable Reginald C. Lindsay
Clerk's Office, Civil
U.S. District Court of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

   Re:   James A. Rogers v. NSTAR Electric, et al.,
         Civil Action No. 04-11190-RCL

Dear Mr. York:

   This office represents the Defendants in this matter. I am writing in the interests of clarifying two recent orders of this Court. First, on March 27, 2006, this Court issued an order "granting [34] Motion to Reserve Ruling on and Continue Summary Judgment Under Rule 56(f). Proceedings on the motion for summary judgment are stayed until May 22, 2006, at which time the defendant must respond to the pending motion for summary judgment." As we discussed on April 10, 2006, Defendants believe that the order should require Plaintiff, and not Defendant, to submit a response to the motion for summary judgment filed by Defendant.

   Second, on April 20, 2006, this Court issued an order "granting [37] Motion for Leave to File. Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures." In fact, the Defendants already filed the document, on March 2, 2006 (Docket No. 38).

MORGAN, BROWN & JOY LLP

Steve York
April 25, 2006
Page 2

       Thank you for your attention to these matters. Please contact me if you have any questions or comments.

                                      Very truly yours,

                                      Robert P. Morris

cc:    Joseph R. Gallitano, Esq.
        (by telefax & first class mail)
        Keith H. McCown, Esq.