# ATTORNEY JOSEPH R. GALLITANO
# & ASSOCIATES
**34 MAIN STREET EXT., SUITE 202**
**PLYMOUTH, MASSACHUSETTS 02360**
(508) 746 – 1500     FAX (508) 747 - 1150

May 2, 2006

Steve York
Docket Clerk to the Honorable Reginald C. Lindsay
Clerk's Office, U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:    James A. Rogers v. NSTAR Electric, et al
       Civil Action No. 11190-RCL

Dear Mr. York:

Enclosed is an Assented to Motion to Extend Time to File Response to Defendant's Motion for Summary Judgment.  This Honorable Court granted the Plaintiff's Motion to Reserve Ruling and Continue Summary Judgment Under Rule 56(f) until May 22, 2006.  The Depositions of the Defendant, Kimberly Whitney and a key witness to the case Elizabeth Clark are scheduled for May 17, 2006.  It is unlikely that counsel will receive the deposition transcripts, even if expedited, in time to review them and prepare his response to the Defendant's Motion for Summary Judgment.  Plaintiff's counsel is requesting an extension to file his Opposition to the Motion for Summary Judgment to May 31, 2006.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Joseph R. Gallitano*

Joseph R. Gallitano

JRG/pjm
cc:  Robert P. Morris, Esq.
Enclosure