UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES A. ROGERS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 04-11190-RCL |
| ) | |
| **NSTAR ELECTRIC and** ) | |
| **KIMBERLY WHITNEY** ) | |
| ) | |
| **Defendants.** ) | |

**ASSENTED MOTION TO EXTEND TIME FOR
PLAINTIFF TO FILE OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, James A. Rogers, moves this Honorable Court to extend the time in which to respond to the Defendants' Motion for Summary Judgment filed on January 10, 2006. The Plaintiff requests that he have until May 31, 2006, to file his opposition to the Motion for Summary Judgment.

As grounds therefore, the Plaintiff states as follows:

1. On March 27, 2006, this Court issued and order "granting Motion to Reserve Ruling on and Continue Summary Judgment Under Rule 56(F). Proceeding on the motion for summary judgment are stayed until May 22, 2006, at which time the defendant [actually the plaintiff] must respond to the pending motion for summary judgment.

2. Counsel for the Plaintiff was out of state on business for three weeks in April and unavailable to conduct the depositions of the Defendant,

        Kimberly Whitney and a key witness, Elizabeth Clark. Said depositions are scheduled for May 17, 2006.

3. Even if the deposition transcripts were expedited Counsel would not receive them in enough time to review and prepare his opposition.

4. The Defendant assents to this motion.

5. Neither parties nor the Court will suffer any prejudice by this brief extension of time.

WHEREFORE, the Plaintiff respectfully requests that the Court allow the Plaintiff an extension of time up to and including May 31, 2006, to file his Opposition to the Defendants' Motion for Summary Judgment.

Dated: May 2, 2006                      RESPECTFULLY SUBMITTED,

                                                     James Rogers
                                                     By His Attorney,

                                                     /s/ *Joseph R. Gallitano*
                                                     Joseph R. Gallitano
                                                     Gallitano & Associates
                                                     34 Main Street Ext. Suite 202
                                                     Plymouth, MA  02360
                                                     (508) 746-1500
                                                     BBO # 183700

ASSENTED TO:

/s/ *Robert P. Morris*
Robert P. Morris, Esq.
Morgan, Brown & Joy, LLP
One Boston Place
Boston MA  02108-4472
(617) 523-6666
BBO # 546052

2

## CERTIFICATION UNDER L. R. 7.1

I, Joseph R. Gallitano, Attorney for the Plaintiff, do hereby state that I spoke with Robert P. Morris, attorney for the Defendant and he has assented to this Motion for Extension of Time.

/s/ *Joseph R. Gallitano*
Joseph R. Gallitano, Esq.

## CERTIFICATE OF SERVICE

I, Joseph R. Gallitano, hereby certify that I have served a copy of the within Motion upon all counsel of record this 2nd day of May, 2006.

/s/ *Joseph R. Gallitano*
Joseph R. Gallitano