UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
JAMES A. ROGERS,                     *
                                     *
         Plaintiff,                  *
                                     *
v.                                   *     Civil Action No. 04-11190-RCL
                                     *
NSTAR ELECTRIC AND GAS               *
CORPORATION and KIMBERLY             *
WHITNEY,                             *
                                     *
         Defendants                  *
*************************************
```

## FURTHER JOINT MOTION TO CONTINUE DATE FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Plaintiff James A. Rogers ("Plaintiff") and Defendant Kimberly Whitney ("Ms. Whitney") jointly move to continue the date for Plaintiff to respond to the Motion for Summary Judgment of Defendant Kimberly Whitney. Plaintiff's response is currently due on or before June 21, 2006. The parties jointly request that the deadline be continued to on or before July 21, 2006.

The grounds for this motion are as follows:

1. The Plaintiff filed suit in 2004 in Plymouth County Superior Court against his former employer, NSTAR Electric and Gas Corporation ("NSTAR"), and an individual defendant (Ms. Whitney). After removal of this action, NSTAR and Ms. Whitney moved to dismiss the Complaint. By order dated September 23, 2005, this Court dismissed all claims against NSTAR, leaving only claims against Ms. Whitney.

2. On or about January 11, 2006, Ms. Whitney filed a motion for summary judgment, as well as a motion to stay discovery. By order dated March 27, 2006, this Court reserved ruling on the motion for summary judgment, and afforded Plaintiff until May 22, 2006 to respond to the

summary judgment motion.  That deadline was later extended until May 31, 2006, and subsequently to June 21, 2006.  The most recent extension was necessitated by a serious automobile accident involving Plaintiff's counsel.

3.   Plaintiff will be unable to submit an opposition to the summary judgment motion by June 21 because the parties are still exploring a potential settlement of this action, which would make further proceedings on the motion for summary judgment unnecessary.  Such discussions have been unexpectedly delayed due to illness of one of the attorneys to this action.  Shortly after May 30, 2006, when the parties filed their most recent motion to continue the date for opposing the summary judgment motion, Defendants' lead counsel, Keith H. McCown, was hospitalized due to appendicitis.  Attorney McCown was hospitalized for over two (2) weeks, and has only recently been released.   Attorney McCown will be involved in discussions leading to any resolution of this action, and due to his illness, further time is required to complete these discussions.

4.   In addition, should the settlement discussions prove unsuccessful, Plaintiff will require additional time to conduct two (2) depositions he seeks before preparing his opposition.

For all the above reasons, the parties jointly pray that Plaintiff be afforded to on or before July 21, 2006, to respond to Ms. Whitney's Motion for Summary Judgment.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiff, James Rogers | Defendant, Kimberly Whitney |
| By his attorney | By her Attorneys |
| /s/Joseph R. Gallitano<br>Joseph R. Gallitano<br>B.B.O. #183700<br>34 Main Street Ext, Suite 202<br>Plymouth, MA 02360<br>(508) 746-1500 | /s/Robert P. Morris<br>Keith H. McCown<br>B.B.O. #329980<br>Robert P. Morris<br>B.B.O. #546052<br>MORGAN, BROWN & JOY, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109-2605<br>(617) 523-6666 |
| Dated: June 19, 2006 | Dated: June 19, 2006 |

**CERTIFICATE OF SERVICE**

    I, Robert P. Morris, certify that on June 19, 2006, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

                                                   /s/ Robert P. Morris<br>
                                                   Robert P. Morris