UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
JAMES A. ROGERS,                    *
                                    *
         Plaintiff,                 *
                                    *
v.                                  *   Civil Action No. 04-11190-RCL
                                    *
NSTAR ELECTRIC AND GAS              *
CORPORATION and KIMBERLY            *
WHITNEY,                            *
                                    *
         Defendants                 *
*************************************
```

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff James A Rogers, and Defendants NSTAR Electric and Gas Corporation and Kimberly Whitney, by their undersigned counsel, hereby stipulate and agree that the Amended Complaint in this matter is withdrawn and the action shall be, and the same hereby is, dismissed with prejudice, without attorneys' fees or costs to any party.

2

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiff, James Rogers, | Defendants, NSTAR Electric and Gas Corporation and Kimberly Whitney, |
| By his attorney | By their Attorneys |
| /s/Joseph R. Gallitano<br>Joseph R. Gallitano<br>B.B.O. #183700<br>34 Main Street Ext, Suite 202<br>Plymouth, MA 02360<br>(508) 746-1500 | /s/Robert P. Morris<br>Keith H. McCown<br>B.B.O. #329980<br>Robert P. Morris<br>B.B.O. #546052<br>MORGAN, BROWN & JOY, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109-2605<br>(617) 523-6666 |
| Dated: August 16, 2006 | Dated: August 16, 2006 |

**CERTIFICATE OF SERVICE**

I, Robert P. Morris, certify that on August 16, 2006, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

/s/ Robert P. Morris
Robert P. Morris